Alan A. Meda (#009213)
**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorneys for Debtor/Defendant*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PAUL OLIVA PARADIS,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No.: 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PAUL OLIVA PARADIS,<br><br>　　　　Defendant. | **Adv. No.: 2:21-ap-00171-PS**<br><br>**DECLARATION OF ALAN A. MEDA IN SUPPORT OF EMERGENCY MOTION TO STAY THE CITY OF LOS ANGELES' ADVERSARY PROCEEDING** |

I, Alan A. Meda, declare under penalty of perjury under the laws of the United States as follows:

1. I am counsel for Debtor and Defendant Paul Oliva Paradis ("**Paradis**"). I submit this declaration in support of Debtor's Motion to Stay the City of Los Angeles' Adversary Proceeding. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A hereto is a true and correct copy of a letter from Cynthia McClain-Hill, President of the Board of Water and Power Commissioners, Los Angeles Department of Water and Power to Michael Feuer, Los Angeles City Attorney, dated December 13, 2021.

3. Attached as Exhibit B hereto is a true and correct copy of the *Plea Agreement for Defendant Thomas H. Peters* dated November 24, 2021, which was filed on January 10, 2022.

4. Attached as Exhibit C hereto is a true and correct copy of the Ethics Complaint filed by Paul Oliva Paradis on January 18, 2022.

5. Attached as Exhibit D hereto is a true and correct copy of the *Report on The Investigation Into Any Violations Surrounding The Case and Action of Jones v. City of Los Angeles and Related Cases* filed on July 13, 2021.

DATED this 27th day of January 2022.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorney for Debtor/Defendant*

Served via ECF on CM/ECF users this 27th day of January 2022, which constitutes service pursuant to L.R. Bankr. P. 9076-1:

/s/ Tracy Dunham
Tracy Dunham