# EXHIBIT 9

# Item 5
## Action

## *Recusal Review – Mel Levine*

**Executive Summary:** This item presents a recusal review under Charter § 707 regarding Mel Levine, President of the Board of Water and Power Commissioners.

**Recommended Action:** Adopt the resolution in Attachment D to find that President Levine does not have a significant and continuing conflict of interests at this time.

**Presenter:** Nathan Hardy, Director of Policy

# Recusal Review – Mel Levine

## A. Introduction

Members of City boards and commissions are required to complete and submit a recusal notification form (Form 51) each time they recuse themselves due to an actual or apparent conflict of interests. Los Angeles Municipal Code (LAMC) § 49.5.6(D). When a board or commission member submits a threshold number of recusal forms any time in a 365-day period, the Ethics Commission is required to review the recusals and determine whether the member has a significant and continuing conflict of interests. Los Angeles City Charter (Charter) § 707.

This memo discusses the recusals of Mel Levine, President of the Board of Water and Power Commissioners (the Water and Power Commission). President Levine has served on the Water and Power Commission since September 2013. His current term will expire on June 30, 2019. President Levine has been notified of this review and has participated cooperatively throughout the process. He received a draft copy of this report and declined to submit written comment.

## B. Recusal Requirement

Under Charter § 707, the Ethics Commission is required to "examine the nature and extent" of a board or commission member's conflicts of interests whenever the member is disqualified in a 365-day period from acting on either of the following:

1. Three or more agenda items, because of the same investment in a business entity, the same interest in real property, or the same source of income; or

2. One percent or more of all items pending before the commission, because of any investments in business entities, interests in real property, or sources of income.

To comply with its Charter mandate, the Ethics Commission examines recusals when a board or commission member submits three or more recusal notification forms at any time in a 365-day period. In conducting its examination, the Ethics Commission must determine whether the commissioner has a "significant and continuing" financial conflict of interests. If the Ethics Commission determines that the conflict is significant and continuing, it *must* order divestment of the interest that causes the conflict. Charter § 707.

Assessing whether a conflict is "continuing" is often a straightforward task. Considering the items for which recusals were submitted, as well as the reasons for the recusals, can be helpful in determining whether the conflict is ongoing. However, Charter § 707 does not define or provide guidance regarding the meaning of "significant"—a more subjective term. It is our practice to analyze the significance of recusals by addressing the following four questions:

Case 2:21-ap-00171-PS Doc 33-6 Filed 01/27/22 Entered 01/27/22 10:15:04 Desc Exhibit D Pt 3 Page 3 of 71

1. Is the *number* of recusals significant?
2. Is the *subject matter* of the recusals significant to the City?
3. Is the *impact* of the recusals on the City or affected persons significant?
4. Does the conflict prevent the board or commission member from effectively discharging City duties?

Board and commission members who are deemed to be public officials within the meaning of the California Political Reform Act of 1974 are required to file the California Statement of Economic Interests. This statement, referred to as Form 700, requires a public official to disclose the financial interests specified for the official's position in the conflict of interests code for the official's agency. Form 700 helps filers and the public identify personal interests that could be affected by governmental decisions and is, therefore, a useful tool for identifying when recusal may be necessary.

President Levine is required to disclose the financial interests identified in Attachment A by filing periodic statements of economic interests (SEIs), which include the state's Form 700 and the City's Form 60. Copies of President Levine's SEIs for the relevant period are provided in Attachment B.

When a board or commission member is disqualified from acting on a matter because of an actual or apparent conflict of interests, the member is required to complete a Form 51 and submit it to the Ethics Commission, the executive secretary for the commission on which the member serves, the Mayor's office, and the City Attorney's office. The forms submitted by President Levine during the review period are provided in Attachment C.

## C. Facts

President Levine is a retired partner and currently of counsel to the law firm of Gibson, Dunn & Crutcher LLP (Gibson Dunn). He receives income from his current position with the firm, as well as retirement income from his status as a former partner. President Levine properly reported these sources of income on his SEIs.

The Water and Power Commission meets the first and third Tuesday of each month. At each meeting, the Water and Power Commission typically confers in closed session with legal counsel to discuss ongoing or anticipated litigation, pursuant to section 54956.9(d)(1) of the California Government Code. Because President Levine's law firm may occasionally represent clients with interests adverse to the City, the City Attorney's office has stated that it would advise President Levine to recuse himself from all discussions and deliberations regarding matters directly involving or affecting current clients of his firm. Accordingly, President Levine recused himself from 24 such matters between February 17, 2015, and February 16, 2016.

Fourteen of President Levine's 24 recusals during this period were due to the ongoing litigation between the City and Pricewaterhouse Coopers LLP (the *Pricewaterhouse* litigation) related to the botched rollout of a computer billing system, which resulted in a loss of millions of dollars. Pricewaterhouse Coopers LLP (Pricewaterhouse) is represented by Gibson Dunn in this matter and is adverse to the City. The *Pricewaterhouse* litigation is currently scheduled for

hearings through January 2017 and is unlikely to conclude before the end of the current calendar year.

An additional nine recusals during this period related to existing litigation concerning multiple disputes over groundwater contamination in the San Fernando Basin (*San Fernando Basin* litigation). The City Attorney's office has indicated that this litigation is expected to continue for the foreseeable future.

A final recusal during this review period involved an environmental dispute in which another client of Gibson Dunn was adverse to the City. However, it appears that a settlement has been reached in that case, and the litigation is not expected to be ongoing.

## D. Analysis

### a. Continuing Nature of the Recusals

Based on discussions with the City Attorney's office, we anticipate that, absent a settlement, the *Pricewaterhouse* litigation and the *San Fernando Basin* litigation are likely to continue throughout President Levine's term. In addition, it is likely that President Levine will continue his employment relationship with Gibson Dunn. As a result, we believe that the conflict will continue for the duration of President Levine's term as a member of the Water and Power Commission.

### b. Significance of the Recusals

#### *i. Number of Recusals*

During the review period of February 17, 2015, through February 16, 2016, the Water and Power Commission met 24 times in regular and special sessions and considered approximately 714 items. President Levine recused himself from participating in 24 items, or less than four percent of all items considered by the Water and Power Commission during that time. Despite his recusals, President Levine participated in over 96 percent of all matters before the Water and Power Commission during the review period. Therefore, we do not believe the number of recusals was significant.

#### *ii. Subject Matter of Recusals*

The Water and Power Commission oversees the policies and operations of the Department of Water and Power of the City of Los Angeles. The Water and Power Commission possesses, manages, and controls all water and water rights, lands, and facilities (Water Assets), as well as all electric energy rights, lands, and facilities (Power Assets). Charter § 672. The Water and Power Commission is charged with making and enforcing all necessary rules and regulations governing the construction, maintenance, operation, connection to, and use of the Water and Power Assets. Charter § 675(a). In addition, the Water and Power Commission possesses the authority to set electricity rates and contract with government agencies and

corporations for the purpose of discharging its duties, subject to approval by ordinance. Charter §§ 674(a), 676(a).

The *Pricewaterhouse* litigation and the *San Fernando Basin* litigation address critical issues related to the botched rollout of a computer billing system that resulted in a loss of millions of dollars and groundwater contamination. The outcomes of the cases could potentially require the expenditure of significant additional City time and resources. For these reasons, we believe the subject matter of the recusals is significant.

*iii. Impact of Recusals*

According to the minutes provided by the Water and Power Commission staff, most of the items from which President Levine recused himself concerned closed session items that were informational in nature and in which no reportable actions were taken. In addition, 14 of the 24 recusals involved items that were deferred to a later date. On two occasions, only three of the five commissioners were present, including President Levine, and it appears that President Levine's recusals on those occasions caused the deferral of those items because a quorum was lost. However, the Water and Power Commission was able to discuss and act on those matters at subsequent meetings.

We do not believe that President Levine's recusals have had a negative effect on the City, the Water and Power Commission, the parties involved in the *Pricewaterhouse* litigation, the parties involved in the *San Fernando Basin* litigation, or the public.

*iv. Ability of the Member to Effectively Discharge City Duties*

President Levine is likely continue to serve of counsel to Gibson Dunn, and he will be required to recuse himself from all future discussions involving the *Pricewaterhouse* litigation or the *San Fernando Basin* litigation, as well as any other matters affecting the interests of his law firm's clients.

Despite the required recusals during this review period, President Levine has been able to participate in more than 96 percent of matters before the Water and Power Commission. Therefore, we do not believe that President Levine's financial interests in Gibson Dunn are negatively affecting his ability to effectively discharge his duties as a member of the Water and Power Commission at this time.

## E. Recommendation

Based on an examination of the recusals received to date, we believe that President Levine's financial interests in Gibson Dunn present a continuing conflict of interests that will require additional recusals for at least the duration of the *Pricewaterhouse* litigation and the *San Fernando Basin* litigation. However, we do not believe the conflict is currently significant, in terms of the number or impact of the recusals.

For these reasons, we recommend against a finding that President Levine has a "significant and continuing" conflict of interests under Charter § 707. We recommend that no divestment be required of President Levine's financial interests at this time and that the resolution in Attachment D be adopted. If you reach a different conclusion, you must order divestment, and the resolution in Attachment E may be adopted for that purpose.

*Attachments:*

- *A Financial interests President Levine must disclose.*
- *B President Levine's SEIs.*
- *C President Levine's Form 51s.*
- *D Recommended resolution (no divestment).*
- *E Alternate resolution (divestment).*

# EXHIBIT 10

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02280-JPO

| | |
|---|---|
| Laurent v. PricewaterhouseCoopers LLP et al<br>Assigned to: Judge J. Paul Oetken<br>Case in other court: USCA 2nd Circuit, 18-00487<br>Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Date Filed: 03/23/2006<br>Jury Demand: None<br>Nature of Suit: 791 Labor: E.R.I.S.A.<br>Jurisdiction: Federal Question |

**Plaintiff**

**Timothy D. Laurent**
*on behalf of himself and all others similarly situated*

represented by **Eli Gottesdiener**
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718)-788-1500
Fax: (718)-788-1650
Email: eli@gottesdienerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert Huang**
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718) 788-1500
Fax: (718) 788-1650
Email: albert@gottesdienerlaw.com
*ATTORNEY TO BE NOTICED*

**Steven Dana Cohen**
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
(718)-788-1500
Email: steve@gottesdienerlaw.com
*TERMINATED: 01/27/2020*

**Plaintiff**

**Smeeta Sharon**

represented by **Eli Gottesdiener**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert Huang**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Steven Dana Cohen**
(See above for address)
*TERMINATED: 01/27/2020*

**Plaintiff**

**Michael A. Weil**
*TERMINATED: 08/22/2012*

represented by **Eli Gottesdiener**
(See above for address)
*LEAD ATTORNEY*

V.

**Defendant**

**PricewaterhouseCoopers LLP**

represented by **Daniel J. Thomasch**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166
212-351-4000
Fax: 212-351-4035
Email: dthomasch@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas G. Smith**
Kirklan & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
Fax: (312) 861-2200
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Whitt Callen**
K&L Gates LLP
222 Second Avenue South
Suite 1700
Nashville, TN 37201
615-780-6700
Fax: 615-780-6799
Email: jason.callen@klgates.com
*TERMINATED: 07/09/2007*
*LEAD ATTORNEY*

**Mark Waldemar Rasmussen**

Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Fax: (212) 446-4900
Email: mrasmussen@jonesday.com
*TERMINATED: 04/03/2009*
*LEAD ATTORNEY*

**Robert J. Kopecky**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2000
Fax: (312)-862-2000
Email: rkopecky@kirkland.com
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amer Shahid Ahmed**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166
(212)-351-2427
Fax: (212)-351-6227
Email: aahmed@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Lauren Oland Casazza**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-4661
Fax: (212)-446-4900
Email: lauren.casazza@kirkland.com
*TERMINATED: 02/24/2016*

**Richard W. Mark**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-4000
Fax: (212) 351-4035
Email: rmark@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP**

represented by **Daniel J. Thomasch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas G. Smith**
(See above for address)
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*

**Jason Whitt Callen**
(See above for address)
*TERMINATED: 07/09/2007*
*LEAD ATTORNEY*

**Mark Waldemar Rasmussen**
(See above for address)
*TERMINATED: 04/03/2009*
*LEAD ATTORNEY*

**Robert J. Kopecky**
(See above for address)
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amer Shahid Ahmed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Oland Casazza**
(See above for address)
*TERMINATED: 02/24/2016*

**Richard W. Mark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP**

represented by **Daniel J. Thomasch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas G. Smith**

(See above for address)
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*

**Jason Whitt Callen**
(See above for address)
*TERMINATED: 07/09/2007*
*LEAD ATTORNEY*

**Mark Waldemar Rasmussen**
(See above for address)
*TERMINATED: 04/03/2009*
*LEAD ATTORNEY*

**Robert J. Kopecky**
(See above for address)
*TERMINATED: 02/24/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amer Shahid Ahmed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Oland Casazza**
(See above for address)
*TERMINATED: 02/24/2016*

