# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | PAUL OLIVA PARADIS | | |
| **Case Number:** | 2:20-BK-06724-PS | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 01, 2022 01:30 PM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | MARGARET KELLY | | |
| **Reporter / ECR:** | RUTH CARMONA | | |

### Matter:

ADV: 2-21-00171
**CITY OF LOS ANGELES vs PAUL OLIVA PARADIS**
STATUS HEARING ON MEET AND CONFER
R / M #:   34 / 0

### Appearances:

MICHAEL A. JONES, ATTORNEY FOR CITY OF LOS ANGELES
GUY NICHOLSON, CO-COUNSEL FOR CITY OF LOS ANGELES
KATIE MCCANN, CO-COUNSEL FOR CITY OF LOS ANGELES
ALAN A. MEDA, ATTORNEY FOR PAUL OLIVA PARADIS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:20-BK-06724-PS           TUESDAY, FEBRUARY 01, 2022 01:30 PM

## *Proceedings:*

Mr. Meda updates the Court regarding the meet and confer between the Debtor the City of Los Angeles. Mr. Meda states that the City would like to brief the motion to stay the adversary case and the Debtor will file a reply brief with a hearing to follow. Mr. Meda requests the pending motion to dismiss the adversary case be stayed until after the briefing and hearing on the motion to stay the adversary case.

Mr. Jones responds that they do agree on the briefing schedule. Mr. Jones argues for the motion to dismiss set for February 24, 2022 to proceed as scheduled and for the motion to stay the adversary proceeding be set in the ordinary course. Mr. Jones answers questions raised by the Court regarding the City of Los Angeles' current counsel.

Mr. Meda argues his position regarding the conflict with the attorneys and how that impacts the Debtor and the Bankruptcy Court. Mr. Meda believes that the process has been tainted by the involvement of attorneys with conflicts of interest that prejudice the Debtor. Mr. Meda answers questions raised by the Court and urges the Court to stay the motion to dismiss filed by the Debtor for ninety days.

Mr. Jones responds that Mr. Peters has not been employed by the City since 2019. Mr. Jones states that the bar investigates bar complaints, but those investigations should not stop litigation from moving forward.

COURT: FOR REASONS STATED ON THE RECORD, IT IS ORDERED THE COURT WILL ADOPT THE PARTIES SCHEDULE, THE PLAINTIFF'S RESPONSE REGARDING THE MOTION TO STAY ADVERSARY PROCEEDING IS DUE NO LATER THAN FEBRUARY 10, 2022 WITH THE DEFENDANT'S REPLY DUE NO LATER THAN FEBRUARY 24, 2022.

COURT: IT IS FURTHER ORDERED THE HEARING ON THE DEFENDANT'S MOTION TO DISMISS COMPLAINT WILL GO FORWARD ON FEBRUARY 24, 2022 AT 10:00 A.M. WITH THE DEFENDANT'S REPLY DUE FEBRUARY 9, 2022.

Mr. Meda verifies the schedule and states that Mr. Paradis did use the time to visit his daughter and not to delay the hearing.

Case 2:21-ap-00171-PS    Doc 38    Filed 02/01/22    Entered 02/01/22 15:05:02    Desc
Main    Page 2 of 2