| | |
|---|---|
| 1 | Alan A. Meda (#009213) |
| 2 | **BURCH & CRACCHIOLO, P.A.**<br>1850 N. Central Ave., Suite 1700 |
| 3 | Phoenix, AZ 85004<br>Tel: 602.274.7611 |
| 4 | ameda@bcattorneys.com |
| 5 | *Attorneys for Debtor/Defendant* |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PAUL OLIVA PARADIS,<br><br>Debtor. | Chapter 7<br><br>Case No.: 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>PAUL OLIVA PARADIS,<br><br>Defendant. | **Adv. No.: 2:21-ap-00171-PS**<br><br>**DECLARATION OF ALAN A. MEDA IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF PARADIS' MOTION TO STAY THE CITY OF LOS ANGELES' ADVERSARY PROCEEDING** |

I, Alan A. Meda, declare under penalty of perjury under the laws of the United States as follows:

1. I am counsel for Debtor and Defendant Paul Oliva Paradis ("**Paradis**"). I submit this declaration in support of Debtor's Reply Memorandum in Further Support of Paradis' Motion to Stay the City of Los Angeles' Adversary Proceeding. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A hereto is a true and correct copy of the Complaint filed on February 7, 2022 with the State Bar of California against Los Angeles City Attorney Michael N. Feuer.

3. Attached as Exhibit B hereto is a true and correct copy of the Response and Objection to Special Master Report filed by the City of Los Angeles.

4. Attached as Exhibit C hereto is a true and correct copy of an article that appeared online on January 28, 2022 in the publication California Energy Markets.

5. Attached as Exhibit D is a true and correct copy of the Deposition Transcript of Michael Feuer taken on August 13, 2019.

6. Attached as Exhibit E is a true and correct copy of the Feuer Deposition Errata dated August 26, 2019.

7. Attached as Exhibit F is a true and correct copy of the Plea Agreement for Defendant Thomas H. Peters.

DATED this 24th day of February 2022.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorney for Debtor/Defendant*

Served via ECF on CM/ECF users this 14th day of February 2022, which constitutes service pursuant to L.R. Bankr. P. 9076-1:

/s/ Tracy Dunham
Tracy Dunham