# EXHIBIT 7

From: **Bethelwel Wilson** <bethelwel.wilson@lacity.org>
Date: Mon, Apr 11, 2022 at 5:17 PM
Subject: Re: CPRA Request
To: Paul Paradis <pparadis7@gmail.com>
Cc: <CPRAATTY@lacity.org>

Good Afternoon Mr. Paradis,

After conducting a thorough search, our office has determined it has no responsive records to either prong of your request.

Thank You,

On Mon, Apr 11, 2022 at 3:41 PM Paul Paradis <pparadis7@gmail.com> wrote:

# CPRA REQUEST

Pursuant to the California Public Records Act, Cal. Gov. Code §§ 6250-6276.48 ("the Act"), I am requesting copies of the following public records prepared, owned, used, or retained by the City Attorney's Office of Los Angeles:

1. All documents that were hand delivered by Julissa Salgueiro to former Los Angeles Chief Deputy City Attorney James P. Clark at his City Hall East Office on or about October 20, 2017. These documents include, but are not limited to, the documents that are referred to in Paragraph 16 of the Factual Basis to the Plea Agreement of Thomas H. Peters, in the matter captioned, United States of America v. Thomas H. Peters, No. CR 2:22-cr-00009-PA, in the United States District Court for the Central District of California, filed on January 10, 2022 and that are further described therein as certain documents, "stolen or improperly retained from Kiesel's law firm . . . that would show the City's undisclosed collusion with Ohio Attorney in the

Jones v. City lawsuit."

2. All recordings of any type, including audio and/or video recordings, made by Joseph Ante Brajevich of all, or any portion of, the December 1, 2017 4:45 pm meeting participated in by Los Angeles City Attorney, Michael N. Feuer, former Chief of Staff to the Los Angeles City Attorney, Leela Kapur, former Chief of the Civil Litigation Branch of the Los Angeles City Attorney's Office, Thomas H. Peters and, telephonically, by Los Angeles Department of Water and Power General Counsel, Joseph Ante Brajevich.

Respectfully submitted,

Paul O. Paradis
7441 E. Century Drive
Scottsdale, Arizona 85250

Tel. No.: (201) 206-9092
Email: pparadis7@gmail.com


--
**Bethelwel Wilson**
**Deputy City Attorney**
**General Counsel Division**
**Los Angeles City Attorney's Office**
**200 N. Main Street, 8th Floor City Hall East, Mail Stop 140**
**Los Angeles, CA 90012** bethelwel.wilson@lacity.org



*****************Confidentiality Notice ************************

This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*