**Richard W. Mark**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 1 | COMPLAINT against PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Filing Fee $ 250.00, Receipt Number 573728)Document filed by Timothy D. Laurent.(kco, ) Additional attachment(s) added on 3/24/2006 (lb, ). (Entered: 03/24/2006) |
| 03/23/2006 | | SUMMONS ISSUED as to PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (kco, ) (Entered: 03/24/2006) |

| | | |
|---|---|---|
| 03/23/2006 | | Magistrate Judge Theodore H. Katz is so designated. (kco, ) (Entered: 03/24/2006) |
| 03/23/2006 | | Case Designated ECF. (kco, ) (Entered: 03/24/2006) |
| 03/28/2006 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint,. PricewaterhouseCoopers LLP served on 3/24/2006, answer due 4/13/2006; The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP served on 3/24/2006, answer due 4/13/2006; The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP served on 3/24/2006, answer due 4/13/2006. Service was accepted by Patrice Edmonds, Paralegal. for PwC. Mark Martinez for RBAP and RBAP Administrative Committee. Document filed by Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 03/28/2006) |
| 03/31/2006 | 3 | NOTICE OF APPEARANCE by Mark Waldemar Rasmussen on behalf of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP (Rasmussen, Mark) (Entered: 03/31/2006) |
| 04/03/2006 | 4 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - NOTICE of Motion for Admission Pro Hac Vice for Robert Kopecky, Douglas Smith, and Jason Callen. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Affidavit Mark Rasmussen# 2 Affidavit Robert Kopecky# 3 Affidavit Douglas Smith# 4 Affidavit Jason Callen# 5 Text of Proposed Order)(Rasmussen, Mark) Modified on 4/7/2006 (kg). (Entered: 04/03/2006) |
| 04/03/2006 | 5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Rasmussen, Mark) (Entered: 04/03/2006) |
| 04/07/2006 | 6 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION for Extension of Time to File a Response to Plaintiff's Class Action Complaint. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Affidavit DECLARATION OF MARK RASMUSSEN# 2 Exhibit Exhibit A to |

| | | |
|---|---|---|
| | | Declaration of Mark Rasmussen)(Rasmussen, Mark) Modified on 4/7/2006 (kg). (Entered: 04/07/2006) |
| 04/07/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Mark W. Rasmussen to MANUALLY RE-FILE Document No. 4 Motion for Admission Pro Hac Vice. This document is not filed via ECF. (kg) (Entered: 04/07/2006) |
| 04/07/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Mark W. Rassussen to RE-FILE Document 6 MOTION for Extension of Time to File a Response to Plaintiff's Class Action Complaint. ERROR(S): Filing Error of Attachments. Supporting Declaration of Mark W. Rasmussen must be filed separately. Event found under Responses and Replies. (kg) (Entered: 04/07/2006) |
| 04/07/2006 | 7 | MOTION for Extension of Time *to File a Response to Plaintiff's Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Rasmussen, Mark) (Entered: 04/07/2006) |
| 04/07/2006 | 8 | DECLARATION of Mark Rasmussen in Support re: 7 MOTION for Extension of Time *to File a Response to Plaintiff's Class Action Complaint.*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit Exhibit A to to Declaration of Mark Rasmussen)(Rasmussen, Mark) (Entered: 04/07/2006) |
| 04/07/2006 | 9 | RESPONSE in Opposition re: 7 MOTION for Extension of Time *to File a Response to Plaintiff's Class Action Complaint.*. Document filed by Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 04/07/2006) |
| 04/10/2006 | 10 | MOTION for an order, admitting Robert J. Kopecky, Douglas G. Smith and Jason W. Callen to Appear Pro Hac Vice. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (sac, ) (Entered: 04/10/2006) |
| 04/11/2006 | 11 | REPLY to Response to Motion re: 7 MOTION for Extension of Time *to File a Response to Plaintiff's Class Action Complaint. Defendants' Reply In Support of Their Motion For Additional Time To File a Response to Plaintiff's Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative |

| | | |
|---|---|---|
| | | Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Rasmussen, Mark) (Entered: 04/11/2006) |
| 04/11/2006 | 12 | DECLARATION of Mark Rasmussen in Support re: 11 Reply to Response to Motion,,. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit March 8, 2006 hearing transcript from USDC for District of Columbia)(Rasmussen, Mark) (Entered: 04/11/2006) |
| 04/12/2006 | 13 | NOTICE of Filing re: 7 MOTION for Extension of Time *to File a Response to Plaintiff's Class Action Complaint*.. Document filed by Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 04/12/2006) |
| 04/13/2006 | 14 | ORDER granting 10 Motion for Robert J. Kopecky, Douglas G. Smith and Jason W. Callen to Appear Pro Hac Vice . (Signed by Judge Michael B. Mukasey on 4/12/06) (dle, ) (Entered: 04/13/2006) |
| 04/13/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 14 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 04/13/2006) |
| 04/25/2006 | | Minute Entry for proceedings held before Judge Michael B. Mukasey : Pretrial Conference held on 4/25/2006. (sac, ) (Entered: 04/26/2006) |
| 04/28/2006 | 15 | ORDER; Defendant will answer or move by 4/28/2006. Replies due by 6/9/2006. Responses due by 5/19/2006 (Signed by Judge Michael B. Mukasey on 4/25/06) (sac, ) (Entered: 04/28/2006) |
| 04/28/2006 | 16 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Defendants' Notice of Motion to Dismiss Plaintiff's Class Action Complaint. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) Modified on 5/1/2006 (kg, ). (Entered: 04/28/2006) |
| 04/28/2006 | 17 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Dismiss *Memorandum In Support Of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) Modified on 5/1/2006 (kg, ). (Entered: 04/28/2006) |

| | | |
|---|---|---|
| 04/28/2006 | 18 | DECLARATION of Jason W. Callen in Support re: 17 MOTION to Dismiss *Memorandum In Support Of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit Exhibit A - Part 1 of 3# 2 Exhibit Exhibit A - Part 2 of 3# 3 Exhibit Exhibit A - Part 3 of 3# 4 Exhibit Exhibit B# 5 Exhibit Exhibits C through I)(Callen, Jason) (Entered: 04/28/2006) |
| 05/01/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Jason Whitt Callen to RE-FILE Document 16 Notice (Other), Notice (Other). Use the document type Motion to dismiss found under the document list Motions. (kg, ) (Entered: 05/01/2006) |
| 05/01/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Jason Whitt Callen to RE-FILE Document 17 MOTION to Dismiss *Memorandum In Support Of Defendants' Motion to Dismiss Plaintiff's Class Action Complaint*.. Use the document type Memorandum of Law in support of motion found under the document list Responses and Replies. (kg, ) (Entered: 05/01/2006) |
| 05/01/2006 | 19 | MOTION to Dismiss. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 05/01/2006) |
| 05/01/2006 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Dismiss.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 05/01/2006) |
| 05/04/2006 | 21 | FIRST AMENDED CLASS ACTION COMPLAINT amending 1 Complaint, against PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.Document filed by Timothy D. Laurent. Related document: 1 Complaint, filed by Timothy D. Laurent.(sac, ) (Entered: 05/05/2006) |
| 05/18/2006 | 22 | MOTION to Dismiss *First Amended Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The |

| | | |
|---|---|---|
| | | Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 05/18/2006) |
| 05/18/2006 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 05/18/2006) |
| 05/18/2006 | 24 | DECLARATION of Jason W. Callen in Support re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A (1 of 3)# 2 Exhibit A (2 of 3)# 3 Exhibit A (3 of 3)# 4 Exhibit B# 5 Exhibit C through G)(Callen, Jason) (Entered: 05/18/2006) |
| 06/08/2006 | 25 | MEMORANDUM OF LAW in Opposition re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 06/08/2006) |
| 06/08/2006 | 26 | DECLARATION of Eli Gottesdiener in Opposition re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9)(Gottesdiener, Eli) (Entered: 06/09/2006) |
| 06/29/2006 | 27 | REPLY to Response to Motion re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 06/29/2006) |
| 06/29/2006 | 28 | DECLARATION of Jason W. Callen in Support re: 22 MOTION to Dismiss *First Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1-2)(Callen, Jason) (Entered: 06/29/2006) |
| 07/06/2006 | 29 | MOTION for Leave to File Surreply *in Opposition to Defendants' Motion to Dismiss*. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 07/06/2006) |

| | | |
|---|---|---|
| 07/06/2006 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION for Leave to File Surreply *in Opposition to Defendants' Motion to Dismiss*.. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1-Proposed Surreply)(Gottesdiener, Eli) (Entered: 07/06/2006) |
| 07/12/2006 | 31 | ORDER; plaintiffs motion to file a surreply is granted, and the document attached to the motion as Exhibit 1 will be filed as that surreply. Defendants may file a rebuttal by 8/4/2006. (Signed by Judge Michael B. Mukasey on 7/11/06) (kco, ) (Entered: 07/12/2006) |
| 07/26/2006 | 32 | MOTION for Leave to File Memorandum Re Supplemental Authority Re Counts One and Three. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 07/26/2006) |
| 07/26/2006 | 33 | MEMORANDUM OF LAW in Support re: 32 MOTION for Leave to File Memorandum Re Supplemental Authority Re Counts One and Three.. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 07/26/2006) |
| 07/27/2006 | 34 | NOTICE of Filing of Corrected Copy of Ex. 1 to Doc. 33 re: 33 Memorandum of Law in Support of Motion. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 07/27/2006) |
| 08/04/2006 | 35 | RESPONSE re: 30 Memorandum of Law in Support of Motion, *Defendants' Rebuttal to Plaintiffs' Surreply in Opposition to Defendants' Motion to Dismiss*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 08/04/2006) |
| 08/07/2006 | 36 | ORDER that plaintiff's application to file a "Memorandum re: Supplemental Authority re: Counts one and Three" is granted. Dfts may respond by 8/15/06. No reply will be permitted, nor will plaintiff make any further filing with respect to the pending motion herein. (Signed by Judge Michael B. Mukasey on 8/2/06) (dle, ) (Entered: 08/08/2006) |
| 08/08/2006 | 37 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 22 MOTION to Dismiss *First Amended Class Action Complaint. Re Supplemental Authority re Counts One and Three*. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Gottesdiener, Eli) (Entered: 08/08/2006) |
| 08/15/2006 | 38 | RESPONSE re: 37 Memorandum of Law in Oppisition to Motion, *Defendants' Rebuttal to Plaintiffs' Memorandum re: Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the |

| | | |
|---|---|---|
| | | Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 08/15/2006) |
| 09/05/2006 | 39 | OPINION AND ORDER: Accordingly, defendant's motion to dismiss the fourth claim of plaintiffs' amended complaint is GRANTED. For the reasons set forth above, defendant's motion to dismiss is DENIED as to claim one of the plaintiffs' amended complaint and is GRANTED as to claims two, three, and four. (Signed by Judge Michael B. Mukasey on 9/5/06) (js, ) (Entered: 09/06/2006) |
| 09/20/2006 | 40 | MOTION for Reconsideration re; 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certification of Such Decision Pursuant to 28 U.S.C. s 1292(b)*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 09/20/2006) |
| 09/20/2006 | 41 | MEMORANDUM OF LAW in Support re: 40 MOTION for Reconsideration re; 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi cation of Such Decision Pursuant to 28 U.S.C. s 1292(b). Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 09/20/2006)* |
| 09/20/2006 | 42 | DECLARATION of Jason W. Callen in Support re: 40 MOTION for Reconsideration re; 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A# 2 Exhibit B and C# 3 Exhibit D, Part 1# 4 Exhibit D, Part 2)(Callen, Jason) (Entered: 09/20/2006)* |
| 09/20/2006 | 43 | MOTION for Extension of Time to File Answer *Defendants' Notice of Motion for Additional Time to File Their Answer to Plaintiffs' First Amended Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative |

| | | |
|---|---|---|
| | | Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 09/20/2006) |
| 09/20/2006 | 44 | DECLARATION of Jason W. Callen in Support re: 43 MOTION for Extension of Time to File Answer *Defendants' Notice of Motion for Additional Time to File Their Answer to Plaintiffs' First Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 09/20/2006) |
| 10/10/2006 | 45 | MEMORANDUM OF LAW in Opposition re: 40 MOTION for Reconsideration re; 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 10/10/2006)* |
| 10/11/2006 | 46 | NOTICE OF APPEARANCE by Lauren Orland Casazza on behalf of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP (Casazza, Lauren) (Entered: 10/11/2006) |
| 10/16/2006 | 48 | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Michael B. Mukasey is no longer assigned to the case. (jeh, ) Additional attachment(s) added on 10/20/2006 (jeh, ). (Entered: 10/20/2006) |
| 10/16/2006 | 49 | NOTICE OF CASE REASSIGNMENT to Judge George B. Daniels. Judge John G. Koeltl is no longer assigned to the case due to judge's recusal. (Memo dated 10/6/2006) (jeh, ) (Entered: 10/20/2006) |
| 10/17/2006 | 47 | REPLY MEMORANDUM OF LAW in Support re: 40 MOTION for Reconsideration re: 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi cation Pursuant To 28 U.S.C. s 1292(b). Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2)(Callen, Jason) (Entered: 10/17/2006)* |
| 10/30/2006 | 50 | ORDER: The Clerk of the Court is directed to remove defendants' motion for additional time to file a response to plaintiffs' class action complaint (docket #7), from the outstanding motions list. (Signed by Judge George B. Daniels on 10/27/2006) (lb, ) (Entered: 10/30/2006) |
| 11/06/2006 | | Received returned mail re: 48 Notice of Case Assignment/Reassignment. Mail was addressed to Robert J. Kopecky at 200 East Randolph Street, |

| | | |
|---|---|---|
| | | Chicago, IL 60601 and was returned for the following reason(s): attempted - not known. (tve, ) (Entered: 11/20/2006) |
| 12/14/2006 | 51 | NOTICE of Supplemental Authority in Support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 12/14/2006) |
| 12/21/2006 | 52 | RESPONSE re: 51 Notice (Other) *Defendants' Response to Plaintiffs' Notice of Supplemental Authority RE: Defendants' Motion for Reconsideration*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Callen, Jason) (Entered: 12/21/2006) |
| 03/20/2007 | 53 | Memo Endorsement granting 43 Motion for Extension of Time to Answer.. (Signed by Judge George B. Daniels on 3/20/07) (dle) (Entered: 03/21/2007) |
| 04/30/2007 | 54 | MOTION for Jason W. Callen to Withdraw as Attorney. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 04/30/2007) |
| 05/22/2007 | 55 | NOTICE of Supplemental Authority re Defendants' Motion for Reconsideration re: 40 MOTION for Reconsideration re; 39 Memorandum & Opinion, *Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or. Alternatively, For Certifi MOTION for Reconsideration re: 39 Memorandum & Opinion. Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi MOTION for Reconsideration re; 39 Memorandum & Opinion, Defendants' Notice of Motion for Reconsideration of the Court's Order Denying Their Motion to Dismiss Count One of Plaintiffs' Amended Complaint or, Alternatively, For Certifi. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 05/22/2007)* |
| 05/25/2007 | 56 | RESPONSE re: 55 Notice (Other), Notice (Other), Notice (Other), Notice (Other) *Response to Plaintiffs' Notice of Supplemental Authority Re: Defendants' Motion for Reconsideration*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 05/25/2007) |

| | | |
|---|---|---|
| 07/09/2007 | 57 | ORDER granting 54 Motion to Withdraw as Attorney. Attorney Jason Whitt Callen terminated. (Signed by Judge George B. Daniels on 7/9/07) (kco) (Entered: 07/10/2007) |
| 08/17/2007 | 58 | MEMORANDUM DECISION AND ORDER; denying 40 Motion for Reconsideration. The application seeking certification for interlocutory review is granted as to all portions of Judge Mukasey's September 5th Order. (Signed by Judge George B. Daniels on 8/16/07) (djc) (Entered: 08/20/2007) |
| 08/23/2007 | 59 | ANSWER to Amended Complaint. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. Related document: 21 Amended Complaint, filed by Timothy D. Laurent.(Casazza, Lauren) (Entered: 08/23/2007) |
| 04/23/2008 | 60 | MANDATE of USCA (Certified Copy) USCA Case Number 07-3767-mv. Petitioners, through counsel, move, pursuant to 28 U.S.C. 1292(b), for leave to take an interlocutory appeal of an order of the district court. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted. See Klinghoffer v. S.N.C. Achille Lauro, 921 F.2d 21, 23-25 (2d Cir. 1990) Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 2/13/2008. (nd) (Entered: 04/23/2008) |
| 06/04/2008 | 61 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint,. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Memorandum of Law in Support)(Gottesdiener, Eli) Modified on 6/5/2008 (jar). (Entered: 06/04/2008) |
| 06/05/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Eli Gottesdiener to RE-FILE Document 61 MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint. MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint. ERROR(S): Supporting documents must be filed individually. Event code for Memorandum of Law in Support found under Replies, Oppositions, Supporting Documents. (jar) (Entered: 06/05/2008) |
| 06/05/2008 | 62 | MOTION for Summary Judgment *Notice of Motion for Summary Judgment*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 06/05/2008) |

| | | |
|---|---|---|
| 06/05/2008 | 63 | MEMORANDUM OF LAW in Support re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment..* Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 06/05/2008) |
| 06/05/2008 | 64 | DECLARATION of Lauren O. Casazza in Support re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment..* Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit Ex A (1 of 3), # 2 Exhibit Exhibit A (2 of 3), # 3 Exhibit Ex A (3 of 3), # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Casazza, Lauren) (Entered: 06/05/2008) |
| 06/05/2008 | 65 | MEMORANDUM OF LAW in Support re: 61 MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint,. MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint,.. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 06/05/2008) |
| 06/05/2008 | 66 | DECLARATION of William F. Sharpe in Support re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment..* Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 06/05/2008) |
| 06/05/2008 | 67 | RULE 56.1 STATEMENT. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 06/05/2008) |
| 06/23/2008 | 68 | ENDORSED LETTER addressed to Judge George B. Daniels from Eli Gottesdiener and Lauren O. Casazza dated 6/17/2008 re: All parties to this case, through their undersigned counsel, jointly write to this Court to request a stay on the briefing of all pending motions while the parties pursue a potential settlement of the case. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 6/20/2008) (tve) (Entered: 06/23/2008) |
| 08/08/2008 | 69 | RESPONSE to Motion re: 61 MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint,. MOTION to Deem Certain Complaint Allegations Admitted re: 21 Amended Complaint,. *Defendants' Memorandum In Response to Plaintiffs' Motion* |

| | | *to Deem Certain Allegations in the Complaint Admitted*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 08/08/2008) |
|---|---|---|
| 08/08/2008 | 70 | MEMORANDUM OF LAW in Opposition re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*.. Document filed by Smeeta Sharon, Timothy D. Laurent. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gottesdiener, Eli) (Entered: 08/08/2008) |
| 08/08/2008 | 71 | RULE 56.1 STATEMENT. Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 08/08/2008) |
| 08/08/2008 | 72 | MOTION Relief Pursuant to Fed. R. Civ. P. 56(f) re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*.. Document filed by Smeeta Sharon, Timothy D. Laurent.(Gottesdiener, Eli) (Entered: 08/08/2008) |
| 08/08/2008 | 73 | DECLARATION of Eli Gottesdiener in Support re: 72 MOTION Relief Pursuant to Fed. R. Civ. P. 56(f) re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*... Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 08/08/2008) |
| 08/11/2008 | 74 | AMENDED MEMORANDUM OF LAW in Opposition re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*.. Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 08/11/2008) |
| 08/26/2008 | 75 | ENDORSED LETTER addressed to Judge George B. Daniels from Eli Gottesdiener and Lauren O. Casazza dated 8/21/08 re: Defendant requests an additional week until 8/29/08 to reply to plaintiffs' opposition to the motion for summary judgment; and to respond to plaintiffs' Rule 56(f) motion. Plaintiff also wishes to withdraw their motion to deem certain allegations of the complaint admitted. ENDORSEMENT: SO ORDERED. Set Deadlines/Hearing as to 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*. 72 MOTION Relief Pursuant to Fed. R. Civ. P. 56(f) re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*: (Replies due by 8/29/2008. Responses due by 8/29/2008) (Signed by Judge George B. Daniels on 8/26/08) (db) (Entered: 08/26/2008) |
| 08/29/2008 | 76 | REPLY MEMORANDUM OF LAW in Support re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*.. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan |

| | | |
|---|---|---|
| | | for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 08/29/2008) |
| 08/29/2008 | 77 | RESPONSE re: 71 Rule 56.1 Statement *Defendants' Response to Plaintiffs' Rule 56.1 Statement of Additional Material Facts*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1)(Casazza, Lauren) (Entered: 08/29/2008) |
| 08/29/2008 | 78 | MEMORANDUM OF LAW in Opposition re: 72 MOTION Relief Pursuant to Fed. R. Civ. P. 56(f) re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment.. Defendants' Memorandum In Opposition to Plaintiffs' Rule 56(f) Motion*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Casazza, Lauren) (Entered: 08/29/2008) |
| 09/11/2008 | 79 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION Relief Pursuant to Fed. R. Civ. P. 56(f) re: 62 MOTION for Summary Judgment *Notice of Motion for Summary Judgment*... Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 09/12/2008) |
| 01/30/2009 | 80 | MOTION for Mark W. Rasmussen to Withdraw as Attorney. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 01/30/2009) |
| 03/27/2009 | 81 | ORDER: Plaintiffs moved, pursuant to F.R.C.P. 56(f), for an order refusing defendants' application for summary judgment on the grounds that plaintiffs lack the discovery necessary to oppose the motion. Accordingly, plaintiffs' motion, pursuant to F.R.C.P. 56(f), is denied. (Signed by Judge George B. Daniels on 3/27/2009) (jpo) Modified on 4/17/2009 (jpo). (Entered: 03/27/2009) |
| 04/03/2009 | 82 | MEMO ENDORSEMENT on re: 80 MOTION for Mark W. Rasmussen to Withdraw as Attorney filed by The Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 4/30/2009) (tve) Modified on 6/11/2009 (tve). (Entered: 04/03/2009) |

| | | |
|---|---|---|
| 05/11/2009 | 83 | MEMO ENDORSEMENT, on Notice of Withdrawal of Counsel that Mark W. Rasmussen will no longer be associated with Kirkland & Ellis LLP and should be removed from the service list for defendants: So ordered. (Signed by Judge George B. Daniels on 5/11/09) (cd) (Entered: 05/11/2009) |
| 08/03/2009 | 84 | NOTICE of of Supplemental Authority in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1)(Gottesdiener, Eli) (Entered: 08/03/2009) |
| 08/14/2009 | 85 | RESPONSE re: 84 Notice (Other) *Defendants' Response to Plaintiffs' Submission of Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 08/14/2009) |
| 08/19/2009 | 86 | NOTICE of Reply to Defense Response to Plaintiffs' Supplemental Authority (Fry v. Exelon) in Opposition to Defendants' Motion for Summary Judgment. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 08/19/2009) |
| 11/09/2009 | 87 | NOTICE of Supplemental Authority in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Document filed by Smeeta Sharon, Michael A. Weil, Timothy D. Laurent. (Attachments: # 1 Exhibit 1, # 2 Affidavit)(Gottesdiener, Eli) (Entered: 11/09/2009) |
| 11/18/2009 | 88 | RESPONSE re: 87 Notice (Other), Notice (Other) *Defendants' Response to Plaintiffs' Notice of Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 11/18/2009) |
| 04/22/2010 | 89 | NOTICE of Supplemental Authority in Opposition to PwC's Motion for Summary Judgment. Document filed by Smeeta Sharon, Timothy D. Laurent. (Attachments: # 1 Affidavit Declaration of Eli Gottesdiener, # 2 Index of Exhibits to Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14)(Gottesdiener, Eli) (Entered: 04/22/2010) |
| 04/29/2010 | 90 | NOTICE of of Supplemental Authority in Support of Motion for Summary Judgment. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the |

| | | |
|---|---|---|
| | | Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 04/29/2010) |
| 04/29/2010 | 91 | RESPONSE re: 89 Notice (Other), Notice (Other), Notice (Other) *Defendants' Response to Plaintiffs' Notice of Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 04/29/2010) |
| 05/06/2010 | 92 | RESPONSE re: 90 Notice (Other), Notice (Other) - *Plaintiffs' Response to Defendants' Submission of Conkright*. Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 05/06/2010) |
| 05/11/2010 | 93 | REPLY MEMORANDUM OF LAW re: 91 Response, *Plaintiffs' Reply Regarding the Significance of the IRS-Avis Documents*. Document filed by Smeeta Sharon, Timothy D. Laurent. (Gottesdiener, Eli) (Entered: 05/11/2010) |
| 07/01/2010 | 94 | NOTICE of of Supplemental Authority in Opposition to PwC's Motion for Summary Judgment. Document filed by Smeeta Sharon, Timothy D. Laurent. (Attachments: # 1 Exhibit Ruppert v. Alliant Energy Cash Balance Pension Plan (W.D. Wis. June 3, 2010))(Gottesdiener, Eli) (Entered: 07/01/2010) |
| 07/20/2010 | 95 | RESPONSE re: 94 Notice (Other), Notice (Other) *Defendants' Response to Plaintiffs' Submission to Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 07/20/2010) |
| 12/22/2010 | 96 | MEMORANDUM DECISION AND ORDER: Defendants' request for reconsideration is DENIED. All parties are hereby directed to attend a conference on Thursday, January 6, 2011, at 9:30 a.m. at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 21D. (Status Conference set for 1/6/2011 at 09:30 AM in Courtroom 21D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 12/22/10) (db) (Entered: 12/22/2010) |
| 01/03/2011 | 97 | NOTICE of Supplemental Authority in Support of Plaintiffs' Opposition to Defendants' Summary Judgment Motion. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit Ruppert II projection rate ruling (W.D. Wis. Dec. 29, 2010_)(Gottesdiener, Eli) (Entered: 01/03/2011) |
| 01/06/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 1/6/2011, ( Oral Argument set for 2/3/2011 at 10:30 |

| | | |
|---|---|---|
| | | AM before Judge George B. Daniels.). Plaintiff Counsel and Defense Counsel present. Court Reporter also was present. (mbe) (Entered: 01/11/2011) |
| 01/06/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 1/6/2011, ( Oral Argument set for 2/3/2011 at 10:30 AM before Judge George B. Daniels.). Plaintiff Counsel and Defense Counsel present. Court Reporter was also present. (mbe) (Entered: 01/13/2011) |
| 01/14/2011 | 98 | RESPONSE re: 97 Notice (Other), Notice (Other). Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 01/14/2011) |
| 02/04/2011 | 99 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Kopecky dated 2/3/2011 re: I am writing to request that the Court reschedule argument on defendants' motion for summary judgment, originally scheduled for today. ENDORSEMENT: So ordered. The conference is adjourned to February 15, 2011 at 11:00 a.m. (Signed by Judge George B. Daniels on 2/4/2011) (rjm) Modified on 2/14/2011 (rjm). (Entered: 02/04/2011) |
| 02/04/2011 | | Set Deadlines/Hearings: Oral Argument set for 2/15/2011 at 11:00 AM before Judge George B. Daniels. (rjm) (Entered: 02/14/2011) |
| 02/15/2011 | | Minute Entry for proceedings held before Judge George B. Daniels. Oral Argument began and concluded on 2/15/2011. Plaintiff Counsel and Defense Counsel present. Court report was present. (lnl) (Entered: 02/16/2011) |
| 02/28/2011 | 100 | TRANSCRIPT of proceedings held on 2/15/11 before Judge George B. Daniels. (ama) (Entered: 02/28/2011) |
| 08/15/2011 | 101 | ORDER: The parties are directed to attend a conference on September 1, 2011, at 9:30 a.m. ( Status Conference set for 9/1/2011 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 8/15/2011) (mro) (Entered: 08/15/2011) |
| 08/15/2011 | 102 | MEMORANDUM ORDER AND DECISION: Defendants' motion for summary judgment is DENIED. (Signed by Judge George B. Daniels on 8/15/2011) (mro) (Entered: 08/15/2011) |
| 08/19/2011 | 103 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Kopecky dated 8/19/11 re: Counsel for the PricewaterhouseCoopers LLP requests that the Court reschedule the status conference currently scheduled for 9/1/11. ENDORSEMENT: The conference is scheduled for September 6, 2011 at 9:30 a.m. So ordered. ( Status Conference set for 9/6/2011 at 09:30 AM before Judge George B. |

| | | |
|---|---|---|
| | | Daniels.) (Signed by Judge George B. Daniels on 8/19/2011) (mro) Modified on 8/22/2011 (mro). (Entered: 08/19/2011) |
| 09/06/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 9/6/2011. (Status Conference set for 11/30/2011 at 09:30 AM before Judge George B. Daniels.) (ft) (Entered: 09/08/2011) |
| 09/15/2011 | 104 | TRANSCRIPT of Proceedings re: Conference held on 9/6/2011 before Judge George B. Daniels. Court Reporter/Transcriber: Steven Griffing, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/10/2011. Redacted Transcript Deadline set for 10/20/2011. Release of Transcript Restriction set for 12/19/2011.(McGuirk, Kelly) (Entered: 09/15/2011) |
| 09/15/2011 | 105 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 9/6/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/15/2011) |
| 09/26/2011 | 106 | TRANSCRIPT of Proceedings re: Conference held on 9/6/2011 before Judge George B. Daniels. Court Reporter/Transcriber: Steven Griffing, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/20/2011. Redacted Transcript Deadline set for 10/31/2011. Release of Transcript Restriction set for 12/29/2011.(McGuirk, Kelly) (Entered: 09/26/2011) |
| 09/26/2011 | 107 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 9/6/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/26/2011) |
| 10/13/2011 | 108 | NOTICE OF CASE REASSIGNMENT to Judge J. Paul Oetken. Judge George B. Daniels is no longer assigned to the case. (sjo) (Entered: 10/13/2011) |
| 10/25/2011 | 109 | ORDER: that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than 11/17/2011. The status letter should address the subjects as further set forth in this Order. Unless |

| | | |
|---|---|---|
| | | notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. (Signed by Judge J. Paul Oetken on 10/24/2011) (tro) Modified on 10/26/2011 (tro). (Entered: 10/26/2011) |
| 11/22/2011 | 110 | ORDER: The status conference previously scheduled for November 30, 2011, is hereby adjourned to the same day, November 30, 2011, at 2:45 PM at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 15D. ( Status Conference set for 11/30/2011 at 02:45 PM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 11/21/2011) (mro) (Entered: 11/22/2011) |
| 11/30/2011 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Status Conference held on 11/30/2011. Next PTC set Sine Die. (See Transcript) (ft) (Entered: 12/02/2011) |
| 12/07/2011 | 111 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Theodore H. Katz. (Signed by Judge J. Paul Oetken on 12/6/2011) (lmb) (Entered: 12/07/2011) |
| 01/12/2012 | 112 | TRANSCRIPT of Proceedings re: Conference held on 11/30/2011 before Judge J. Paul Oetken. Court Reporter/Transcriber: Jennifer Thun, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/6/2012. Redacted Transcript Deadline set for 2/17/2012. Release of Transcript Restriction set for 4/16/2012.(McGuirk, Kelly) (Entered: 01/12/2012) |
| 01/12/2012 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 11/30/11 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/12/2012) |
| 01/25/2012 | 114 | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Kevin Nathaniel Fox, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge Theodore H. Katz no longer referred to the case. (pgu) (Entered: 01/25/2012) |

| | | |
|---|---|---|
| 02/10/2012 | 115 | ORDER: IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on February 15, 2012 at 3:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705. ( Telephone Conference set for 2/15/2012 at 03:00 PM before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 2/10/2012) (lmb) (Entered: 02/10/2012) |
| 02/15/2012 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 2/15/2012. (mro) (Entered: 02/22/2012) |
| 03/26/2012 | 116 | ORDER: IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on April 9, 2012 at 1:30 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705. ( Telephone Conference set for 4/9/2012 at 01:30 PM before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 3/23/2012) (mro) (Entered: 03/26/2012) |
| 04/09/2012 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 4/9/2012. Telephonic conference held to discuss discovery disputes: As a result of the discussed held during the conference: (1) defendant may obtain Joel Steir's trading history from June 24, 2010-April 30, 2011; (2) plaintiff's shall disclose e-mail messages from June 10, 2010-July 2, 2010; and (3) defendant may re-open the depositions of Edgar Sabounghi and Peter Sherk, for not more than 2 hours, solely to explore the Sherk June 23, 2010 e-mail message. Consistent with the discussion during the conference, if necessary, the defendant may seek to re-open the depositions of Clark Hutchison and David Lamb to explore the Sherk June 23, 2010 e-mail message. (jfe) (Entered: 04/09/2012) |
| 04/09/2012 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 4/9/2012. (jfe) (Entered: 04/09/2012) |
| 04/09/2012 | 117 | ORDER: Motions due by 4/30/2012. Responses due by 5/14/2012. Replies due by 5/21/2012. (Signed by Magistrate Judge Kevin Nathaniel Fox on 4/9/2012) (ft) (Entered: 04/10/2012) |
| 04/21/2012 | 118 | TRANSCRIPT of Proceedings re: telephone conference held on 2/15/2012 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/17/2012. Redacted Transcript Deadline set for 5/25/2012. Release of Transcript Restriction set for 7/23/2012.(laq) (Entered: 04/26/2012) |

| | | |
|---|---|---|
| 04/21/2012 | 119 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 2/15/2012 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(laq) (Entered: 04/26/2012) |
| 04/21/2012 | 120 | TRANSCRIPT of Proceedings re: telephone conference held on 4/9/2012 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/17/2012. Redacted Transcript Deadline set for 5/25/2012. Release of Transcript Restriction set for 7/23/2012.(laq) (Entered: 04/26/2012) |
| 04/21/2012 | 121 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 4/9/2012 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(laq) (Entered: 04/26/2012) |
| 04/30/2012 | 122 | TRANSCRIPT of Proceedings re: proceedings held on 2/15/2012 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2012. Redacted Transcript Deadline set for 6/4/2012. Release of Transcript Restriction set for 8/2/2012.(tro) (Entered: 04/30/2012) |
| 04/30/2012 | 123 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceedings proceeding held on 2/15/2012 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 04/30/2012) |
| 04/30/2012 | 124 | TRANSCRIPT of Proceedings re: proceedings held on 4/9/2012 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court |

| | | public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/24/2012. Redacted Transcript Deadline set for 6/4/2012. Release of Transcript Restriction set for 8/2/2012.(tro) (Entered: 04/30/2012) |
|---|---|---|
| 04/30/2012 | 125 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceedings proceeding held on 4/9/2012 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 04/30/2012) |
| 04/30/2012 | 126 | MOTION for Leave to File Second Amended Complaint. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit Proposed Second Amended Complaint)(Gottesdiener, Eli) (Entered: 04/30/2012) |
| 05/14/2012 | 127 | MEMORANDUM OF LAW in Opposition re: 126 MOTION for Leave to File Second Amended Complaint.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 05/14/2012) |
| 05/14/2012 | 128 | DECLARATION of Lauren O. Casazza in Opposition re: 126 MOTION for Leave to File Second Amended Complaint.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A-H)(Casazza, Lauren) (Entered: 05/14/2012) |
| 05/21/2012 | 129 | REPLY to Response to Motion re: 126 MOTION for Leave to File Second Amended Complaint.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 05/21/2012) |
| 08/15/2012 | 130 | MEMORANDUM AND ORDER granting 126 Motion for Leave to File Document. For the reasons set forth above, the plaintiffs' motion to amend its first- amended complaint, Docket Entry No. 126, is granted. (Signed by Magistrate Judge Kevin Nathaniel Fox on 8/15/2012) (lmb) (Entered: 08/15/2012) |
| 08/22/2012 | 133 | SECOND AMENDED COMPLAINT amending 21 Amended Complaint, against PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan |

| | | for Employees of PricewaterhouseCoopers LLP.Document filed by Timothy D. Laurent, Smeeta Sharon. Related document: 21 Amended Complaint, filed by Timothy D. Laurent. (Attachments: # 1 Exhibit)(djc) (Entered: 08/27/2012) |
|---|---|---|
| 08/23/2012 | 131 | MOTION for Extension of Time *to Respond to Second Amended Complaint*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 08/23/2012) |
| 08/27/2012 | 132 | MEMO ENDORSEMENT granting 131 Motion for Extension of Time: Application granted. (Signed by Magistrate Judge Kevin Nathaniel Fox on 8/24/2012) (lmb) (Entered: 08/27/2012) |
| 08/27/2012 | | Set/Reset Deadlines: Motions due by 9/21/2012. Responses due by 10/18/2012. Replies due by 11/8/2012. (lmb) (Entered: 08/30/2012) |
| 08/28/2012 | 134 | MOTION for Order Requiring Defendants to Establish Good Cause Before Filing Successive Motion to Dismiss Count One. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 08/28/2012) |
| 08/30/2012 | 135 | RESPONSE to Motion re: 134 MOTION for Order Requiring Defendants to Establish Good Cause Before Filing Successive Motion to Dismiss Count One.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 08/30/2012) |
| 08/30/2012 | 136 | REPLY MEMORANDUM OF LAW in Support re: 134 MOTION for Order Requiring Defendants to Establish Good Cause Before Filing Successive Motion to Dismiss Count One.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 08/30/2012) |
| 09/21/2012 | 137 | MOTION to Dismiss *Second Amended Class Action Complaint*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 09/21/2012) |
| 09/21/2012 | 138 | MEMORANDUM OF LAW in Support re: 137 MOTION to Dismiss *Second Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 09/21/2012) |

| | | |
|---|---|---|
| 09/21/2012 | 139 | DECLARATION of Lauren O. Casazza in Support re: 137 MOTION to Dismiss *Second Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A (1 of 3), # 2 Exhibit A (2 of 3), # 3 Exhibit A (3 of 3), # 4 Exhibit B-C)(Casazza, Lauren) (Entered: 09/21/2012) |
| 10/18/2012 | 140 | MEMORANDUM OF LAW in Opposition re: 137 MOTION to Dismiss *Second Amended Class Action Complaint*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit Ex. 1 - ERISA Lit. Rep. Article re 5 Years of Service NRA)(Gottesdiener, Eli) (Entered: 10/18/2012) |
| 11/08/2012 | 141 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - REPLY MEMORANDUM OF LAW in Support re: 137 MOTION to Dismiss *Second Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) Modified on 11/9/2012 (db). (Entered: 11/08/2012) |
| 11/09/2012 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Lauren Oland Casazza to RE-FILE Document 141 Reply Memorandum of Law in Support of Motion. ERROR(S): No signature or s/. (db)** (Entered: 11/09/2012) |
| 11/09/2012 | 142 | REPLY MEMORANDUM OF LAW in Support re: 137 MOTION to Dismiss *Second Amended Class Action Complaint*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 11/09/2012) |
| 01/28/2013 | 143 | ORDER denying 134 Motion. The instant motion does not comply with the above-referenced Rule in that neither a notice of motion nor any supporting affidavit(s) was filed with the court. (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/28/2013) (cd) (Entered: 01/28/2013) |
| 03/11/2013 | | Please be advised that Judge Oetken's Courtroom and Chambers have been moved to the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007. Effective immediately, all proceedings before the Court will take place in Courtroom 706. Judge Oetken's Chambers are located in Room 2101, 40 Foley Square. The Court's Individual Practices remain available at |

| | | |
|---|---|---|
| | | http://www.nysd.uscourts.gov/judge/Oetken. (Skolnik, Brandon) (Entered: 03/11/2013) |
| 03/11/2013 | 144 | ORDER: The Court will hold a phone conference in this case on March 14,2013 at 3:00pm. The parties shall be prepared to address, among other things, the effect, if any, of a decision denying the motion to dismiss Count One on the motion to dismiss Counts Five and Six. SO ORDERED.( Telephone Conference set for 3/14/2013 at 03:00 PM before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 3/08/2013) (ama) (Entered: 03/11/2013) |
| 03/12/2013 | | Please be advised that Judge Oetken's Courtroom and Chambers have been moved to the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007. Effective immediately, all proceedings before the Court will take place in Courtroom 706. Judge Oetken's Chambers are located in Room 2101, 40 Foley Square. The Court's Individual Practices remain available at http://www.nysd.uscourts.gov/judge/Oetken. (Skolnik, Brandon) (Entered: 03/12/2013) |
| 03/14/2013 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Telephone Conference held on 3/14/2013.(Se transcript) (Court Reporter Sonia Huggins) (Skolnik, Brandon) (Entered: 03/15/2013) |
| 04/05/2013 | 145 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/14/2013 before Judge J. Paul Oetken. Court Reporter/Transcriber: Sonya Ketter Huggins, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/29/2013. Redacted Transcript Deadline set for 5/9/2013. Release of Transcript Restriction set for 7/11/2013.(Rodriguez, Somari) (Entered: 04/05/2013) |
| 04/05/2013 | 146 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/14/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 04/05/2013) |
| 07/15/2013 | 147 | ORDER: The Court will hold oral argument via phone conference in this case on July 19, 2013 at 5:00 pm. This argument will be limited to Plaintiffs' fifth cause of action. The parties are to assume that the Court has concluded that I.R.S. Notice 2007-69 applies retroactively and merits a form of deference, an to address the following questions: set forth in this order.( Oral Argument set for 7/19/2013 at 05:00 PM before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 7/15/2013) (js) Modified on 7/15/2013 (js). (Entered: 07/15/2013) |

| | | |
|---|---|---|
| 07/19/2013 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Telephone Conference held on 7/19/2013. ( See transcript for details.) (Court Reporter Pamela Utter) (Skolnik, Brandon) (Entered: 07/19/2013) |
| 08/01/2013 | 148 | TRANSCRIPT of Proceedings re: PHONE CONFERENCE held on 7/19/2013 before Judge J. Paul Oetken. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/26/2013. Redacted Transcript Deadline set for 9/6/2013. Release of Transcript Restriction set for 11/4/2013.(McGuirk, Kelly) (Entered: 08/01/2013) |
| 08/01/2013 | 149 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a PHONE CONFERENCE proceeding held on 7/19/2013 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/01/2013) |
| 08/08/2013 | 150 | OPINION AND ORDER: re: 137 MOTION to Dismiss *Second Amended Class Action Complaint* filed by The Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. For the foregoing reasons, Defendants motion to dismiss is DENIED.The Clerk of Court is directed to terminate the motion entry at Dkt. No. 137.SO ORDERED.(Signed by Judge J. Paul Oetken on 8/08/2013) (ama) (Entered: 08/08/2013) |
| 08/08/2013 | 151 | ORDER: The order of reference to Magistrate Judge Fox for general pre-trial purposes is hereby withdrawn. The parties are directed to meet and confer, and to submit a joint status update to the Court by September 6, 2013 in which they outline all remaining discovery issues, if any, identify any other outstanding issues, and propose a schedule for prompt resolution of this case. (Signed by Judge J. Paul Oetken on 8/08/2013) (ama) (Entered: 08/08/2013) |
| 08/20/2013 | 152 | ENDORSED LETTER addressed to Judge J. Paul Oetken from Robert J. Kopecky dated 8/19/2013 re: Counsel for Defendants request a one-week extension of time to file their Answer to plaintiffs' Second Amended Complaint, currently due August 22, 2013 to August 29, and to extend the September 6 deadline for the parties to submit a joint status update by one week. ENDORSEMENT: SO ORDERED. PricewaterhouseCoopers LLP answer due 8/29/2013; The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP answer due 8/29/2013; The Retirement Benefit Accumulation Plan |

| | | |
|---|---|---|
| | | for Employees of PricewaterhouseCoopers LLP answer due 8/29/2013. (Signed by Judge J. Paul Oetken on 8/19/2013) (tn) (Entered: 08/20/2013) |
| 08/29/2013 | 153 | ANSWER to 133 Amended Complaint,. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 08/29/2013) |
| 08/29/2013 | 154 | MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 08/29/2013) |
| 08/29/2013 | 155 | MEMORANDUM OF LAW in Support re: 154 MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 08/29/2013) |
| 09/16/2013 | 156 | MEMORANDUM OF LAW in Opposition re: 154 MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 09/16/2013) |
| 09/20/2013 | 157 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener and Lauren O. Casazza dated 9/13/2013 re: Pursuant to the Court's Orders of August 8, 2013, see Doc. 150 at 2 n.1; Doc. 151 at 1, the parties have met and conferred, and submit this update on the status of the case, outline of remaining discovery and other issues, and proposed schedules for the prompt resolution of the remainder of this case. (ama) (Entered: 09/20/2013) |
| 09/23/2013 | 158 | REPLY MEMORANDUM OF LAW in Support re: 154 MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), |

| | | of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 09/23/2013) |
|---|---|---|
| 09/25/2013 | 159 | ENDORSED LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener and Lauren O. Casazza dated 9/24/2013 re: Further to the parties' joint call with the Court's law clerk regarding scheduling, the parties propose that briefing on Plaintiffs' motion for class certification proceed as follows: Plaintiffs shall file their motion on October 7, 2013. Defendants shall respond on November 7, 2013. Plaintiffs shall reply on December 2, 2013.ENDORSEMENT: SO ORDERED., ( Motions due by 10/7/2013., Responses due by 11/7/2013, Replies due by 12/2/2013.) (Signed by Judge J. Paul Oetken on 9/23/2013) (ama) (Entered: 09/25/2013) |
| 09/25/2013 | 160 | ORDER: The parties are directed to appear before the Court for a telephonic conference on Friday, October 18, 2013 at 4:00 p.m. The parties shall jointly call Chambers. The conference will address the parties' letter with respect to discovery disputes and scheduling (Dkt. No. 157). SO ORDERED. ( Telephone Conference set for 10/18/2013 at 04:00 PM before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 9/23/2013) (ama) (Entered: 09/25/2013) |
| 10/07/2013 | 161 | MOTION to Certify Class., MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 10/07/2013) |
| 10/07/2013 | 162 | MEMORANDUM OF LAW in Support re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 10/07/2013) |
| 10/07/2013 | 163 | DECLARATION of Eli Gottesdiener in Support re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 10/07/2013) |
| 10/22/2013 | 164 | ORDER: The telephonic scheduling conference previously ordered for Friday, October 18, 2013 at 4:00 p.m. will be adjourned until Thursday, October 24, 2013 at 1:00 p.m. At that time, the parties shall jointly call Chambers. The conference will address the parties' letters with respect to discovery disputes and scheduling (Dkt. Nos. 157, 159). No additional briefing is required. SO ORDERED. ( Telephone Conference set for |

| | | |
|---|---|---|
| | | 10/24/2013 at 01:00 PM before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 10/21/2013) (ama) (Entered: 10/22/2013) |
| 10/23/2013 | | NOTICE of Rescheduling Telephone Conference. The Telephone conference set for Thursday, Oct. 24th, 2013, is now set for 2:30pm, same day (Not 1pm as previously set). (Skolnik, Brandon) (Entered: 10/23/2013) |
| 10/24/2013 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Telephone Conference held on 10/24/2013. (see transcript) (Court Reporter Pamela Utter) (Skolnik, Brandon) Modified on 10/25/2013 (tro). (Entered: 10/25/2013) |
| 10/25/2013 | 165 | ORDER: Based upon careful consideration of the arguments raised by the parties in their joint letter (dkt. no. 157), and in the scheduling conference held on Thursday, October 24, 2013, the Court hereby orders the following schedule for the disposition of this case: Plaintiffs shall provide initial expert reports no later than 90 days after the Court's ruling on class certification; Rebuttal expert reports shall be submitted no later than 60 days after the opposing party has served its initial expert reports; Reply expert reports shall be submitted no later than 45 days after the opposing party has served its rebuttal expert reports; Each expert shall be made available for deposition no later than 30 days after the submission of his or her report; Fact discovery may continue throughout the duration of discovery; All discovery shall conclude no later than six months after the Court's ruling on class certification; Dispositive motions shall be filed no later than 45 days after the conclusion of all discovery; Opposition briefs shall be filed no later than 30 days after the submission of dispositive motions; and, Reply briefs shall be filed no later than 21 days after the submission of opposition briefs. (Signed by Judge J. Paul Oetken on 10/25/2013) (mro) (Entered: 10/28/2013) |
| 11/12/2013 | 166 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/24/2013 before Judge J. Paul Oetken. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2013. Redacted Transcript Deadline set for 12/16/2013. Release of Transcript Restriction set for 2/13/2014.(Rodriguez, Somari) (Entered: 11/12/2013) |
| 11/12/2013 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/24/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 11/12/2013) |

| | | |
|---|---|---|
| 11/14/2013 | 168 | RESPONSE to Motion re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 11/14/2013) |
| 11/14/2013 | 169 | DECLARATION of Lauren O. Casazza in Opposition re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A (1 of 3), # 2 Exhibit A (2 of 3), # 3 Exhibit A (3 of 3), # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I)(Casazza, Lauren) (Entered: 11/14/2013) |
| 12/02/2013 | 170 | REPLY MEMORANDUM OF LAW in Support re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 12/02/2013) |
| 01/06/2014 | 171 | NOTICE of Supplemental Authority Supporting Plaintiffs' Motion for Class Certification re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit Ex. A - 8/3/07 Letter from PwC to J. Lawrence)(Gottesdiener, Eli) (Entered: 01/06/2014) |
| 01/15/2014 | 172 | RESPONSE re: 171 Notice (Other), Notice (Other) *Defendants' Response to Plaintiffs' Submission of Supplemental Authority*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 01/15/2014) |
| 01/22/2014 | 173 | OPINION AND ORDER: re: 154 MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. MOTION for Certification, Pursuant to 28 U.S.C. § 1292(b), of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint filed by The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers |

| | | |
|---|---|---|
| | | LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. For the foregoing reasons, this Court's Aug. 8, 2013 Order, denying PwC's motion to dismiss with respect to counts one, five, and six of Plaintiffs' Second Amended Complaint, is hereby certified for interlocutory review. The Clerk of the Court is directed to close the motion at docket number 154. SO ORDERED. (Signed by Judge J. Paul Oetken on 1/22/2014) (ama) (Entered: 01/22/2014) |
| 04/22/2014 | 174 | TRUE COPY ORDER of USCA USCA Case Number 14-314. Petitioners move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court, and for leave to file a reply in support of their petition. Upon due consideration, it is hereby ORDERED that motions are GRANTED. The Petitioners are directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 04/22/2014. (nd) (Entered: 04/22/2014) |
| 05/06/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401094208 on 05/05/2014 re: 174 USCA Order Granting leave to appeal an interlocutory order. **[USCA Case No. 14-1179-cv.]** (nd) (Entered: 05/06/2014) |
| 05/07/2014 | | Appeal Record Sent to USCA (Electronic File). **USCA Case Number 14-1179-cv,** Certified Indexed record on Appeal Electronic Files for 174 USCA Order granting 28 U.S.C. 1292(b) for leave an interlocutory order were transmitted to the U.S. Court of Appeals. (nd) (Entered: 05/07/2014) |
| 06/26/2014 | 175 | OPINION AND ORDER re: 161 MOTION to Certify Class. MOTION to Appoint Counsel *Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel* filed by Smeeta Sharon, Timothy D. Laurent: For the foregoing reasons, Plaintiffs' motion to certify a class of those PWC employees who elected to take lump-sum distribution of their benefits under PWC's Retirement Benefit Accumulation Plan between March 23, 2000, and August 17, 2006, is certified. Mr. Gottesdiener is appointed class counsel. The Clerk of Court is hereby directed to close the motion pending at Docket Number 161. (Signed by Judge J. Paul Oetken on 6/26/2014) (tn) (Entered: 06/26/2014) |
| 07/07/2014 | 176 | NOTICE OF APPEARANCE by Daniel J. Thomasch on behalf of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 07/07/2014) |
| 07/07/2014 | 177 | NOTICE OF APPEARANCE by Richard W. Mark on behalf of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of |

| | | |
|---|---|---|
| | | PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Mark, Richard) (Entered: 07/07/2014) |
| 07/08/2014 | 178 | MOTION to Stay *Proceedings Pending Disposition of Interlocutory Appeal*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Casazza, Lauren) (Entered: 07/08/2014) |
| 07/08/2014 | 179 | MEMORANDUM OF LAW in Support re: 178 MOTION to Stay *Proceedings Pending Disposition of Interlocutory Appeal.* . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 07/08/2014) |
| 07/09/2014 | 180 | RESPONSE in Opposition to Motion re: 178 MOTION to Stay *Proceedings Pending Disposition of Interlocutory Appeal.* . Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1 - 07-07-14 Email, # 2 Exhibit 2 - 07-07-14 Email, # 3 Exhibit 3 - 07-08-14 Email)(Gottesdiener, Eli) (Entered: 07/09/2014) |
| 07/10/2014 | 181 | ORDER denying 178 Motion to Stay. Accordingly, Defendants' motion for a stay pending disposition of the interlocutory appeal is DENIED. The Clerk of Court is directed to close the motion at Docket Number 178. (Signed by Judge J. Paul Oetken on 7/10/2014) (lmb) (Entered: 07/10/2014) |
| 07/10/2014 | 182 | REPLY MEMORANDUM OF LAW in Support re: 178 MOTION to Stay *Proceedings Pending Disposition of Interlocutory Appeal.* . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Casazza, Lauren) (Entered: 07/10/2014) |
| 07/25/2014 | 183 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated July 25, 2014 re: Defendants' Compliance with the Court's July 10, 2014 Order. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 07/25/2014) |
| 08/07/2014 | 184 | ORDER: Defendant PricewaterhouseCoopers, LLP, is hereby ordered to produce the IRS Technical Advice Memorandum (TAM) and TAM-related materials, which Plaintiffs requested in their third set of discovery requests, by September 5, 2014. (Signed by Judge J. Paul Oetken on 8/7/2014) (lmb) (Entered: 08/07/2014) |

| | | |
|---|---|---|
| 09/29/2014 | 185 | LETTER MOTION for Extension of Time to File addressed to Judge J. Paul Oetken from Eli Gottesdiener dated September 29, 2014. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 09/29/2014) |
| 10/07/2014 | 186 | ORDER granting 185 Letter Motion for Extension of Time to File.The Plaintiffs' requested extension is hereby granted in part. The parties shall submit a proposed discovery plan by November 3, 2014. If they are unable to agree on a proposed plan, the parties shall submit letters explaining their respective proposals by November 3, 2014. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 10/07/2014) |
| 10/23/2014 | 187 | NOTICE OF APPEARANCE by Steven Dana Cohen on behalf of Timothy D. Laurent, Smeeta Sharon. (Cohen, Steven) (Entered: 10/23/2014) |
| 10/23/2014 | 188 | NOTICE OF APPEARANCE by Albert Huang on behalf of Timothy D. Laurent, Smeeta Sharon. (Huang, Albert) (Entered: 10/23/2014) |
| 11/03/2014 | 189 | LETTER addressed to Judge J. Paul Oetken from Thomas J. Thomasch dated November 3, 2014 re: proposed discovery plan. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Table Summary of Proposals, # 2 Text of Proposed Order)(Thomasch, Daniel) (Entered: 11/03/2014) |
| 11/03/2014 | 190 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated November 3, 2014 re: proposed discovery plan. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 11/03/2014) |
| 11/10/2014 | 191 | ORDER. An interlocutory appeal is currently pending before the Second Circuit in this case. The parties have submitted letters outlining their proposals for discovery during the pendency of that appeal. The Court has considered the parties' submissions and hereby orders that discovery shall proceed on the following schedule: Any motions to amend the pleadings or join other parties shall be filed no later than 30days after the mandate is issued by the Second Circuit in this case. As this court has already ruled twice before (see Dkt. Nos. 181, 173), fact discovery shall continue during the pendency of this appeal. Nonetheless, no party shall take depositions during that period without leave of the Court. Plaintiffs shall provide initial expert reports no later than 90 days after the issuance of theSecond Circuit's mandate. PwC shall serve its rebuttal expert reports no later than 45 days after Plaintiffs' initial reports. Plaintiffs shall file their reply expert reports no later than 30 days after PwC files its rebuttal reports. Each expert shall be made available for deposition no later than 20 days after the submission of his or her initial or rebuttal report. All discovery, |

| | | |
|---|---|---|
| | | including all supplements or corrections required under Federal Rule of Civil Procedure 26(e)(1), shall conclude by the date on which reply expert reports are due. Dispositive motions and Federal Rule of Evidence 702 motions shall be filed no later than 45 days after the date on which reply expert reports are due. Opposition briefs shall be filed no later than 30 days after the submission of dispositive motions. Reply briefs shall be filed no later than 21 days after the submission of opposition briefs. (Signed by Judge J. Paul Oetken on 11/10/2014) (rjm) (Entered: 11/12/2014) |
| 05/06/2015 | 192 | MANDATE of USCA (Certified Copy) USCA Case Number 14-314. Petitioners move, pursuant to 28 U.S.C. § 1292(b), for leave to appeal an interlocutory order of the district court, and for leave to file a reply in support of their petition.Upon due consideration, it is hereby ORDERED that motions are GRANTED. The Petitioners are directed to file a scheduling notification within 14 days of the date of entry of Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 05/06/2015. (nd) (Entered: 05/06/2015) |
| 11/05/2015 | 193 | LETTER MOTION for Discovery *Striking Plaintiffs Proposed Discovery Order* addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated 11/5/15. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 11/05/2015) |
| 12/03/2015 | 194 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU** - JOINT LETTER MOTION for Discovery *Entry of Stipulated Confidentiality Order* addressed to Judge J. Paul Oetken from Eli Gottesdiener and Daniel J. Thomasch dated 12/02/2015. Document filed by Timothy D. Laurent, PricewaterhouseCoopers LLP, Smeeta Sharon, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, Michael A. Weil. (Attachments: # 1 Text of Proposed Order Proposed Stipulated Confidentiality Order)(Thomasch, Daniel) Modified on 12/9/2015 (ldi). (Entered: 12/03/2015) |
| 12/03/2015 | 195 | NOTICE OF APPEARANCE by Amer Shahid Ahmed on behalf of PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Ahmed, Amer) (Entered: 12/03/2015) |
| 12/07/2015 | 196 | STIPULATED CONFIDENTIALITY ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO |

| | | ORDERED. (Signed by Judge J. Paul Oetken on 12/7/2015) (kko) (Entered: 12/07/2015) |
|---|---|---|
| 12/18/2015 | 197 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated December 18, 2015 re: response to Plaintiffs' Discovery Letter-Motion dated 12/15/15. Document filed by PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 12/18/2015) |
| 01/26/2016 | 198 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated 1/26/2016 re: PwCs petition for certiorari denied by the Supreme Court. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 01/26/2016) |
| 01/28/2016 | 199 | ORDER: Counsel for the parties shall appear for a conference on February 3, 2016 at 2:30 PM in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The conference will address scheduling and all unresolved discovery disputes. (Status Conference set for 2/3/2016 at 02:30 PM in Courtroom 706, 40 Centre Street, New York, NY 10007 before Judge J. Paul Oetken.) (Signed by Judge J. Paul Oetken on 1/28/2016) (kl) (Entered: 01/28/2016) |
| 02/01/2016 | 200 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated February 1, 2016 re: response to Plaintiffs' January 26, 2016 Letter. Document filed by PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 02/01/2016) |
| 02/02/2016 | 201 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated February 2, 2016 re: Defendants' February 1, 2016 Letter. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 02/02/2016) |
| 02/03/2016 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Interim Pretrial Conference held on 2/3/2016. Motion(s) terminated as moot: 193 LETTER MOTION for Discovery *Striking Plaintiffs Proposed Discovery Order* addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated 11/5/15. filed by The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. The defendants motion to strike is hereby denied as moot. The Plaintiff is granted leave to file the motion to compel by 2/16/16, the defendants response is due 3/1/16, the reply, if any, is due 3/8/16. The Court orders, as stated on the record, that the defendant to produce the discovery requested by plaintiff by 2/19/16. The parties' requests to file the letters dated November 2, November 5, December 15, and December 18, and all accompanying supportive documentation, under seal are granted. (See transcript for complete details.) (Court Reporter Raquel Robles) (Skolnik, Brandon) (Entered: 02/03/2016) |

| | | |
|---|---|---|
| 02/17/2016 | 202 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/3/2016 before Judge J. Paul Oetken. Court Reporter/Transcriber: Raquel Robles, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2016. Redacted Transcript Deadline set for 3/24/2016. Release of Transcript Restriction set for 5/20/2016.(McGuirk, Kelly) (Entered: 02/17/2016) |
| 02/17/2016 | 203 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/3/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 02/17/2016) |
| 02/19/2016 | 204 | MANDATE of USCA (Certified Copy) USCA Case Number 14-1179. Ordered, Adjudged and Decreed that the order of the District Court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 02/19/2016. (nd) (Entered: 02/19/2016) |
| 02/24/2016 | 205 | NOTICE OF WITHDRAWAL OF COUNSEL: TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: Pursuant to Local Civil Rule 1.4, please withdraw the appearance of Robert J. Kopecky, Lauren O. Casazza and Douglas G. Smith from Kirkland & Ellis LLP as counsel of record for Defendants. SO ORDERED. Attorney Douglas G. Smith; Lauren Oland Casazza and Robert J. Kopecky terminated. (Signed by Judge J. Paul Oetken on 2/24/2016) (ama) (Entered: 02/24/2016) |
| 03/01/2016 | 206 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated 03/01/2016 re: response to Plaintiffs' Discovery Letter-Motion dated 02/16/2016. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A - IRS Manual Provisions)(Thomasch, Daniel) (Entered: 03/01/2016) |
| 05/18/2016 | 207 | TRANSCRIPT of Proceedings re: Conference held on 1/6/2011 before Judge George B. Daniels. Court Reporter/Transcriber: Linda Fisher, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/13/2016. Redacted Transcript Deadline set for 6/23/2016. Release of Transcript Restriction set for 8/19/2016.(McGuirk, Kelly) (Entered: 05/18/2016) |

| | | |
|---|---|---|
| 05/18/2016 | 208 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 1/6/2011 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 05/18/2016) |
| 09/16/2016 | 209 | MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 09/16/2016) |
| 09/16/2016 | 210 | DECLARATION of Daniel J. Thomasch in Support re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A - second amended class action complaint, # 2 Exhibit B - answer to second amended class action complaint, # 3 Exhibit C (part 1) - retirement benefit accumulation plan, # 4 Exhibit C (part 2) - retirement benefit accumulation plan, # 5 Exhibit C (part 3) - retirement benefit accumulation plan, # 6 Exhibit C (part 4) - retirement benefit accumulation plan, # 7 Exhibit C (part 5) - retirement benefit accumulation plan, # 8 Exhibit C (part 6) - retirement benefit accumulation plan, # 9 Exhibit C (part 7) - retirement benefit accumulation plan, # 10 Exhibit C (part 8) - retirement benefit accumulation plan, # 11 Exhibit D - class certification brief, # 12 Exhibit E - transcript)(Thomasch, Daniel) (Entered: 09/16/2016) |
| 09/16/2016 | 211 | MEMORANDUM OF LAW in Support re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice*. . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 09/16/2016) |
| 10/03/2016 | 212 | RESPONSE in Opposition to Motion re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice*. . Document filed by Timothy D. Laurent, Smeeta Sharon. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - 5/28/14 TAM (2014-E-PWC-L005037-45))(Gottesdiener, Eli) (Entered: 10/03/2016) |
| 10/14/2016 | 213 | REPLY MEMORANDUM OF LAW in Support re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice.* . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 10/14/2016) |
| 10/14/2016 | 214 | DECLARATION of DANIEL J. THOMASCH in Support re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice.*. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A)(Thomasch, Daniel) (Entered: 10/14/2016) |
| 10/14/2016 | 215 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated October 14, 2016 re: oral argument request. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 10/14/2016) |
| 12/14/2016 | 216 | MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Text of Proposed Order Proposed Order and Final Judgment)(Gottesdiener, Eli) (Entered: 12/14/2016) |
| 12/14/2016 | 217 | MEMORANDUM OF LAW in Support re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment.* . Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 12/14/2016) |
| 12/14/2016 | 218 | RULE 56.1 STATEMENT. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 12/14/2016) |
| 12/14/2016 | 219 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE 221 Declaration)** - DECLARATION of Eli Gottesdiener in Support re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment.*. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1 - Technical Advice Memorandum (2014-E-PWC-L005037-45), # 2 Exhibit 3 - Letter from defense counsel to Plaintiffs' counsel, # 3 Exhibit 5 - Pls. First Set of Discovery Requests to All Defendants, # 4 Exhibit 7 - Understanding IRS Guidance - A Brief |

| | | |
|---|---|---|
| | | Primer, # 5 Exhibit Index of Exhibits)(Gottesdiener, Eli) Modified on 12/19/2016 (db). (Entered: 12/15/2016) |
| 12/15/2016 | 220 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE 221 Declaration) -** NOTICE of Exhibits 2, 6, 11, 12 to 12/14/16 Declaration of Eli Gottesdiener (Dkt. 219) re: 217 Memorandum of Law in Support of Motion, 218 Rule 56.1 Statement, 219 Declaration in Support of Motion,, 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 2 - RBAP Highlights Guide (PWC-L000857-961) [Part 2 of 3], # 2 Exhibit 2 - RBAP Highlights Guide (PWC-L000857-961) [Part 3 of 3], # 3 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 1 of 3], # 4 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 2 of 3], # 5 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 3 of 3], # 6 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 1 of 4], # 7 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 2 of 4], # 8 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 3 of 4], # 9 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 4 of 4], # 10 Exhibit 12 - 1999 Retirement Plans Guide (PWC-L001248-377) [Part 1 of 3], # 11 Exhibit 12 - 1999 Retirement Plans Guide (PWC-L001248-377) [Part 2 of 3], # 12 Exhibit 12 - 1999 Retirement Plans Guide (PWC-L001248-377) [Part 3 of 3])(Gottesdiener, Eli) Modified on 12/19/2016 (db). (Entered: 12/15/2016) |
| 12/15/2016 | 221 | DECLARATION of Eli Gottesdiener in Support re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*.. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit 1 - Technical Advice Memorandum (2014-E-PWC-L005037-45), # 3 Exhibit 2 - RBAP Highlights Guide (PWC-L000857-961) [Part 1 of 3], # 4 Exhibit 2 - RBAP Highlights Guide (PWC-L000857-961) [Part 2 of 3], # 5 Exhibit 2 - RBAP Highlights Guide (PWC-L000857-961) [Part 3 of 3], # 6 Exhibit 3 - Letter from defense counsel to Plaintiffs' counsel, # 7 Exhibit 5 - Pls. First Set of Discovery Requests to All Defendants, # 8 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 1 of 3], # 9 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 2 of 3], # 10 Exhibit 6 - Defs. O+Rs to Ps' First Set of Discovery Requests to All Defendants [Part 3 of 3], # 11 Exhibit 7 - Understanding IRS Guidance - A Brief Primer, # 12 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 1 of 4], # 13 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 2 of 4], # 14 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 3 of 4], # 15 Exhibit 11 - 1996 Retirement Plans Guide (PWC-L000714-856) [Part 4 of 4], # 16 Exhibit 12 - 1999 Retirement Plans Guide (PWC-L001248-377) [Part 1 of 3], # 17 Exhibit 12 - 1999 Retirement Plans |

| | | |
|---|---|---|
| | | Guide (PWC-L001248-377) [Part 2 of 3], # 18 Exhibit 12 - 1999 Retirement Plans Guide (PWC-L001248-377) [Part 3 of 3])(Gottesdiener, Eli) (Entered: 12/15/2016) |
| 12/20/2016 | 222 | JOINT STIPULATION: NOW THEREFORE, it is agreed by and between the parties to the above-captioned case that the briefing schedule with respect to Plaintiffs' Motion for Summary Judgment shall be as follows: Opposition papers shall be filed no later than January 13, 2017; and, Reply papers shall be filed no later than February 3, 2017. (Set Deadlines/Hearing as to 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*: Responses due by 1/13/2017, Replies due by 2/3/2017.) (Signed by Judge J. Paul Oetken on 12/19/2016) (cla) (Entered: 12/20/2016) |
| 01/12/2017 | 223 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated January 12, 2017 re: to notify the Court of supplemental authority, published after the close of briefing on PwCs pending Rule 12(c) Motion for Judgment on the Pleadings (Dkt. 209). Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A - supplemental authority)(Thomasch, Daniel) (Entered: 01/12/2017) |
| 01/13/2017 | 224 | MEMORANDUM OF LAW in Opposition re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment.* . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 01/13/2017) |
| 01/13/2017 | 225 | COUNTER STATEMENT TO 218 Rule 56.1 Statement. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 01/13/2017) |
| 01/13/2017 | 226 | DECLARATION of THEODORE P. SENGER in Opposition re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 01/13/2017) |
| 01/13/2017 | 227 | DECLARATION of AUSTIN STARKWEATHER in Opposition re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for* |

| | | *Summary Judgment*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Thomasch, Daniel) (Entered: 01/13/2017) |
|---|---|---|
| 01/13/2017 | 228 | DECLARATION of DANIEL J. THOMASCH in Opposition re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*.. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A, Part 1, # 2 Exhibit A, Part 2, # 3 Exhibit A, Part 3, # 4 Exhibit A, Part 4, # 5 Exhibit A, Part 5)(Thomasch, Daniel) (Entered: 01/13/2017) |
| 01/18/2017 | 229 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated January 18, 2017 re: Letter in Further Support of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 01/18/2017) |
| 01/19/2017 | 230 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated January 19, 2017 re: Letter in Further Support of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings (Corrected). Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 01/19/2017) |
| 01/20/2017 | 231 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated January 20, 2017 re: Further Response re Supplemental Authority for 12(c) Motion. Document filed by PricewaterhouseCoopers LLP.(Thomasch, Daniel) (Entered: 01/20/2017) |
| 02/03/2017 | 232 | REPLY MEMORANDUM OF LAW in Support re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment*. . Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Text of Proposed Order Proposed Order and Final Judgment)(Gottesdiener, Eli) (Entered: 02/03/2017) |
| 05/18/2017 | 233 | ORDER:The parties are directed to appear for oral argument on the Motion for Judgment on the Pleadings (Dkt. No. 209) on May 23, 2017, at 2:00 p.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Counsel should be prepared to discuss (1) timeliness of the motion and/or waiver; (2) whether the relief sought is more akin to contract interpretation or to reformation of contract; and (3) whether equitable relief is available and, if so, in what form.( Oral Argument set for 5/23/2017 at 02:00 PM in Courtroom 706, 40 Centre Street, New York, NY 10007 before Judge J. |

| | | |
|---|---|---|
| | | Paul Oetken.) (Signed by Judge J. Paul Oetken on 5/18/2017) (rj) (Entered: 05/18/2017) |
| 05/23/2017 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Oral Argument held on 5/23/2017 re: 209 MOTION for Judgment on the Pleadings dismissing the Plaintiffs' Second Amended Complaint with oral argument on the Motion for Judgment on the Pleadings. Decision reserved. (Court Reporter Sonya Ketter Moore) (bh) (Entered: 05/23/2017) |
| 05/26/2017 | 234 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated May 26, 2017 re: Plaintiffs' slides submitted during May 23, 2017 Hearing. Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 05/26/2017) |
| 05/31/2017 | 235 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated May 31, 2017 re: Plaintiffs' letter of May 26, 2017 on 12(c) Motion. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A - 5/23/17 hearing transcript)(Thomasch, Daniel) (Entered: 05/31/2017) |
| 07/24/2017 | 236 | OPINION AND ORDER re: 216 MOTION for Summary Judgment *Plaintiffs' Notice of Motion for Summary Judgment* filed by Smeeta Sharon, Timothy D. Laurent, 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice* filed by The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. For the foregoing reasons, Defendants' motion for judgment on the pleadings is GRANTED and Plaintiffs' motion for summary judgment is DENIED. The Clerk of Court is directed to close the motions at Docket Numbers 209 and 216. The parties are directed to provide a status update or proposed judgment to the Court by August 14, 2017. (As further set forth in this Order.) (Signed by Judge J. Paul Oetken on 7/24/2017) (cf) (Entered: 07/24/2017) |
| 08/03/2017 | 237 | JOINT STIPULATION: NOW THEREFORE, it is agreed by and between the parties to the above-captioned case that the briefing schedule with respect to Plaintiffs' Motion for Reconsideration shall be as follows: Motions due by 8/17/2017., Responses due by 9/21/2017, Replies due by 10/10/2017. SO ORDERED. (Signed by Judge J. Paul Oetken on 8/02/2017) (ama) (Entered: 08/03/2017) |
| 08/09/2017 | 238 | TRANSCRIPT of Proceedings re: CORRECTED TRANSCRIPT held on 5/23/2017 before Judge J. Paul Oetken. Court Reporter/Transcriber: Sonya Ketter Huggins, (212) 805-0300. Transcript may be viewed at the |

| | | |
|---|---|---|
| | | court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/30/2017. Redacted Transcript Deadline set for 9/11/2017. Release of Transcript Restriction set for 11/7/2017.(McGuirk, Kelly) (Entered: 08/09/2017) |
| 08/09/2017 | 239 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CORRECTED TRANSCRIPT proceeding held on 5/23/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/09/2017) |
| 08/17/2017 | 240 | NOTICE of Plaintiffs' Notice of Motion for Reconsideration re: 236 Memorandum & Opinion,,,. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 08/17/2017) |
| 08/17/2017 | 241 | MEMORANDUM OF LAW in Support re: 240 Notice (Other) *Plaintiffs' Memorandum of Law in Support of Their Motion for Reconsideration.* Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1 - Defs. 2d Cir. Petition for Interlocutory Appeal, # 2 Exhibit 2 - Defs. 2d Cir. Reply in Support of Petition for Interlocutory Appeal, # 3 Exhibit 3 - Defs. 2d Cir. Appeal Brief in Support of Reversal of this Courts August 2013 Order Denying Defs. Motion to Dismiss, # 4 Exhibit 4 - Defs. 2d Cir. Appeal Reply Brief in Support of Reversal of this Courts August 2013 Order Denying Defs. Motion to Dismiss)(Gottesdiener, Eli) (Entered: 08/17/2017) |
| 09/21/2017 | 242 | MEMORANDUM OF LAW in Opposition re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice. OPPOSITION TO DKT. 240 AND DKT. 241 MOTION FOR RECONSIDERATION AND MEMORANDUM OF LAW IN SUPPORT THEREOF.* Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 09/21/2017) |
| 10/10/2017 | 243 | REPLY MEMORANDUM OF LAW in Support re: 209 MOTION for Judgment on the Pleadings *dismissing the Plaintiffs' Second Amended Complaint with prejudice. Reply In Support of Plaintiffs' Motion for Reconsideration (Dkt. 240).* Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 5-Brief of Amicus DOL, LaRue v. DeWolff, Boberg & Associates, Inc., 551 U.S. 1130 (U.S. 2007), # 2 Exhibit 6-Brief of Amicus DOL, Amara v. CIGNA Corp., 01-2361 (D. Conn. September 22, 2011), # 3 Exhibit 7-RBAP Excerpts)(Gottesdiener, Eli) (Entered: 10/10/2017) |

| 01/19/2018 | 244 | OPINION AND ORDER: For the foregoing reasons, Plaintiffs' motion for reconsideration (Dkt. No. 240) is DENIED. As counsel for Plaintiffs acknowledged during oral argument, the conclusion reached by the Court resolves all remaining claims asserted in this action. Accordingly, the Second Amended Complaint is dismissed with prejudice. The Clerk of Court is directed to close this case. SO ORDERED. (Signed by Judge J. Paul Oetken on 1/19/2018) (ama) (Entered: 01/19/2018) |
|---|---|---|
| 01/19/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: 244 Memorandum & Opinion,, to the Judgments and Orders Clerk. (ama) (Entered: 01/19/2018) |
| 01/22/2018 | 245 | CLERK'S JUDGMENT: It is, ORDERED, ADJUDGED AND DECREED: That for the reasons set forth in the Court's Opinion and Order dated January 19, 2018, Plaintiffs' motion for reconsideration is denied. As counsel for Plaintiffs acknowledged during an oral argument, the conclusion reached by the Court resolves all remaining claims asserted in this action. The Second Amended Complaint is dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 1/22/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 01/22/2018) |
| 01/22/2018 | | Terminate Transcript Deadlines (km) (Entered: 01/22/2018) |
| 02/05/2018 | 246 | MOTION For Clarification and/or Modification . Document filed by Timothy D. Laurent, Smeeta Sharon.(Gottesdiener, Eli) (Entered: 02/05/2018) |
| 02/20/2018 | 247 | MEMORANDUM OF LAW in Opposition re: 246 MOTION For Clarification and/or Modification . . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Thomasch, Daniel) (Entered: 02/20/2018) |
| 02/20/2018 | 248 | NOTICE OF APPEAL from 245 Clerk's Judgment,, 236 Memorandum & Opinion,,, 244 Memorandum & Opinion,. Document filed by Timothy D. Laurent, Smeeta Sharon. Filing fee $ 505.00, receipt number 0208-14721845. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Gottesdiener, Eli) (Entered: 02/20/2018) |
| 02/21/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 248 Notice of Appeal. (tp) (Entered: 02/21/2018) |
| 02/21/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 248 Notice of Appeal, filed by Smeeta Sharon, Timothy D. Laurent were transmitted to the U.S. Court of Appeals. (tp) (Entered: 02/21/2018) |
| 02/27/2018 | 249 | REPLY MEMORANDUM OF LAW in Support re: 246 MOTION For Clarification and/or Modification . . Document filed by Timothy D. |

| | | |
|---|---|---|
| | | Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1 - 1/20/10 Conkright v. Frommert Oral Arg. Tr.)(Gottesdiener, Eli) (Entered: 02/27/2018) |
| 02/28/2018 | 250 | INITIAL NOTICE OF STAY OF APPEAL re: 248 Notice of Appeal,. A notice of appeal was filed in this case on Since at least one motion cited in F.R.A.P. 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s). USCA CASE NO. 18-0487. (nd) (Entered: 02/28/2018) |
| 02/28/2018 | | USCA Case Number 18-487 from the U.S. Court of Appeals, Second Circuit assigned to 248 Notice of Appeal, filed by Smeeta Sharon, Timothy D. Laurent. (nd) (Entered: 02/28/2018) |
| 04/24/2018 | 251 | OPINION AND ORDER re: 246 MOTION For Clarification and/or Modification filed by Smeeta Sharon, Timothy D. Laurent. For the foregoing reasons, Plaintiffs' motion for clarification or modification is DENIED. The Clerk of Court is directed to close the motion at Docket Number 246. (Signed by Judge J. Paul Oetken on 4/24/2018) (mro) (Entered: 04/24/2018) |
| 05/07/2018 | 252 | **FILING ERROR - NO ORDER SELECTED FOR APPEAL** - AMENDED NOTICE OF APPEAL. Document filed by Timothy D. Laurent, Smeeta Sharon. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Gottesdiener, Eli) Modified on 5/8/2018 (tp). (Entered: 05/07/2018) |
| 05/08/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Gottesdiener, Eli to RE-FILE Document No. 252 Notice of Appeal. The filing is deficient for the following reason(s): the wrong event was used, the document being amended, and the order/judgment being appealed were not selected. Re-file the appeal using the event type Amended Notice of Appeal found under the event list Appeal Documents - attach the correct signed PDF - select the correct named filer/filers - select the correct order/judgment being appealed. (tp)** Modified on 5/8/2018 (tp). (Entered: 05/08/2018) |
| 05/08/2018 | 253 | AMENDED NOTICE OF APPEAL re: 248 Notice of Appeal, 251 Memorandum & Opinion,. Document filed by Timothy D. Laurent, Smeeta Sharon. (Gottesdiener, Eli) (Entered: 05/08/2018) |
| 05/08/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 253 Amended Notice of Appeal. (tp) (Entered: 05/08/2018) |
| 05/08/2018 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 253 Amended Notice of Appeal filed by Smeeta Sharon, Timothy D. Laurent USCA Case Number 18-0487, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/08/2018) |
| 05/08/2018 | | USCA Case Number 18-0487 from the USCA 2nd Circuit assigned to 248 Notice of Appeal, filed by Smeeta Sharon, Timothy D. |

| | | Laurent, 253 Amended Notice of Appeal filed by Smeeta Sharon, Timothy D. Laurent. (tp) (Entered: 05/08/2018) |
|---|---|---|
| 12/23/2019 | 254 | OPINION of USCA (Certified) as to 248 Notice of Appeal, filed by Smeeta Sharon, Timothy D. Laurent, 253 Amended Notice of Appeal filed by Smeeta Sharon, Timothy D. Laurent. USCA Case Number 18-0487-cv. Appeal from a judgment of the United States District Court for the Southern District of New York (Oetken, J.) dismissing plaintiffs-appellants'. claims alleging that the terms of their employee retirement benefits plan violated the Employment Retirement Income Security Act, 29 U.S.C. 1001 et seq. In a prior appeal, we affirmed the district court.s holding that the plan violated the statute, and we remanded for the district court to consider the appropriate relief. On remand, however, defendants-appellees moved for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), contending that the relief requested by plaintiffs-appellants -- reformation of the plan and the recalculation of benefits in accordance with the reformed plan -- was unavailable as a matter of law. The district court agreed. VACATED AND REMANDED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 12/23/2019. (nd) (Entered: 12/23/2019) |
| 12/23/2019 | | Transmission of USCA Opinion to the District Judge re: 254 USCA Opinion. (nd) (Entered: 12/23/2019) |
| 01/24/2020 | 255 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU** - MOTION for Steven D. Cohen to Withdraw as Attorney . Document filed by Timothy D. Laurent, Smeeta Sharon.(Cohen, Steven) Modified on 2/24/2020 (db). (Entered: 01/24/2020) |
| 01/27/2020 | 256 | ORDER granting 255 Motion to Withdraw as Attorney. Pursuant to Local Civil Rule 1.4, I seek leave to withdraw as attorney of record for Plaintiffs in the above-referenced matter because I am no longer working for Gottesdiener LawFirm. Granting this request should have no impact on the forward progress of the case. Granted. The Clerk of Court is directed to terminate attorney Steven D. Cohen from this case and to close the motion at Docket Number 255. So Ordered. Attorney Steven Dana Cohen terminated. (Signed by Judge J. Paul Oetken on 1/27/2020) (js) (Entered: 01/27/2020) |
| 02/27/2020 | 257 | MANDATE of USCA (Certified Copy) as to 248 Notice of Appeal, filed by Smeeta Sharon, Timothy D. Laurent, 253 Amended Notice of Appeal filed by Smeeta Sharon, Timothy D. Laurent. USCA Case Number 18-0487-cv. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 02/27/2020..(nd) (Entered: 02/27/2020) |
| 02/27/2020 | | Transmission of USCA Mandate to the District Judge re: 257 USCA Mandate,,..(nd) (Entered: 02/27/2020) |

| | | |
|---|---|---|
| 02/28/2020 | 258 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated February 28, 2020 re: Plaintiffs' request that the Court consider and grant the Class's fully-briefed summary judgment motion. Document filed by Timothy D. Laurent, Smeeta Sharon..(Gottesdiener, Eli) (Entered: 02/28/2020) |
| 03/02/2020 | 259 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated March 2, 2020 re: response to Plaintiffs' February 28, 2020 Letter (Dkt. No. 258). Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 03/02/2020) |
| 07/24/2020 | 260 | MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 07/24/2020) |
| 07/24/2020 | 261 | MEMORANDUM OF LAW in Support re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS . . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 07/24/2020) |
| 07/24/2020 | 262 | DECLARATION of DANIEL J. THOMASCH in Support re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS .. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A, Part 1 - Retirement Benefits Accumulation Plan for Employees of PricewaterhouseCoopers LLP, # 2 Exhibit A, Part 2 - Retirement Benefits Accumulation Plan for Employees of PricewaterhouseCoopers LLP, # 3 Exhibit A, Part 3 - Retirement Benefits Accumulation Plan for Employees of PricewaterhouseCoopers LLP, # 4 Exhibit B - Letter Submission, # 5 Exhibit C - Transcript, # 6 Exhibit D - Reply Brief, # 7 Exhibit E - Final Form Brief, # 8 Exhibit F - Amicus Curiae Brief).(Thomasch, Daniel) (Entered: 07/24/2020) |
| 07/24/2020 | 263 | DECLARATION of JAMES T. McHALE in Support re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS .. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan |

| | | |
|---|---|---|
| | | for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Thomasch, Daniel) (Entered: 07/24/2020) |
| 08/07/2020 | 264 | MEMORANDUM OF LAW in Opposition re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS . . Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1-Final Form Brief of Defendants-Appellees, Case No. 18-487, Dkt. 124, # 2 Exhibit 2-4/1/01 PwC Partners and Principals Agreement (from Murphy docket)).(Gottesdiener, Eli) (Entered: 08/07/2020) |
| 08/14/2020 | 265 | REPLY MEMORANDUM OF LAW in Support re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS . . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 08/14/2020) |
| 10/19/2020 | 266 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated October 19, 2020 re: possible Supreme Court review of the Second Circuit's decision in Laurent v. PricewaterhouseCoopers LLP. Document filed by PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A- U.S. Supreme Court Order List for 10/19/2020).(Thomasch, Daniel) (Entered: 10/19/2020) |
| 03/10/2021 | 267 | ORDER. In light of the possible Supreme Court review of the Second Circuit's decision in Laurent v. PricewaterhouseCoopers LLP, 945 F.3d 739, 749 (2d Cir. 2019), the Court hereby stays this action pending the outcome of PricewaterhouseCoopers LLP's petition for certiorari. The parties are directed to file a joint status letter informing the Court when a decision regarding the pending cert petition has been made. The Clerk of Court is directed to stay the case pending further order. SO ORDERED. (Signed by Judge J. Paul Oetken on 3/10/21) (yv) (Entered: 03/10/2021) |
| 07/02/2021 | 268 | NOTICE of Joint Letter notifying the Court that Defendants' petition for certiorari has been denied re: 267 Order Staying Case,,. Document filed by Timothy D. Laurent, Smeeta Sharon..(Gottesdiener, Eli) (Entered: 07/02/2021) |
| 07/07/2021 | 269 | LETTER addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated July 7, 2021 re: Notice of Supplemental Authority and Request for Status Conference. Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. (Attachments: # 1 Exhibit A - Supplemental Authority).(Thomasch, Daniel) (Entered: 07/07/2021) |
| 07/09/2021 | 270 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated July 9, 2021 re: Defendants' Purported Supplemental Authority in Support |

| | | of Their Motion for Class Decertification. Document filed by Timothy D. Laurent, Smeeta Sharon..(Gottesdiener, Eli) (Entered: 07/09/2021) |
|---|---|---|
| 07/10/2021 | 271 | AMENDED LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated July 10, 2021 re: Defendants' Purported Supplemental Authority in Support of Their Motion for Class Decertification. Document filed by Timothy D. Laurent, Smeeta Sharon..(Gottesdiener, Eli) (Entered: 07/10/2021) |
| 07/29/2021 | 272 | ORDER: In light of the Supreme Court's denial of PricewaterhouseCoopers LLP's petition for certiorari, the stay in this case is hereby lifted. So Ordered. (Signed by Judge J. Paul Oetken on 7/29/2021) (js) (Entered: 07/30/2021) |
| 07/29/2021 | | Case Stay Lifted. (js) (Entered: 07/30/2021) |
| 08/04/2021 | 273 | ORDER: COUNSEL FOR THE PARTIES SHALL ATTEND A TELEPHONIC STATUS CONFERENCE ON TUESDAY, AUGUST 31, 2021, AT 2:00 PM. The conference call number is 888-557-8511 and the access code is 9300838. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken) (Text Only Order) (ja) (Entered: 08/04/2021) |
| 08/31/2021 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Status Conference held on 8/31/2021. (see transcript) (bh) (Entered: 09/08/2021) |
| 09/17/2021 | 274 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/31/2021 before Judge J. Paul Oetken. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/8/2021. Redacted Transcript Deadline set for 10/18/2021. Release of Transcript Restriction set for 12/16/2021..(Moya, Goretti) (Entered: 09/17/2021) |
| 09/17/2021 | 275 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/31/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 09/17/2021) |
| 09/30/2021 | 276 | OPINION AND ORDER: re: 260 MOTION TO DECERTIFY THE RULE 23(B)(2) CLASS . filed by The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP. For the foregoing reasons, it is hereby ORDERED that: PWC's motion for class decertification is DENIED; Plaintiffs' motion for summary judgment is GRANTED in part and DENIED in part. |

| | | |
|---|---|---|
| | | Specifically, Plaintiffs are granted summary judgment on liability with respect to the Plan's normal retirement age and the Plan's projection rate. Summary judgment is denied as to relief. The parties are directed to confer regarding the next phase of this litigation. Within 21 days after the date of this Opinion and Order, the parties shall file a joint letter of up to 6 single- spaced pages addressing each side's proposals for further proceedings. The Clerk of Court is directed to close the motions at Docket Numbers 216 and 260. SO ORDERED. (Signed by Judge J. Paul Oetken on 9/30/2021) (js) (Entered: 09/30/2021) |
| 10/14/2021 | 277 | MOTION for Reconsideration re; 276 Memorandum & Opinion,,,, . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 10/14/2021) |
| 10/14/2021 | 278 | MEMORANDUM OF LAW in Support re: 277 MOTION for Reconsideration re; 276 Memorandum & Opinion,,,, . . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 10/14/2021) |
| 10/21/2021 | 279 | LETTER addressed to Judge J. Paul Oetken from Eli Gottesdiener dated October 21, 2021 re: Joint Letter re the Parties' Respective Proposals for Further Proceedings in this Matter. Document filed by Timothy D. Laurent, Smeeta Sharon..(Gottesdiener, Eli) (Entered: 10/21/2021) |
| 10/21/2021 | 280 | MEMORANDUM OF LAW in Opposition re: 277 MOTION for Reconsideration re; 276 Memorandum & Opinion,,,, . . Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit A).(Gottesdiener, Eli) (Entered: 10/21/2021) |
| 10/28/2021 | 281 | REPLY MEMORANDUM OF LAW in Support re: 277 MOTION for Reconsideration re; 276 Memorandum & Opinion,,,, . . Document filed by PricewaterhouseCoopers LLP, The Adminstrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 10/28/2021) |
| 11/01/2021 | 282 | LETTER MOTION for Leave to File Surreply addressed to Judge J. Paul Oetken from Eli Gottesdiener dated November 1, 2021. Document filed by Timothy D. Laurent, Smeeta Sharon. (Attachments: # 1 Exhibit 1- Proposed Surreply).(Gottesdiener, Eli) (Entered: 11/01/2021) |
| 11/02/2021 | 283 | LETTER RESPONSE in Opposition to Motion addressed to Judge J. Paul Oetken from Daniel J. Thomasch dated November 2, 2021 |

| | | |
|---|---|---|
| | | re: 282 LETTER MOTION for Leave to File Surreply addressed to Judge J. Paul Oetken from Eli Gottesdiener dated November 1, 2021. . Document filed by PricewaterhouseCoopers LLP..(Thomasch, Daniel) (Entered: 11/02/2021) |
| 11/09/2021 | 284 | ORDER denying 282 Letter Motion for Leave to File Document: DENIED. THE COURT CONCLUDES THAT THERE IS NOT AN EXTRAORDINARY SITUATION CREATING GOOD CAUSE FOR PLAINTIFFS TO FILE A SURREPLY. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (ja) (Entered: 11/09/2021) |

# EXHIBIT 11

From: Thomas Peters <thom.peters@lacity.org> <thom.peters@lacity.org>
**Sent time:** 01/22/2015 05:43:11 PM
**To:** Solomon, Eskel <Solomon, Eskel <Eskel.Solomon@ladwp.com>>
**Subject:** Can we talk asap?

---

Hi Eskel. Gary, Jim and I spoke about the affirmative litigation the outside firm proposes to bring. They would like to schedule a meeting to discuss it at the very earliest opportunity, and would like you, Marci, Mel and Richard Tom and/or Brown to be involved. The fear we have is that a *qui tam* will pop up at any moment and we will lose control and a ton of potential recovery if we do not act ASAP. Can we touch base about this by phone or, better yet, have your secretary and mine coordinate the scheduling of this? We over at CHE are happy to come to your place. Thanks.

--

Thom Peters
Chief Assistant City Attorney
Civil Litigation Branch
Los Angeles City Attorney's Office

*****************Confidentiality Notice ************************
This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*************************************************************************

# EXHIBIT 12

**From:** Thomas Peters <thom.peters@lacity.org> <thom.peters@lacity.org>
**Sent time:** 01/23/2015 10:02:02 AM
**To:** Solomon, Eskel <Solomon, Eskel <Eskel.Solomon@ladwp.com>>
**Subject:** Re: Can we meet tomorrow on the possible DWP affirmative case?

---

Can we get an audience with Mel, too? Marci as well?

On Fri, Jan 23, 2015 at 6:56 AM, Solomon, Eskel <Eskel.Solomon@ladwp.com> wrote:

I will make myself available as necessary today (Friday). Just keep me in the loop. EHS.

DCA Eskel H. Solomon

111 North Hope Street, Room 340

Los Angeles, CA., 90012

(213) 367-4585

# EXHIBIT 13

**From:** Tom, Richard
**Sent:** Friday, January 23, 2015 9:36 AM
**To:** Solomon, Eskel; Brown, Richard (LEGAL); Thomas Peters; james.p.clark@lacity.org; Gary Geuss
**Subject:** RE: From Thom Peters

Thom:

Your assistant just scheduled for us to meet at 3pm. We can discuss then how and when to engage Marcie, Mel, and the board in the discussion to get their direction and approval.

Eskel and I will see you at your offices at 3pm.

Thanks again for overseeing this effort.

Richard Tom

Assistant General Counsel

Los Angeles Department of Water and Power

213 367-4580

richard.tom@ladwp.com

------------------------Confidentiality Notice--------------------------
This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.

# EXHIBIT 14

Message

**From:** James Clark [james.p.clark@lacity.org]
**Sent:** 1/26/2015 12:41:51 PM
**To:** Paul R. Kiesel [kiesel@kiesel-law.com]
**Subject:** Re: Good morning Jim

Paul --

I have been working on this all weekend, and just haven't been able to connect with Mel. I am 100% sure that he'll be fine with it -- and Mike is completely on board -- but I just want Mel's sign off. He's in his G,D&C office today, and we've traded calls. I'm confident that this will get resolved in the next few hours, and will let you know as soon as that's happened. I am truly sorry about this incredibly stupid delay. Best.

Jim

On Sat, Jan 24, 2015 at 9:05 AM, Paul R. Kiesel <kiesel@kiesel-law.com> wrote:

Just wondering if we have a greenlight to reach out to Blood and let him know that the "tolling" agreement is going to be forwarded for his execution?

Thanks.

KL KieselLaw
Paul R. Kiesel
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
T: 310.854.4444
C: 310.720.8648

Exhibit 34
Clark
Date: 4.29.19
P. Pyburn CSR 7304, RPH, CLR