# Exhibit 1



**Los Angeles Department of Water & Power**



RESOLUTION NO. _____

**BOARD LETTER APPROVAL**

MARTIN L. ADAMS
**General Manager and Chief Engineer**

**DATE:**     May 6, 2022

**SUBJECT:**     Agreement Nos. 47725A and 47725B for Independent Counsel Services Related to Advice, Investigations, and Litigation with Ropers Majeski PC and Paul Hastings LLP

## SUMMARY

The proposed Agreement Nos. 47725A and 47725B (Agreements) are to provide independent counsel services to LADWP for a term of two years with one one-year optional renewal period and for a total aggregate amount not to exceed $1,500,000 (budgeted). The Agreements are the result of a competitive bid process.

The Agreements will advise and represent the Board of Water and Power Commissioners (Board) and LADWP with respect to the existing litigation and ongoing federal investigation in the matters pertaining to the class action settlement in the *Antwon Jones v. City of Los Angeles.*

City Council approval is not required.

## RECOMMENDATION

It is recommended that the Board adopt the attached Resolution authorizing award of the following Agreements:

- Agreement No. 47725A – Ropers Majeski PC (Majeski) for Area Two Scope of Work
- Agreement No. 47725B – Paul Hastings LLP (Hastings) for Area Three Scope of Work

## ALTERNATIVES CONSIDERED

Based on LADWP's on-going litigation and other legal matters, it has been determined that there are no other viable alternatives.

## FINANCIAL INFORMATION

The Agreements are for a term of two years with one one-year optional renewal period, and for an aggregate total amount not to exceed $1,500,000 and is budgeted.

| Company Name | Scope of Work | Maximum Expenditure |
|---|---|---|
| Roper Majeski PC | Area Two | $ 750,000 |
| Paul Hastings LLC | Area Three | $ 750,000 |
| **Total Agreement Amount:** | | **$1,500,000** |

## BACKGROUND

In 2019, the Board prohibited any outside counsel from holding any other City contract; required every proposal for outside counsel to be thoroughly vetted and approved by an Outside Counsel Committee; and instituted additional required training for all attorneys who supervise outside counsel.

LADWP solicited proposals from qualified law firms to provide legal services in the three Scope of Work areas below:

- **Area One Scope of Work:**

  A review of the current settlement metrics in the class action case entitled "*Antwon Jones v. City of Los Angeles (BC 577267)*" and advise Board relating respect to best practices and industry standards as they apply to the subject matter of the metrics.

- **Area Two Scope of Work:**

  Advise the Board and represent LADWP with respect to existing litigation in the cases of *Antwon Jones v. City of Los Angeles* (BC 577267) and related ancillary cases. Provide counsel and advice with respect to future best practices.

- **Area Three Scope of Work:**

  Represent and advise the Board as needed with respect to the ongoing federal investigation in the matters pertaining to the class action settlement in the *Antwon Jones v. City of Los Angeles* and related matters set forth in the plea agreements of Paul Paradis, David Wright, David Alexander, and Thom Peters with the United States Department of Justice.

The Agreements are for Areas Two and Three. Area One is not being awarded.

This will be LADWP's first contract with Hastings and Majeski. A vendor authentication review was performed for both vendors, and there were no issues found.

## ENVIRONMENTAL DETERMINATION

Determine item is exempt pursuant to California Environmental Quality Act (CEQA) Guidelines 15060(c)(3). In accordance with this section, an activity is not subject to CEQA if it does not meet the definition of a project. Section 15378(b)(2) states that continuing administrative or maintenance activities, such as the approval of contracts for independent legal counsel, do not meet that definition. Therefore, the approval of contracts for independent legal counsel services is not an action subject to CEQA.

## CITY ATTORNEY

The Office of the City Attorney reviewed and approved the Agreements and Resolution as to form and legality.

## ATTACHMENTS

- Procurement Summary
- Resolution
- Agreements

# PROCUREMENT SUMMARY

| 1. | Recommended Vendor(s): Ropers Majeski PC (Ropers) and Paul Hastings (Hastings) |
|----|----|
| 2. | Procurement Type: Request for Proposal (RFP) |
| 3. | Procurement Details:<br>A. Contract Status: New<br>B. Bid Advertisement Date: March 9, 2022<br>C. Pre-Bid Conference Date: N/A<br>D. Bid/Proposal Due Date: March 21, 2022<br>E. Number of Downloads of Solicitation: 30*<br>F. Number of Bids/Proposals Received: 3<br>G. Protest Received: No |
| 4. | Buyer Assigned: Jose Carlos |
| 5. | Contract Administrator: Faye Strong |
| 6. | LADWP System/Division: Joint/General Manager's Office |
| 7. | Contact Person for Item: Faye Strong |

*Downloads do not necessarily accurately reflect unique vendor interests as multiple individuals in an organization can download solicitations.

## A. Evaluation Rating Summary of Proposals

### Area One Scope of Work

| Criteria | Maximum Score | Paul Hastings LLP | Ropers Majeski PC | Squire Patton Boggs LLP |
|----|----|----|----|----|
| Conflict of Interest | Pass/Fail | Pass | Pass | Fail |
| Qualification and Experience | 45 | - | - | - |
| Past Performance | 25 | - | - | - |
| Technical/Management Approach to the Work | 30 | - | - | - |
| Subtotal | 100 | - | - | - |
| Local Business Preference | 8 | - | N/A | N/A |
| Total | 108 | - | - | - |

### Area Two Scope of Work

| Criteria | Maximum Score | Paul Hastings LLP | Ropers Majeski PC | Squire Patton Boggs LLP |
|----|----|----|----|----|
| Conflict of Interest | Pass/Fail | Pass | Pass | Fail |
| Qualification and Experience | 45 | 34.31 | 37.69 | - |
| Past Performance | 25 | 19.38 | 20.63 | - |
| Technical/Management Approach to the Work | 30 | 23.25 | 24.00 | - |
| Subtotal | 100 | 76.94 | 82.32 | - |
| Local Business Preference | 8 | 0 | 0 | - |
| Total | 108 | 76.94 | 82.32 | |

## Area Three Scope of Work

| Criteria | Maximum Score | Paul Hastings LLP | Ropers Majeski PC | Squire Patton Boggs LLP |
|---|---|---|---|---|
| Conflict of Interest | Pass/Fail | **Pass** | Pass | Fail |
| Qualification and Experience | 45 | **40.50** | - | - |
| Past Performance | 25 | **21.88** | - | - |
| Technical/Management Approach to the Work | 30 | **25.50** | - | - |
| Subtotal | 100 | **87.88** | - | - |
| Local Business Preference | 8 | **N/A** | N/A | N/A |
| Total | 108 | **87.88** | - | - |

## B. Evaluation of Proposal

On March 9, 2022, an RFP was issued through the Regional Alliance Marketplace for Procurement (RAMP) Opportunity under ID No. 202228. Three proposals were received on this solicitation.

The proposals were evaluated by a four-member evaluation committee comprised of LADWP's General Manager, two Senior Assistant General Managers, and a Manager from the City of Los Angeles, City Administrative Office. The four-member evaluation committee evaluated all criteria except the Conflict of Interest which was reviewed by the City Attorney's Office. Squire Patton Boggs, LLP was interested in proposing on all three areas of the Scope of Work but was determined to have a conflict of interest and was disqualified.

The recommended fees have been determined to be fair and reasonable based upon a competitive RFP process and within the price range for these legal services.

## C. Procurement History

| Service/Item History – Number of Times Item or Service has been Procured | | | | | |
|---|---|---|---|---|---|
| Contract/ PO No. | Contractor | Term of Contract | Start Date | Ending Date | Contract Amount |
| 47457-8 | Ellis George Cipollone O'Brien Annaguey | Three Years (+2 additional years) | 7/24/17 | 7/23/22 | $2,161,888 (Amended $13,597,588) |

## D. Local Business Preference Program (LBPP)

The LBPP was included in this RFP. However, LBPP was not a determining factor in the evaluation and recommendation of award for the Agreements.

**E. Additional Outreach Efforts Taken**

In addition to the original bid list, the following outreach effort was taken:

- The RFP was posted on the RAMPLA website.

**F. Small Business Enterprises (SBE)/Disabled Veterans Business Enterprises (DVBE)/Minority Business Enterprises (MBE)/Women Business Enterprises (WBE)/Other Business Enterprises (OBE) Subcontracting Participation**

There were no subcontracting opportunities identified under the RFP; however, the proposers were strongly encouraged to seek out and include SBE, DVBE, MBE, and WBE firms and others where feasible.

Resolution No. _____

WHEREAS, the Los Angeles Department of Water and Power (LADWP) proposes to enter into Agreement Nos. 47725A and 47725B (Agreements) with Paul Hastings LLP (Hastings) and Ropers Majeski PC (Majeski), respectively, for specialized legal services to provide LADWP advice and representation in the matter of *"Antwon Jones v. City of Los Angeles"* and related matters, and ancillary cases for a term of two years with one one-year optional renewal period; and

WHEREAS, LADWP evaluated and interviewed firms and found Hastings and Majeski as the most qualified to provide services described above; and

WHEREAS, Hastings and Majeski have reviewed the services to be provided and incorporated in these Agreements, and represent that they have the qualities, expertise, skills, and abilities to perform such work.

NOW, THEREFORE, BE IT RESOLVED that LADWP proposes to enter into the Agreements with Hastings in an amount of $750,000 and Majeski in an amount of $750,000, for a total aggregate amount not to exceed $1,500,000.

BE IT FURTHER RESOLVED that pursuant to City Charter 1022, the Board of Water and Power Commissioners (Board) finds that it is more feasible to have the work performed by independent contractors.

BE IT FURTHER RESOLVED that the Agreements, approved as to form and legality by the City Attorney, and filed with the Secretary of the Board, are hereby approved.

BE IT FURTHER RESOLVED that the President or Vice President, or the General Manager, or such person as the General Manager shall designate in writing, and the Secretary, Assistant Secretary, or the Acting Secretary of the Board are hereby authorized and directed to execute said Agreements for and on behalf of LADWP.

BE IT FURTHER RESOLVED that the Chief Accounting Employee of LADWP, upon proper certification, is authorized and directed to draw demands on the Water and Power Revenue Funds, in accordance with the terms of the Agreements and this Resolution.

I HEREBY CERTIFY that the foregoing is a full, true, and correct copy of the Resolution adopted by the Board of Water and Power Commissioners of the City of Los Angeles at its meeting held

_____
Secretary

APPROVED AS TO FORM AND LEGALITY
MICHAEL N. FEUER, CITY ATTORNEY

MAY 12 2022

BY_____
DIRK BROERSMA
DEPUTY CITY ATTORNEY

AGREEMENT NO. 47725A FOR PROFESSIONAL LEGAL SERVICES

BETWEEN

THE LOS ANGELES DEPARTMENT OF WATER AND POWER

AND

PAUL HASTINGS LLP

<u>**AGREEMENT NO. 47725A FOR PROFESSIONAL LEGAL SERVICES**</u>

**THIS AGREEMENT**, Contract Number 47725A, is made and entered into by and between the City of Los Angeles acting by and through its Department of Water and Power, a municipal corporation, (hereinafter "LADWP") and Paul Hastings LLP, a limited liability partnership incorporated in the State of California, ("Outside Counsel"), with reference to the following:

**RECITALS**

**WHEREAS,** the Board of Water and Power Commissioners (Board) has approved the use of Outside Counsel to assist with legal representation with respect to the ongoing federal investigation in the matters pertaining to the class action settlement in the *Antwon Jones v. City of Los Angeles* and related matters set forth in the plea agreements of Paul Paradis, David Wright, David Alexander, and Thom Peters with the United States Department of Justice and matters at LADWP; and

**WHEREAS,** Outside Counsel indicates that it has the expertise and competence to perform the professional legal services sought by the LADWP; and

**WHEREAS,** LADWP has selected Outside Counsel to provide assistance in such matters. Outside Counsel is willing to provide such assistance and represents that it is able to do so without a conflict of interest; and

**WHEREAS,** the professional legal services to be performed by the Outside Counsel are of an expert and technical nature and are temporary and occasional in character.

**NOW, THEREFORE**, in consideration of the promises, covenants, terms and conditions contained herein, the parties hereby covenant, agree and represent as follows:

I.   <u>**SCOPE OF REPRESENTATION AND PARTNERING**</u>

Outside Counsel is retained to assist LADWP in providing legal representation with respect to the ongoing federal investigation in the matters pertaining to the class action settlement in the *Antwon Jones v. City of Los Angeles* and related matters set forth in the plea agreements of Paul Paradis, David Wright, David Alexander, and Thom Peters with the United States Department of Justice.

Outside Counsel shall at all times work under the direction of LADWP.  The LADWP shall rely on the competence, expertise and experience of Outside Counsel.  At all times, Outside Counsel shall provide professional legal advice and services at the highest level expected of law firms providing legal services in the Los Angeles region. This is a non-exclusive agreement to provide legal services to LADWP.  LADWP may augment the services with another law firm or law firms or select to terminate Outside Counsel's services in a manner consistent with this Agreement.

II.    **GENERAL CONDITIONS**

A.    Period of Performance

1.    The term of this Agreement shall commence upon execution of this Agreement by all Parties hereto and shall terminate two (2) years thereafter, subject to the termination provisions herein. Performance shall not begin until the Consultant has obtained LADWP approval of insurance required herein.

2.    At LADWP's sole option, the term of this Agreement may be extended for an additional one (1) year, or any portion thereof.

B.    Termination or Suspension of Legal Services

1.    Termination/Suspension for LADWP's Convenience

a)    Services performed under this Agreement may be terminated or suspended in whole or in part at any time by LADWP. LADWP shall terminate or suspend services by delivering to Outside Counsel a written notice specifying the extent to which services are terminated or suspended and the effective date of such termination or suspension.

b)    After receiving a notice of termination or suspension, unless otherwise directed by LADWP, Outside Counsel shall:

1)    Stop services on the date and to the extent specified in the notice; and

2)    Continue to perform services not terminated or suspended by the notice.

c)    After receiving a notice of termination, Outside Counsel shall:

1)    Submit final billing for services rendered through the time of termination no later than thirty (30) calendar days from the effective date of termination; and

2)    If Outside Counsel fails to submit a final billing within the time allowed, LADWP may determine the amount, if any, to be paid to Outside Counsel. Outside Counsel agrees that LADWP's determination shall be final.

2.    Termination for Outside Counsel's Default

a)    Services performed under this Agreement may be terminated in whole or in part by LADWP upon a default by Outside Counsel. Under this Agreement, Outside Counsel will be deemed in default if Outside Counsel:

1)    Fails to perform the service(s) within the specified time period; or

2)      Fails to perform any of the provisions contained in this Agreement; or

3)      Fails to make adequate progress in the matter and endangers the performance of this Agreement's terms.

b)      If LADWP wholly or partially terminates services under this Agreement, LADWP may obtain alternative legal services with terms and in a manner LADWP deems appropriate.  In addition to any other remedies provided by this Agreement, law or equity, Outside Counsel shall be liable to LADWP for any excess costs associated with obtaining and utilizing alternative legal services.

3.      Closing Report Upon Termination

a)      If requested by LADWP, Outside Counsel shall deliver a Closing Report within two days of the termination of services.

b)      The Closing Report shall include, but is not limited to:

1)      A brief description of the facts of the case;

2)      A discussion of applicable law;

3)      A description of the status of the case; and

4)      A list and description of future scheduled court appearances.

c)      Outside Counsel shall give LADWP all evidence, files and attorney work product for every matter in which Outside Counsel is substituted out as attorney of record. This includes any computerized indices, programs and document retrieval systems created or used for the matter.  Outside Counsel shall file a Motion for Substitution of Counsel or other necessary pleadings with the court when instructed to do so by LADWP.

C.      Independent Contractor Status

This Agreement is between LADWP and Outside Counsel and is not intended, and shall not be construed, to create, as between LADWP and Outside Counsel, the relationship of agent, servant, employee, partnership, joint venture or association. Outside Counsel understands and agrees that all Outside Counsel personnel furnishing services to LADWP under this Agreement are employees solely of Outside Counsel and not LADWP.  Outside Counsel shall bear the sole responsibility and liability for furnishing workers' compensation benefits to any Outside Counsel personnel for injuries arising from services performed under this Agreement.

D.    Ownership of Documents

All information, documents, records, reports, data, or other materials furnished to Outside Counsel or other such information, documents, records, data or other materials to which Outside Counsel has access during their performance pursuant to this Agreement are deemed confidential and shall remain the property of LADWP. Outside Counsel shall not make use of such items for any purpose unrelated to the matter involved herein and shall not make oral or written disclosure thereof, other than as necessary for their performance hereunder, without the prior written approval of LADWP.

E.    Insurance

Outside Counsel shall comply with the insurance requirements described in the mandatory Standard Provisions for LADWP Contracts, attached hereto as Exhibit A, having the coverage and limits as specified in Exhibit A, provided, however, that professional liability insurance shall be subject to availability on the open market at reasonable rates. Non-availability must be documented by a letter from Outside Counsel's insurance broker or agent certifying a good faith effort to obtain the required insurance and listing the names of the carriers approached along with the quotations or declarations received. Such documentation shall be subject to acceptance by LADWP. If Outside Counsel does not obtain professional liability insurance or maintain the insurance throughout the duration of this Agreement, LADWP may terminate the Agreement.

F.    Governing Law

The parties agree that this Agreement shall be governed by and construed in accordance with the laws of the State of California and any action brought by either party on this Agreement shall be brought in the Los Angeles County Central District Superior Courts.

G.    Validity

The invalidity in whole or in part of any provision of this Agreement shall not void or affect the validity of any other provision.

H.    Waiver

No waiver of a breach of any provision of this Agreement by either party shall constitute a waiver of any future breach of the provision or any breach of any other provision of this Agreement. Failure of either party to enforce any provision of this Agreement at any time shall not be construed as a waiver of that provision.

I.    Remedies Reserved to LADWP

The remedies reserved to LADWP shall be cumulative and additional to any other remedies provided in law or equity.

J.    Authorization for Warranty

Outside Counsel represents and warrants that the signatory(ies) to this Agreement is fully authorized to obligate Outside Counsel and that all corporate acts necessary to the execution of this Agreement have been accomplished.

K.    Changes and Written Amendment of Terms

Material changes to this Agreement shall only be effective upon the execution of a mutually-approved written amendment.


III.    **OUTSIDE COUNSEL'S SERVICES AND RESPONSIBILITIES**

A.    Restriction on Outside Counsel as Consultants

Outside Counsel understands and agrees that it shall not apply for, accept or enter into any contract with any LADWP department or office for any non-outside counsel legal services for the duration of this or any other outside counsel contract with LADWP, unless Outside Counsel first obtains the written approval of LADWP.

B.    Professional Ethics and Conflicts of Interest

LADWP recognizes that Outside Counsel may have clients that, from time to time, may have interests adverse to LADWP.  Any such representation shall be in accordance with the ethical duties of members of the State Bar of California including, without limitation, those established by the Bar's Rules of Professional Conduct.  Outside Counsel shall send written notice to LADWP of any actual or potential conflict of interest that exists during Outside Counsel's engagement under this Agreement.  The request for waiver shall describe in detail the nature of the proposed engagement by Outside Counsel, the nature of the conflict, and why Outside Counsel believes a waiver is appropriate.

C.    Key Outside Counsel Personnel

1.    Outside Counsel's Supervising Attorney for this Agreement shall be Thomas A. Zaccaro.  Outside Counsel's Supervising Attorney shall not be changed without LADWP's written authorization.

2.    Outside Counsel's Supervising Attorney shall have full authority to act for Outside Counsel on all daily operational matters under this Agreement and shall serve as or designate Lead Counsel for all law and motion appearances, pretrial and trial proceeding(s), settlement conference(s) or meetings of counsel for the litigants, depositions, document productions, and all court and other proceedings in which substantive rights of the parties may be determined. Designation of a Lead Counsel other than the Supervising Attorney shall be subject to LADWP's prior written approval.

D.    Legal Representation

1.    Outside Counsel shall provide LADWP with the necessary representation by qualified staff at the least costly billing category.  Partners and

associates shall be admitted to practice law before all of the courts of the State of California. The names of personnel authorized to provide services under this Agreement and the hourly rates for each staff member are listed in the document entitled, "Hourly Rates," attached hereto and incorporated herein as Exhibit B to this Contract.

Any use of personnel other than as enumerated shall be subject to the prior written approval of LADWP authorized representative. Outside Counsel may hire consultants, but only with the prior written approval of LADWP authorized representative. Outside Counsel may retain other law firms or attorneys as subcontractors to provide the legal services covered by this Agreement, but only with the prior written approval of LADWP authorized representative. Any such written approval of subcontractors must set forth the name of each approved attorney or other personnel and the agreed rate for such individual. Outside Counsel will require any such subcontractors or consultants to comply with the terms and conditions of this Agreement and will indemnify, defend and forever hold harmless the LADWP from and against any and all losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) arising out of any act or omission of any such subcontractors or consultants.

2.      Outside Counsel's legal representation shall include, but is not limited to:

a)      All settlement negotiations and pretrial proceedings;

b)      Appearances at all law and motion hearings, discovery proceedings, hearings regarding orders to show cause, writs, trials, and, when applicable, administrative hearings;

c)      All due diligence, legal research, preparation for hearings, and review of all documents and other evidentiary materials;

d)      Investigative, secretarial, and clerical support services necessary to perform the legal representation in a professional manner.

3.      Outside Counsel shall provide all required reports referenced in this Agreement.

4.      Outside Counsel shall meet with LADWP as LADWP requires.

5.      Outside Counsel shall obtain written approval from LADWP before retaining any consultant or expert witness to assist with any assigned case.

6.      Outside Counsel shall obtain prior approval from LADWP for travel outside the Counties of: Los Angeles, Orange, Riverside, Imperial, Kern, San Bernardino, Ventura or Santa Barbara. Unapproved travel will not be reimbursed.

7.      Outside Counsel shall consult with LADWP on trial and tactical decisions.

8. Outside Counsel shall assist LADWP in settlement evaluations and negotiations, and shall obtain LADWP's authority before making any settlement proposal on LADWP's behalf to the Court or any party.

9. Outside Counsel shall immediately notify LADWP, in writing, when a judgment, verdict or other award is rendered.

10. Upon LADWP's request, Outside Counsel shall provide copies of all court rulings and all pleadings filed with the court or other administrative body, including those submitted by other parties.

11. Outside Counsel shall maintain all backup documentation to support all entries included in its billings.

E. <u>Reporting Requirements</u>

Depending on the nature of the matter and the benefit derived, LADWP may request that Outside Counsel provide LADWP with the following reports:

1. <u>Case Evaluation and Plan</u>

a) The Case Evaluation and Plan is a written independent evaluation of the case that can be used to develop LADWP's legal position and strategy. It will also serve to assist in controlling litigation costs. Outside Counsel shall base the Case Evaluation and Plan on a review of the pleadings, discovery, reports and other documents, physical evidence, conversations with LADWP and any other information Outside Counsel deems appropriate based on Outside Counsel's expertise and experience.

b) The Case Evaluation and Plan shall include, but is not limited to:

1) Statement of known facts and identified legal issues, including identities of opposing attorney(s), if known;

2) Statement of precedent-setting or sensitive issues, if applicable;

3) Statement of alleged and probable injuries and damages;

4) Statement of liability exposure;

5) Statement of recommendation(s) on case strategy, including discovery, motions, extent of legal research, consultants and percipient witnesses, experts to be retained, and the extent of expert services to be performed;

6)	Statement of Outside Counsel's projected costs that can be reasonably anticipated.  Costs shall be budgeted on a total, annualized basis and shall include, but are not limited to:

(a)	Attorney fees - an identification of the staffing levels, hourly rates and estimated number of hours for each partner, associate, and/or paralegal;

(b)	Consultant and expert witness rates, and estimated number of hours each will be needed;

(c)	Deposition, transcript and other expenses;

(d)	Fees and expenses for handling the case through each of the following applicable stages:

(1)	Pleadings

(2)	Discovery

(3)	Pretrial conference(s)

(4)	Mediation or Arbitration

(5)	Trial, and

(6)	Any other identified stages.

2.	Proposed Settlement Recommendations

a)	If requested by LADWP, Outside Counsel shall submit to LADWP written settlement recommendations that clearly state the reasons supporting a proposed settlement.

3.	Appellate Action

a)	If requested by LADWP, Outside Counsel shall submit to LADWP recommendations as to whether to appeal or petition for other review, or defend in the appellate courts. Outside Counsel shall state clearly the reason(s) supporting the recommended action.

b)	Outside Counsel shall list LADWP as co-counsel with Outside Counsel on all briefs and papers submitted to the appellate courts or other reviewing body.

## IV. LADWP'S DUTIES AND RESPONSIBILITIES

A. Key LADWP Personnel

    1.    The Board hereby appoints the LADWP General Manager (GM) and Chief Engineer, or his or her designee, to represent LADWP on all matters related to this Agreement; however, any written amendment to this Agreement requiring additional funds shall be conditioned upon the approval of the Board. LADWP's authorized representative shall be <u>Faye Strong.</u>

    2.    The LADWP authorized representative shall have full authority to act for LADWP on all daily operational matters under this Agreement and shall review and approve Outside Counsel's reports, whether written or verbal, and any change in Outside Counsel's designated Lead Counsel.

    3.    Approval of proposed settlement recommendations is subject to LADWP's settlement approval procedures.

## V. COMPENSATION

A. Appropriation of Funds.

The Los Angeles Department of Water and Power has appropriated Seven Hundred Fifty Thousand dollars ($750,000) for this Agreement. Outside Counsel's work pursuant to this Agreement shall not exceed that amount without the prior approval by the Board. LADWP is not obligated to pay Outside Counsel for any work done and/or costs incurred in excess of the appropriated amount unless additional appropriations are made and a written amendment to this Agreement is executed by the parties.

B. Outside Counsel's Obligation for Continued Performance.

In the event that Outside Counsel's fees, costs and expenses, in the aggregate, exceed the amount appropriated by LADWP as provided herein, Outside Counsel shall not be obligated to provide services or incur any further costs or expenses on the work required hereunder, and LADWP shall not be liable for fees or costs in excess of the amount appropriated, unless the appropriated amount is increased as provided herein. Outside Counsel shall be responsible for notifying LADWP that the aforesaid appropriated amount will be expended before completion of the work required hereunder and that Outside Counsel will need additional funds if LADWP desires further work. Outside Counsel shall give written notice to LADWP when Outside Counsel's expenditures under this Agreement are equal to sixty percent (60%) and eighty percent (80%) of the total dollar value appropriated for this Agreement so that LADWP has sufficient time to consider whether it desires to seek an additional appropriation and written amendment to the Agreement.

C. <u>Fees</u>

        1.    LADWP shall pay Outside Counsel for the services performed by Outside Counsel which are reasonably necessary. The fees for such services shall be based upon the time expended to render the required services, with fractions thereof being stated to the tenth of an hour, and shall be computed at a rate not to exceed the rate specified in Exhibit B.

D.    <u>LADWP's Reservation of Rights to Obtain Reimbursement</u>

        LADWP shall pay Outside Counsel based on Outside Counsel's submission of monthly invoices consistent with the provisions of this Agreement. Even though LADWP makes payment pursuant to invoices, LADWP shall have the right to demand reimbursement any time LADWP determines that previously paid costs and expenses where not properly billed by Outside Counsel. Outside Counsel shall promptly reimburse LADWP for such costs and expenses previously paid by LADWP.

E.    <u>Expenses</u>

        Absent the express prior written approval of LADWP, LADWP will not pay for any extraordinary expenses incurred in any legal matter. The LADWP's authorized representative must approve in writing any item of expense that exceeds $1,000. Such expenses include, but are not limited to, expert witnesses, consultant services, investigative services, computer litigation support services, videotaping of depositions, temporary office help, travel expenses, meals as well as other expenses. The LADWP will not pay for business class or first-class airfare or luxury hotels. LADWP shall reimburse Outside Counsel for the actual out-of-pocket expenses, enumerated below, but without any additional costs for having advanced the funds. Outside Counsel shall note that LADWP is exempt from all filing fee charges.

        1.    Reimbursable ordinary expenses shall include, but are not limited to:

        a)    Deposition fees – LADWP expects Outside Counsel to keep the costs of deposition transcripts to a minimum. When depositions are taken and Outside Counsel receives the original, LADWP shall not pay the court reporter's fee for providing Outside Counsel with an extra photocopy of the deposition transcript. LADWP expects Outside Counsel to make a photocopy of the original at Outside Counsel's office. Likewise, when attending depositions of third parties or third-party witnesses, LADWP requests that, if Outside Counsel believes an additional copy of the deposition transcript is necessary, Outside Counsel agree with opposing counsel or co-counsel to share the costs. Prior written approval from LADWP must be obtained before ordering any expedited original or expedited copy of a deposition transcript.

b)    Deposition summaries, if necessary, should be brief and should be completed by the deposing attorney.  LADWP shall not pay for a paralegal or other lawyer to summarize the deposition transcript unless trial is imminent.  LADWP shall not pay for summaries that are, in effect, a complete regurgitation of the underlying deposition.

c)    Transcript fees;

d)    Messenger service - where appropriate, documents should be transmitted via email or facsimile/telecopier;

e)    Facsimile/Telecopier (FAX) transmission - Outside Counsel shall not bill LADWP for any expense related to facsimile charges beyond Outside Counsel's actual net costs for long distance telephone charges actually and reasonably incurred by Outside Counsel for the sending of facsimiles.  Outside Counsel shall indicate in its billing statements the number of pages transmitted via facsimile together with the related cost of each charge.  Outside Counsel shall attach the appropriate receipts, invoices or proof of any expenditure for your charges for facsimiles.

f)    Process service;

g)    In-house document reproduction. Outside Counsel may charge up to $0.10 cents per page for photocopies.  The billing statement shall contain the total number of copies made.

2.    Reimbursable extraordinary expenses shall include charges of which Outside Counsel has obtained LADWP's prior written approval. Such expenses shall include, but are not limited to:

a)    Consultants;

b)    Expert witnesses;

c)    Investigative services;

d)    Computer Assisted Legal Research ("CALR") – LADWP decision to retain a particular firm is based in part on the firm's expertise and knowledge.  The LADWP therefore assumes familiarity with the basic substantive law at issue in the matter for which the firm was retained; any except to this general expectation should be discussed fully at the time of retention.  In conducting legal research, the law firm is expected to utilize all appropriate sources reasonably available, including previously prepared briefs and memoranda.  Should Outside Counsel determine that it is necessary to incur CALR charges in order to satisfy the terms of this Agreement, Outside Counsel shall obtain LADWP's prior written approval to charge for such expenses.  No charges for CALR shall be paid by the LADWP without its prior written approval of such a charge.

e)     Outside Counsel shall describe in detail in its billings any travel expenses incurred by Outside Counsel.  LADWP retains the right to audit these expenses.  Only coach fare will be reimbursed for travel. All travel expenses outside the Counties of Los Angeles, San Bernardino, Orange, Riverside, Imperial, Kern, Ventura and Santa Barbara shall be subject to LADWP's prior written approval.

f)     Lodging - If a receipt is submitted, a single occupancy hotel accommodation will be reimbursed up to a maximum of $165.50 plus taxes.  For trial attendance by out-of-town experts or consultants, this rate may be increased, depending on the availability of lodging and prior LADWP written approval.

3.     Non-reimbursable expenses shall include, but are not limited to:

a)     Staff time or overtime for performing secretarial, clerical, or word processing functions;

b)     Charges for time spent complying with LADWP audits or billing inquiries;

c)     Charges for work performed which LADWP had not authorized. Such work shall be a gratuitous effort by Outside Counsel; and

d)     Expenses that are considered to be part of general law firm overhead, including but not limited to, administrative time, secretarial time, calendaring, setting up files, indexing, word processing, air conditioning, equipment rental, office supplies, meals, snacks, beverages, seminars, books or association dues, etc.

e)     Travel time to attend client meetings or appear at other venues where LADWP would not similarly incur such travel time.

F.     Most Favored Nations

Outside Counsel represents that, as of the date hereof, the rates set forth in Exhibit B, and the other economic terms and conditions provided in this Agreement, taken individually, are at least as favorable to LADWP as those provided to any other client of Outside Counsel (other than pro bono clients).

If during the term of this Agreement (including any extension or renewal) Outside Counsel has in effect or places into effect with any client (other than a pro bono client) a lower rate or other more favorable economic term or condition than provided under this Agreement (a "More Favorable Provision"), Outside Counsel will promptly offer such More Favorable Provision, unconditionally, to LADWP by providing written notice thereof to LADWP (an "MFN Notice") and, at LADWP's election, this Agreement will be deemed to have been modified to provide LADWP with such More Favorable Provision from the date such provision is effective for Outside Counsel's other client.  Notwithstanding anything herein to the contrary, Outside Counsel's failure to provide LADWP with an MFN Notice will not limit or otherwise impact LADWP's right

to enjoy the benefits of the applicable More Favorable Provision(s).

## VI.  BILLINGS AND PAYMENTS

A.  Billings

1.  Outside Counsel shall submit its billing statement monthly in arrears, no later than the tenth of the month following the month service was rendered.

2.  Outside Counsel and LADWP recognize that legal services performed under this Agreement are being paid for by the ratepayers of the LADWP, therefore, a heightened duty of care exists in both Outside Counsel and LADWP to ensure that Outside Counsel scrupulously adheres to principles of moderation, frugality and cost consciousness in carrying out the goals of this Agreement.  Outside Counsel pledges to observe a duty of reasonableness and cost-effective representation in all aspects of this Agreement.  Accordingly, each billing statement shall contain a certification by Outside Counsel's Supervising Attorney that the services performed and the expenses incurred were both reasonable and necessary.

3.  The LADWP will not pay for more than one attorney doing any particular task unless LADWP has given its prior written approval.  The LADWP will not pay for two or more attorneys attending the same deposition or court appearance.  The LADWP will pay for the time recorded by more than one attorney for in-office conferences, but only if the conference is an occasional and necessary strategy meeting relating to some significant legal event or proceeding.

The LADWP shall not pay for duplicative time charges by two or more attorneys, e.g., for legal research, reviewing documents, drafting documents, except as approved in writing by LADWP.  The LADWP shall not pay for "training" or "apprenticeship" time.  The LADWP shall not pay for the involvement of attorneys who work on the case irregularly or sporadically, unless a particular attorney has a special expertise that substantially advances the prosecution/defense of the case.

4.  Use of paralegals is encouraged providing they meet the requirements set forth herein.  Assignment of work to paralegals should not result in duplicative activity between attorneys and paralegals, or the reworking or rewriting of paralegals' work product by attorneys.  The LADWP will not pay for paralegal time spent performing clerical/secretarial work (e.g., filing, indexing, sorting, organizing, photocopying and bates stamping documents) unless the LADWP has given its prior written approval.  LADWP expects paralegals to perform true paralegal work, e.g., research, document productions, preparing discovery or responses, interviewing witnesses, etc.

5.  Hourly fee billings under this Agreement shall not be made in more than one-tenth of an hour (six minute) increments, and shall represent the devotion of a full six minutes before such an increment is billed.  Under no circumstances shall Outside Counsel use "block billing" procedures, wherein a list of series of activities is done each day with only an aggregate amount of time specified.  Instead, Outside Counsel shall provide a detailed specific entry for each separate task and sub-task reflecting the time for such task or subtask.  All tasks set forth in Outside Counsel's billing documentation shall

be highly specific and highly detailed. Overly generalized listings of task descriptions such as "review contract" or "prepare for negotiations" will not be acceptable. Outside Counsel shall provide a detailed description of each action as described below.

6.    Each billing statement shall be identified by a unique number and itemized to include:

a)    Case name, and case number;

b)    Staffing level(s), hourly rates and specific activities for each attorney and/or paralegal;
1)    Each activity shall be billed in a reporting format acceptable to LADWP.

2)    A detailed description of specific activities for each attorney and/or paralegal shall include, but is not limited to:

(a)    In-person conferences.

(b)    Telephone call(s).

(c)    Correspondence.

(d)    Depositions.

(e)    Case reports.

(f)    Pleading, brief or opinion drafting.

(g)    Hearings.

(h)    Research, including computerized legal research databases.

(i)    Case reviews.

(j)    Trials.

(k)    Travel.

c)    Total current monthly fees billed for each staffing level;

d)    Total cumulative fees billed for each staffing level;

e)    Total current monthly expenses billed in the following categories:

1)    Consultant and expert witness expenses;

2)    Deposition and transcript expenses;

> 3)     Other miscellaneous expenses.
>
> f)     Total cumulative expenses to date billed in (e) above.

B.     <u>Payments</u>

1.     LADWP shall make payment(s) for services rendered under this Agreement based on the monthly, itemized billing statement(s) Outside Counsel submits to LADWP.

2.     LADWP's legal and accounting staff shall review all billing statements in accordance with LADWP's review procedures.

3.     LADWP shall make its best effort to process payments promptly after receiving Outside Counsel's monthly billing statement. LADWP shall not pay interest or finance charges on any outstanding balance(s).

C.     <u>Audit</u>

For at least three years after completion of services under this Agreement or termination of this Agreement, Outside Counsel and any third party retained by Outside Counsel to assist in the performance of this Agreement, shall maintain backup documentation to support all entries included in the monthly billing statement. Such backup documentation shall be maintained in an auditable format and in accordance with generally accepted accounting principles. LADWP, at its sole discretion, may, at any time up to three years beyond the completion of services or termination of this Agreement, audit Outside Counsel and any third party retained by Outside Counsel to assist in the performance of this Agreement. Outside Counsel and any such third parties shall promptly and fully cooperate with the audit, including affording LADWP and/or its auditors access to records and files maintained by Outside Counsel and the third party.

## VII.     <u>NOTICES</u>

All invoices, notices and required reports shall be written and hand-delivered or mailed by first class, postage prepaid, addressed to LADWP or Outside Counsel at the addresses below, or at any other address LADWP or Outside Counsel shall provide in writing to each other:

A.     If <u>invoice</u> to LADWP:

Attn: Faye Strong
Contract Administrator
Department of Water and Power
City of Los Angeles
PO Box 51111, Room 1229
Los Angeles, CA 90051-5700

An electronic copy of the invoice must be concurrently submitted and emailed to faye.strong@ladwp.com, and invoices shall be submitted to:

> Accounts Payable Business Unit
> Los Angeles Department of Water and Power
> PO Box 51211, Room 424
> Los Angeles, CA  90051-5511

If notice or a report to LADWP:

Department of Water and Power
City of Los Angeles
PO Box 51111, Room 1229
Los Angeles, CA 90051-5700
Attention:  Faye Strong

If notice concerning conflict of interest to LADWP:

Department of Water and Power
City of Los Angeles
PO Box 51111, Room 1229
Los Angeles, CA 90051-5700
Attention:  Faye Strong

B.     If notice to Outside Counsel:

Paul Hastings LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
Attention: Thomas A. Zaccaro

## VIII.   ASSIGNMENT

A.     No part of this Agreement or any right or obligation arising from it is assignable without LADWP's prior written consent.

B.     Any attempt by Outside Counsel to assign or subcontract services relating to this Agreement without LADWP's prior written consent shall constitute a material breach of this Agreement.

## IX.   STANDARD TERMS AND CONDITIONS

Standard terms and conditions for LADWP outside legal services contracts are attached as Exhibit A.

## X.     MERGER

This Agreement supersedes all prior communications and all previous written and oral agreements, and shall constitute the complete and exclusive statement of understanding between LADWP and Outside Counsel relating to the subject matter of this Agreement.

## XI.     ORDER OF PRECEDENCE

The terms and conditions contained in the body of this Agreement and in Exhibit B shall supersede, control and prevail over any conflicting term or condition contained in any other document, including Exhibit A.

## XII.     COMPLIANCE WITH LOS ANGELES CITY CHARTER SECTION 470(c)(12)

Outside Counsel, Subcontractors, and their Principals are obligated to fully comply with City of Los Angeles Charter Section 470(c)(12) and related ordinances, regarding limitations on campaign contributions and fundraising for certain elected City officials or candidates for elected City office if the contract is valued at $100,000 or more and requires approval of a City elected official.  Additionally, Outside Counsel is required to provide and update certain information to the City as specified by law.  Any Contractor subject to Charter Section 470(c)(12), shall include the following notice in any contract with a subcontractor expected to receive at least $100,000 for performance under this contract:

"Notice Regarding Los Angeles Campaign Contribution and Fundraising Restrictions

As provided in Charter Section 470(c)(12) and related ordinances, you are subcontractor on a City of Los Angeles contract.  Pursuant to City Charter Section 470(c)(12), subcontractor and its principals are prohibited from making campaign contributions and fundraising for certain elected City officials or candidates for elected City office for 12 months after the City contract is signed.  Subcontractor is required to provide to contractor names and addresses of the subcontractor's principals and contact information and shall update that information if it changes during the 12 month time period.  Subcontractor's information included must be provided to contractor within 10 business days.   Failure to comply may result in termination of contract or any other available legal remedies including fines.  Information about the restrictions may be found at the City Ethics Commission's website at http://ethics.lacity.org/ or by calling 213/978-1960."

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

DEPARTMENT OF WATER AND POWER
OF THE CITY OF LOS ANGELES BY
BOARD OF WATER AND POWER COMMISSIONERS

PAUL HASTINGS LLP
*(Must be signed by two authorized representatives of the firm)*

By: _____
      MARTIN L. ADAMS
General Manager and Chief Engineer

By: _____
      THOMAS A. ZACCARO
      Partner

Date: _____

Date: _____ 5/16/22 _____

And: _____
      CHANTE MITCHELL
      Secretary

By: _____
      MARK POLLACK
      General Counsel

Date: _____ 5/16/22 _____

APPROVED AS TO FORM AND LEGALITY
MICHAEL N. FEUER, CITY ATTORNEY

MAY 18 2022

BY _____
      DIRK BROERSMA
      DEPUTY CITY ATTORNEY

Vendor Code: 069924007

**City Business Tax Registration Certificate Number:** 00000872220-002-2

**EXHIBIT A**

Standard Terms and Conditions

(Rev. 10/21) [v.4]

# STANDARD PROVISIONS FOR CITY CONTRACTS

## TABLE OF CONTENTS

**PSC-1**     Construction of Provisions and Titles Herein .................................................. 1

**PSC-2**     Applicable Law, Interpretation and Enforcement ........................................... 1

**PSC-3**     Time of Effectiveness ........................................................................................ 1

**PSC-4**     Integrated Contract ........................................................................................... 2

**PSC-5**     Amendment ........................................................................................................ 2

**PSC-6**     Excusable Delays .............................................................................................. 2

**PSC-7**     Waiver ................................................................................................................. 2

**PSC-8**     Suspension ........................................................................................................ 3

**PSC-9**     Termination ........................................................................................................ 3

**PSC-10**    Independent Contractor .................................................................................... 5

**PSC-11**    Contractor's Personnel ..................................................................................... 5

**PSC-12**    Assignment and Delegation .............................................................................. 6

**PSC-13**    Permits ............................................................................................................... 6

**PSC-14**    Claims for Labor and Materials ......................................................................... 6

**PSC-15**    Current Los Angeles City Business Tax Registration Certificate Required ..... 6

**PSC-16**    Retention of Records, Audit and Reports ........................................................ 6

**PSC-17**    Bonds ................................................................................................................. 7

**PSC-18**    Indemnification .................................................................................................. 7

**PSC-19**    Reserved ............................................................................................................ 7

**PSC-20**    Intellectual Property Warranty ......................................................................... 8

**PSC-21**    Ownership and License ..................................................................................... 8

**PSC-22**    Data Protection ................................................................................................. 9

**STANDARD PROVISIONS**
**FOR CITY CONTRACTS (Rev. 10/21) [v.4]**     **i**
Case 2:21-ap-00171-PS    Doc 81-1    Filed 06/10/22    Entered 06/10/22 09:41:11    Desc
Exhibit 1    Page 30 of 92

# TABLE OF CONTENTS (Continued)

**PSC-23**   Insurance ........................................................................................ **9**

**PSC-24**   Best Terms ...................................................................................... **9**

**PSC-25**   Warranty and Responsibility of Contractor ................................... **10**

**PSC-26**   Mandatory Provisions Pertaining to Non-Discrimination in Employment ....... **10**

**PSC-27**   Child Support Assignment Orders ................................................. **10**

**PSC-28**   Living Wage Ordinance ................................................................. **11**

**PSC-29**   Service Contractor Worker Retention Ordinance .......................... **11**

**PSC-30**   Access and Accommodations ........................................................ **11**

**PSC-31**   Contractor Responsibility Ordinance ............................................ **12**

**PSC-32**   Business Inclusion Program .......................................................... **12**

**PSC-33**   Slavery Disclosure Ordinance ....................................................... **12**

**PSC-34**   First Source Hiring Ordinance ....................................................... **12**

**PSC-35**   Local Business Preference Ordinance .......................................... **12**

**PSC-36**   Iran Contracting Act ...................................................................... **12**

**PSC-37**   Restrictions on Campaign Contributions in City Elections ............ **12**

**PSC-38**    Contractors' Use of Criminal History for Consideration of Employment Applications ......................................................................... **13**

**PSC-39**    Limitation of City's Obligation to Make Payment to Contractor .... **13**

**PSC-40**   Compliance with Identity Theft Laws and Payment Card Data Security Standards ...................................................................................... **14**

**PSC-41**   Compliance with California Public Resources Code Section 5164 .............. **14**

**PSC-42**   Possessory Interests Tax .............................................................. **14**

**PSC-43**   Confidentiality ............................................................................... **15**

**PSC-44**   COVID-19 ....................................................................................... **15**

**Exhibit 1**   Insurance Contractual Requirements ........................................... **16**

## STANDARD PROVISIONS FOR CITY CONTRACTS

**PSC-1.** Construction of Provisions and Titles Herein

All titles, subtitles, or headings in this Contract have been inserted for convenience, and shall not be deemed to affect the meaning or construction of any of the terms or provisions of this Contract. The language of this Contract shall be construed according to its fair meaning and not strictly for or against **LADWP** or **CONTRACTOR**. The word "**CONTRACTOR**" includes the party or parties identified in this Contract. The singular shall include the plural and if there is more than one **CONTRACTOR**, unless expressly stated otherwise, their obligations and liabilities shall be joint and several. Use of the feminine, masculine, or neuter genders shall be deemed to include the genders not used.

**PSC-2.** Applicable Law, Interpretation and Enforcement

Each party's performance shall comply with all applicable laws of the United States of America, the State of California, and **CITY**, including but not limited to, laws regarding health and safety, labor and employment, wage and hours and licensing. This Contract shall be enforced and interpreted under the laws of the State of California without regard to conflict of law principles. **CONTRACTOR** shall comply with new, amended, or revised laws, regulations, or procedures that apply to the performance of this Contract with no additional compensation paid to **CONTRACTOR**.

In any action arising out of this Contract, **CONTRACTOR** consents to personal jurisdiction, and agrees to bring all such actions, exclusively in state or federal courts located in Los Angeles County, California.

If any part, term or provision of this Contract is held void, illegal, unenforceable, or in conflict with any federal, state or local law or regulation, the validity of the remaining parts, terms or provisions of this Contract shall not be affected.

**PSC-3.** Time of Effectiveness

Unless otherwise provided, this Contract shall take effect when all of the following events have occurred:

A.    This Contract has been signed on behalf of **CONTRACTOR** by the person or persons authorized to bind **CONTRACTOR**;

B.    This Contract has been approved by the City Council or by the board, officer or employee authorized to give such approval;

C.    The Office of the City Attorney has indicated in writing its approval of this Contract as to form; and

D.    This Contract has been signed on behalf of **LADWP** by the person designated by the City Council, or by the board, officer or employee authorized to enter into this Contract.

**PSC-4.** <u>Integrated Contract</u>

This Contract sets forth all of the rights and duties of the parties with respect to the subject matter of this Contract, and replaces any and all previous Contracts or understandings, whether written or oral, relating thereto.  This Contract may be amended only as provided for in the provisions of PSC-5 hereof.

**PSC-5.** <u>Amendment</u>

All amendments to this Contract shall be in writing and signed and approved pursuant to the provisions of PSC-3.

**PSC-6.** <u>Excusable Delays</u>

Neither party shall be liable for its delay or failure to perform any obligation under and in accordance with this Contract, if the delay or failure arises out of fires, floods, earthquakes, epidemics, quarantine restrictions, other natural occurrences, strikes, lockouts (other than a lockout by the party or any of the party's Subcontractors), freight embargoes, terrorist acts, insurrections or other civil disturbances, or other similar events to those described above, but in each case the delay or failure to perform must be beyond the control and without any fault or negligence of the party delayed or failing to perform (these events are referred to in this provision as "Force Majeure Events").

Notwithstanding the foregoing, a delay or failure to perform by a Subcontractor of **CONTRACTOR** shall not constitute a Force Majeure Event, unless the delay or failure arises out of causes beyond the control of both **CONTRACTOR** and Subcontractor, and without any fault or negligence of either of them. In such case, **CONTRACTOR** shall not be liable for the delay or failure to perform, unless the goods or services to be furnished by the Subcontractor were obtainable from other sources in sufficient time to permit **CONTRACTOR** to perform timely. As used in this Contract, the term "Subcontractor" means a subcontractor at any tier.

In the event **CONTRACTOR'S** delay or failure to perform arises out of a Force Majeure Event, **CONTRACTOR** agrees to use commercially reasonable best efforts to obtain the goods or services from other sources, and to otherwise mitigate the damages and reduce the delay caused by the Force Majeure Event.

**PSC-7.** <u>Waiver</u>

A waiver of a default of any part, term or provision of this Contract shall not be construed as a waiver of any succeeding default or as a waiver of the part, term or provision itself. A party's performance after the other party's default shall not be construed as a waiver of that default.

**PSC-8.** Suspension

At **LADWP'S** sole discretion, **LADWP** may suspend any or all services provided under this Contract by providing **CONTRACTOR** with written notice of suspension. Upon receipt of the notice of suspension, **CONTRACTOR** shall immediately cease the services suspended and shall not incur any additional obligations, costs or expenses to **LADWP** until **LADWP** gives written notice to recommence the services.

**PSC-9.** Termination

A.      Termination for Convenience

**LADWP** may terminate this Contract for **LADWP'S** convenience at any time by providing **CONTRACTOR** thirty days written notice. Upon receipt of the notice of termination, **CONTRACTOR** shall immediately take action not to incur any additional obligations, costs or expenses, except as may be necessary to terminate its activities. **LADWP** shall pay **CONTRACTOR** its reasonable and allowable costs through the effective date of termination and those reasonable and necessary costs incurred by **CONTRACTOR** to effect the termination. Thereafter, **CONTRACTOR** shall have no further claims against **LADWP** under this Contract. All finished and unfinished documents and materials procured for or produced under this Contract, including all intellectual property rights **LADWP** is entitled to, shall become **LADWP** property upon the date of the termination. **CONTRACTOR** agrees to execute any documents necessary for **LADWP** to perfect, memorialize, or record **LADWP'S** ownership of rights provided herein.

B.      Termination for Breach of Contract

1.      Except as provided in PSC-6, if **CONTRACTOR** fails to perform any of the provisions of this Contract or so fails to make progress as to endanger timely performance of this Contract, **LADWP** may give **CONTRACTOR** written notice of the default. **LADWP'S** default notice will indicate whether the default may be cured and the time period to cure the default to the sole satisfaction of **LADWP**. Additionally, **LADWP'S** default notice may offer **CONTRACTOR** an opportunity to provide **LADWP** with a plan to cure the default, which shall be submitted to **LADWP** within the time period allowed by **LADWP**. At **LADWP'S** sole discretion, **LADWP** may accept or reject **CONTRACTOR'S** plan. If the default cannot be cured or if **CONTRACTOR** fails to cure within the period allowed by **LADWP**, then **LADWP** may terminate this Contract due to **CONTRACTOR'S** breach of this Contract.

2.      If the default under this Contract is due to **CONTRACTOR'S** failure to maintain the insurance required under this Contract, **CONTRACTOR** shall immediately: (1) suspend performance of any services under this Contract for which insurance was required; and (2) notify its employees and Subcontractors of the loss of insurance coverage and Contractor's obligation to suspend performance of

**3**

services. **CONTRACTOR** shall not recommence performance until **CONTRACTOR** is fully insured and in compliance with **LADWP'S** requirements.

3.  If a federal or state proceeding for relief of debtors is undertaken by or against **CONTRACTOR**, or if **CONTRACTOR** makes an assignment for the benefit of creditors, then **LADWP** may immediately terminate this Contract.

4.  If **CONTRACTOR** engages in any dishonest conduct related to the performance or administration of this Contract or violates **LADWP'S** laws, regulations or policies relating to lobbying, then **LADWP** may immediately terminate this Contract.

5.  Acts of Moral Turpitude

    a.  **CONTRACTOR** shall immediately notify **LADWP** if **CONTRACTOR** or any Key Person, as defined below, is charged with, indicted for, convicted of, pleads nolo contendere to, or forfeits bail or fails to appear in court for a hearing related to, any act which constitutes an offense involving moral turpitude under federal, state, or local laws ("Act of Moral Turpitude").

    b.  If **CONTRACTOR** or a Key Person is convicted of, pleads nolo contendere to, or forfeits bail or fails to appear in court for a hearing related to, an Act of Moral Turpitude, **LADWP** may immediately terminate this Contract.

    c.  If **CONTRACTOR** or a Key Person is charged with or indicted for an Act of Moral Turpitude, **LADWP** may terminate this Contract after providing **CONTRACTOR** an opportunity to present evidence of **CONTRACTOR'S** ability to perform under the terms of this Contract.

    d.  Acts of Moral Turpitude include, but are not limited to: violent felonies as defined by Penal Code Section 667.5, crimes involving weapons, crimes resulting in serious bodily injury or death, serious felonies as defined by Penal Code Section 1192.7, and those crimes referenced in the Penal Code and articulated in California Public Resources Code Section 5164(a)(2); in addition to and including acts of murder, rape, sexual assault, robbery, kidnapping, human trafficking, pimping, voluntary manslaughter, aggravated assault, assault on a peace officer, mayhem, fraud, domestic abuse, elderly abuse, and child abuse, regardless of whether such acts are punishable by felony or misdemeanor conviction.

e. For the purposes of this provision, a Key Person is a principal, officer, or employee assigned to this Contract, or owner (directly or indirectly, through one or more intermediaries) of ten percent or more of the voting power or equity interests of **CONTRACTOR**.

6. In the event **LADWP** terminates this Contract as provided in this section, **LADWP** may procure, upon such terms and in the manner as **LADWP** may deem appropriate, services similar in scope and level of effort to those so terminated, and **CONTRACTOR** shall be liable to **LADWP** for all of its costs and damages, including, but not limited to, any excess costs for such services.

7. If, after notice of termination of this Contract under the provisions of this section, it is determined for any reason that **CONTRACTOR** was not in default under the provisions of this section, or that the default was excusable under the terms of this Contract, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to PSC-9(A) Termination for Convenience.

8. The rights and remedies of **LADWP** provided in this section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract.

C. In the event that this Contract is terminated, **CONTRACTOR** shall immediately notify all employees and Subcontractors, and shall notify in writing all other parties contracted with under the terms of this Contract within five working days of the termination.

**PSC-10.** Independent Contractor

**CONTRACTOR** is an independent contractor and not an agent or employee of **LADWP or the CITY**. **CONTRACTOR** shall not represent or otherwise hold out itself or any of its directors, officers, partners, employees, or agents to be an agent or employee of **LADWP or the CITY**.

**PSC-11.** Contractor's Personnel

Unless otherwise approved by **LADWP**, **CONTRACTOR** shall use its own employees to perform the services described in this Contract. **LADWP** has the right to review and approve any personnel who are assigned to work under this Contract. **CONTRACTOR** shall remove personnel from performing work under this Contract if requested to do so by **LADWP**.

**CONTRACTOR** shall not use Subcontractors to assist in performance of this Contract without the prior written approval of **LADWP**. If **LADWP** permits the use of Subcontractors, **CONTRACTOR** shall remain responsible for performing all aspects of this Contract and paying all Subcontractors. **LADWP** has the right to approve

**CONTRACTOR'S** Subcontractors, and **LADWP** reserves the right to request replacement of any Subcontractor. **LADWP** does not have any obligation to pay **CONTRACTOR'S** Subcontractors, and nothing herein creates any privity of contract between **LADWP** and any Subcontractor.

**PSC-12.** Assignment and Delegation

**CONTRACTOR** may not, unless it has first obtained the written permission of **LADWP**:

    A.    Assign or otherwise alienate any of its rights under this Contract, including the right to payment; or

    B.    Delegate, subcontract, or otherwise transfer any of its duties under this Contract.

**PSC-13.** Permits

**CONTRACTOR** and its directors, officers, partners, agents, employees, and Subcontractors, shall obtain and maintain all licenses, permits, certifications and other documents necessary for **CONTRACTOR'S** performance of this Contract. **CONTRACTOR** shall immediately notify **LADWP** of any suspension, termination, lapses, non-renewals, or restrictions of licenses, permits, certificates, or other documents that relate to **CONTRACTOR'S** performance of this Contract.

**PSC-14.** Claims for Labor and Materials

**CONTRACTOR** shall promptly pay when due all amounts owed for labor and materials furnished in the performance of this Contract so as to prevent any lien or other claim under any provision of law from arising against any **LADWP or CITY** property (including reports, documents, and other tangible or intangible matter produced by **CONTRACTOR** hereunder), and shall pay all amounts due under the Unemployment Insurance Act or any other applicable law with respect to labor used to perform under this Contract.

**PSC-15.** Current Los Angeles City Business Tax Registration Certificate Required

For the duration of this Contract, **CONTRACTOR** shall maintain valid Business Tax Registration Certificate(s) as required by the **CITY** Business Tax Ordinance, Section 21.00 *et seq.* of the Los Angeles Municipal Code ("LAMC"), and shall not allow the Certificate to lapse or be revoked or suspended.

**PSC-16.** Retention of Records, Audit and Reports

**CONTRACTOR** shall maintain all records, including records of financial transactions, pertaining to the performance of this Contract, in their original form or as otherwise approved by **LADWP**. These records shall be retained for a period of no less than three years from the later of the following: (1) final payment made by **LADWP**, (2) the expiration of this Contract or (3) termination of this Contract. The records will be subject to examination and audit by authorized **LADWP** personnel or **LADWP'S** representatives at any time. **CONTRACTOR** shall provide any reports requested by **LADWP** regarding

performance of this Contract. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

In lieu of retaining the records for the term as prescribed in this provision, **CONTRACTOR** may, upon **LADWP'S** written approval, submit the required information to **LADWP** in an electronic format, e.g. USB flash drive, at the expiration or termination of this Contract.

**PSC-17.** Bonds

All bonds required by **LADWP** shall be filed with the LADWP Risk Manager for its review and acceptance in accordance with Los Angeles Administrative Code ("LAAC") Sections 11.47 *et seq.*, as amended from to time.

**PSC-18.** Indemnification

Except for the active negligence or willful misconduct of **LADWP**, or any of its boards, officers, agents, employees, assigns and successors in interest, **CONTRACTOR** shall defend, indemnify and hold harmless **LADWP** and any of its boards, officers, agents, employees, assigns, and successors in interest from and against all lawsuits and causes of action, claims, losses, demands and expenses, including, but not limited to, attorney's fees (both in house and outside counsel) and cost of litigation (including all actual litigation costs incurred by **LADWP**, including but not limited to, costs of experts and consultants), damages or liability of any nature whatsoever, for death or injury to any person, including **CONTRACTOR'S** employees and agents, or damage or destruction of any property of either party hereto or of third parties, arising in any manner by reason of an act, error, or omission by **CONTRACTOR,** Subcontractors, or their boards, officers, agents, employees, assigns, and successors in interest. The rights and remedies of **LADWP** provided in this section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract. This provision will survive expiration or termination of this Contract.

Notwithstanding the foregoing, to the extent **CONTRACTOR'S** insurance does not cover any liability, loss, or damage specified in this Indemnification provision, **LADWP** agrees that such liability, loss, or damage shall be deemed excluded from this indemnity obligation arising under this Contract. However, nothing in the foregoing shall modify, waive or limit any statutory or common law claims that **LADWP** may have with regard to **CONTRACTOR'S** professional obligations to **LADWP**.

**PSC-19.** Intellectual Property Indemnification





**PSC-20.** Intellectual Property Warranty

**CONTRACTOR** represents and warrants that its performance of all obligations under this Contract does not infringe in any way, directly or contributorily, upon any third party's intellectual property rights, including, without limitation, patent, copyright, trademark, trade secret, right of publicity and proprietary information.

**PSC-21.** Ownership and License

Unless otherwise provided for herein, all finished and unfinished works, tangible or not, created under this Contract including, without limitation, documents, materials, data, reports, manuals, specifications, artwork, drawings, sketches, blueprints, studies, memoranda, computation sheets, computer programs and databases, schematics, photographs, video and audiovisual recordings, sound recordings, marks, logos, graphic designs, notes, websites, domain names, inventions, processes, formulas, matters and combinations thereof, and all forms of intellectual property originated and prepared by **CONTRACTOR** or its Subcontractors under this Contract (each a "Work Product"; collectively "Work Products") shall be and remain the exclusive property of **LADWP** for its use in any manner **LADWP** deems appropriate. **CONTRACTOR** hereby assigns to **LADWP** all goodwill, copyright, trademark, patent, trade secret and all other intellectual property rights worldwide in any Work Products originated and prepared under this Contract. **CONTRACTOR** further agrees to execute any documents necessary for **LADWP** to perfect, memorialize, or record **LADWP'S** ownership of rights provided herein.

**CONTRACTOR** agrees that a monetary remedy for breach of this Contract may be inadequate, impracticable, or difficult to prove and that a breach may cause **LADWP** irreparable harm. **LADWP** may therefore enforce this requirement by seeking injunctive relief and specific performance, without any necessity of showing actual damage or irreparable harm. Seeking injunctive relief or specific performance does not preclude **LADWP** from seeking or obtaining any other relief to which **LADWP** may be entitled.

For all Work Products delivered to **LADWP** that are not originated or prepared by **CONTRACTOR** or its Subcontractors under this Contract, **CONTRACTOR** shall secure a grant, at no cost to **LADWP**, for a non-exclusive perpetual license to use such Work Products for any **LADWP** purposes.

**CONTRACTOR** shall not provide or disclose any Work Product to any third party without prior written consent of **LADWP**.

Any subcontract entered into by **CONTRACTOR** relating to this Contract shall include this

provision to contractually bind its Subcontractors performing work under this Contract such that **LADWP'S** ownership and license rights of all Work Products are preserved and protected as intended herein.

**PSC-22.** <u>Data Protection</u>

A. **CONTRACTOR** shall protect, using the most secure means and technology that is commercially available, **LADWP**-provided data or consumer-provided data acquired in the course and scope of this Contract, including but not limited to customer lists and customer credit card or consumer data, (collectively, the "LADWP Data"). **CONTRACTOR** shall notify **LADWP** in writing within 72 hours of CONTRACTOR'S discovery or reasonable belief of any unauthorized access of LADWP Data (a "Data Breach"), or of any incident affecting, or potentially affecting LADWP Data related to cyber security (a "Security Incident"), including, but not limited to, denial of service attack, and system outage, instability or degradation due to computer malware or virus. **CONTRACTOR** shall begin remediation immediately. **CONTRACTOR** shall provide daily updates, or more frequently if required by **LADWP**, regarding findings and actions performed by **CONTRACTOR** until the Data Breach or Security Incident has been effectively resolved to **LADWP'S** satisfaction. **CONTRACTOR** shall conduct an investigation of the Data Breach or Security Incident and shall share the report of the investigation with **LADWP**. At **LADWP'S** sole discretion, **LADWP** and its authorized agents shall have the right to lead or participate in the investigation. **CONTRACTOR** shall cooperate fully with **LADWP**, its agents and law enforcement.

B. If **LADWP** is subject to liability for any Data Breach or Security Incident which arises due to the actions, errors or omissions of the **CONTRACTOR**, then **CONTRACTOR** shall fully indemnify and hold harmless **LADWP** and defend against any resulting actions.

Notwithstanding the foregoing, to the extent **CONTRACTOR'S** insurance does not cover any liability, loss, or damage specified in this Indemnification provision, **LADWP** agrees that such liability, loss, or damage shall be deemed excluded from this indemnity obligation arising under this Contract. However, nothing in the foregoing shall modify, waive or limit any statutory or common law claims that **LADWP** may have with regard to **CONTRACTOR'S** professional obligations to **LADWP**.

**PSC-23.** <u>Insurance</u>

During the term of this Contract and without limiting CONTRACTOR'S obligation to indemnify, hold harmless and defend LADWP, CONTRACTOR shall provide and maintain at its own expense a program of insurance having the coverages and limits not less than the required amounts and types as determined by the LADWP's Risk Manager (in Exhibit 1 hereto). The insurance must: (1) conform to LADWP's requirements; (2) comply with the Insurance Contractual Requirements (Exhibit 1 hereto); and (3) otherwise be in a form acceptable to the LADWP. Exhibit 1 is hereby incorporated by reference and made a part of this Contract.

**PSC-24.** Best Terms

Throughout the term of this Contract, **CONTRACTOR**, shall offer **LADWP** the best terms, prices, and discounts that are offered to any of **CONTRACTOR'S** customers for similar goods and services provided under this Contract.

**PSC-25.** Warranty and Responsibility of Contractor

**CONTRACTOR** warrants that the work performed hereunder shall be completed in a manner consistent with professional standards practiced among those firms within **CONTRACTOR'S** profession, doing the same or similar work under the same or similar circumstances.

**PSC-26.** Mandatory Provisions Pertaining to Non-Discrimination in Employment

Unless otherwise exempt, this Contract is subject to the applicable non-discrimination, equal benefits, equal employment practices, and affirmative action program provisions in LAAC Section 10.8 et seq., as amended from time to time.

A.  **CONTRACTOR** shall comply with the applicable non-discrimination and affirmative action provisions of the laws of the United States of America, the State of California, and **CITY**. In performing this Contract, **CONTRACTOR** shall not discriminate in any of its hiring or employment practices against any employee or applicant for employment because of such person's race, color, religion, national origin, ancestry, sex, sexual orientation, gender, gender identity, age, disability, domestic partner status, marital status or medical condition.

B.  The requirements of Section 10.8.2.1 of the LAAC, the Equal Benefits Ordinance, and the provisions of Section 10.8.2.1(f) are incorporated and made a part of this Contract by reference.

C.  The provisions of Section 10.8.3 of the LAAC are incorporated and made a part of this Contract by reference and will be known as the "Equal Employment Practices" provisions of this Contract.

D. The provisions of Section 10.8.4 of the LAAC are incorporated and made a part of this Contract by reference and will be known as the "Affirmative Action Program" provisions of this Contract.

Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

## PSC-27. Child Support Assignment Orders

**CONTRACTOR** shall comply with the Child Support Assignment Orders Ordinance, Section 10.10 of the LAAC, as amended from time to time. Pursuant to Section 10.10(b) of the LAAC, **CONTRACTOR** shall fully comply with all applicable State and Federal employment reporting requirements. Failure of **CONTRACTOR** to comply with all applicable reporting requirements or to implement lawfully served Wage and Earnings Assignment or Notices of Assignment, or the failure of any principal owner(s) of **CONTRACTOR** to comply with any Wage and Earnings Assignment or Notices of Assignment applicable to them personally, shall constitute a default by the **CONTRACTOR** under this Contract. Failure of **CONTRACTOR** or principal owner to cure the default within 90 days of the notice of default will subject this Contract to termination for breach. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

## PSC-28. Living Wage Ordinance

**CONTRACTOR** shall comply with the Living Wage Ordinance, LAAC Section 10.37 *et seq.*, as amended from time to time. **CONTRACTOR** further agrees that it shall comply with federal law proscribing retaliation for union organizing. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

## PSC-29. Service Contractor Worker Retention Ordinance

**CONTRACTOR** shall comply with the Service Contractor Worker Retention Ordinance, LAAC Section 10.36 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

## PSC-30. Access and Accommodations

**CONTRACTOR** represents and certifies that:

A. **CONTRACTOR** shall comply with the Americans with Disabilities Act, as amended, 42 U.S.C. Section 12101 et seq., the Rehabilitation Act of 1973, as amended, 29 U.S.C. Section 701 et seq., the Fair Housing Act, and its implementing regulations and any subsequent amendments, and California Government Code Section 11135;

B. **CONTRACTOR** shall not discriminate on the basis of disability or on the basis of a person's relationship to, or association with, a person who has a disability;

C. **CONTRACTOR** shall provide reasonable accommodation upon request to ensure equal access to **CITY**-funded programs, services and activities;

D. Construction will be performed in accordance with the Uniform Federal Accessibility Standards (UFAS), 24 C.F.R. Part 40; and

E. The buildings and facilities used to provide services under this Contract are in compliance with the federal and state standards for accessibility as set forth in the 2010 ADA Standards, California Title 24, Chapter 11, or other applicable federal and state law.

**CONTRACTOR** understands that **LADWP** is relying upon these certifications and representations as a condition to funding this Contract. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-31.** Contractor Responsibility Ordinance

**CONTRACTOR** shall comply with the Contractor Responsibility Ordinance, LAAC Section 10.40 *et seq.*, as amended from time to time.

**PSC-32.** Business Inclusion Program

Unless otherwise exempted prior to bid submission, **CONTRACTOR** shall comply with all aspects of the Business Inclusion Program as described in the Request for Proposal/Qualification process, throughout the duration of this Contract. **CONTRACTOR** shall utilize the Regional Alliance Marketplace for Procurement ("RAMP") at https://www.rampla.org/, to perform and document outreach to Minority, Women, and Other Business Enterprises. **CONTRACTOR** shall perform subcontractor outreach activities through RAMP. **CONTRACTOR** shall not change any of its designated Subcontractors or pledged specific items of work to be performed by these Subcontractors, nor shall **CONTRACTOR** reduce their level of effort, without prior written approval of **LADWP**.

**PSC-33.** Slavery Disclosure Ordinance

**CONTRACTOR** shall comply with the Slavery Disclosure Ordinance, LAAC Section 10.41 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-34.** First Source Hiring Ordinance

**CONTRACTOR** shall comply with the First Source Hiring Ordinance, LAAC Section 10.44 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-35.** Local Business Preference Ordinance

**CONTRACTOR** shall comply with the Local Business Preference Ordinance, LAAC

Section 10.47 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-36.** Iran Contracting Act

In accordance with California Public Contract Code Sections 2200-2208, all contractors entering into, or renewing contracts with **LADWP** for goods and services estimated at $1,000,000 or more are required to complete, sign, and submit the "Iran Contracting Act of 2010 Compliance Affidavit."

**PSC-37.** Restrictions on Campaign Contributions and Fundraising in City Elections

Unless otherwise exempt, if this Contract is valued at $100,000 or more and requires approval by an elected **CITY** office, **CONTRACTOR**, **CONTRACTOR'S** principals, and **CONTRACTOR'S** Subcontractors expected to receive at least $100,000 for performance under the Contract, and the principals of those Subcontractors (the "Restricted Persons") shall comply with Charter Section 470(c)(12) and LAMC Section 49.7.35. Failure to comply entitles **CITY** to terminate this Contract and to pursue all available legal remedies. Charter Section 470(c)(12) and LAMC Section 49.7.35 limit the ability of the Restricted Persons to make campaign contributions to and engage in fundraising for certain elected **CITY** officials or candidates for elected **CITY** office for twelve months after this Contract is signed. Additionally, a **CONTRACTOR** subject to Charter Section 470(c)(12) is required to comply with disclosure requirements by submitting a completed and signed Ethics Commission Form 55 and to amend the information in that form as specified by law. Any **CONTRACTOR** subject to Charter Section 470(c)(12) shall include the following notice in any contract with any Subcontractor expected to receive at least $100,000 for performance under this Contract:

> "Notice Regarding Restrictions on Campaign Contributions and Fundraising in City Elections
>
> You are a subcontractor on L A D W P #_____. Pursuant to the City of Los Angeles Charter Section 470(c)(12) and related ordinances, you and your principals are prohibited from making campaign contributions to and fundraising for certain elected City of Los Angeles ("**CITY**") officials and candidates for elected **CITY** office for twelve months after the **CITY** contract is signed. You are required to provide the names and contact information of your principals to the **CONTRACTOR** and to amend that information within ten business days if it changes during the twelve month time period. Failure to comply may result in termination of this Contract and any other available legal remedies. Information about the restrictions may be found online at ethics.lacity.org or by calling the Los Angeles City Ethics Commission at (213) 978-1960."

**PSC-38.** Contractors' Use of Criminal History for Consideration of Employment Applications

**CONTRACTOR** shall comply with the City Contractors' Use of Criminal History for Consideration of Employment Applications Ordinance, LAAC Section 10.48 *et seq.*, as

amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-39.** Limitation of City's Obligation to Make Payment to Contractor

Notwithstanding any other provision of this Contract, including any exhibits or attachments incorporated therein, and in order for **LADWP** to comply with its governing legal requirements, **LADWP** shall have no obligation to make any payments to **CONTRACTOR** unless **LADWP** shall have first made an appropriation of funds equal to or in excess of its obligation to make any payments as provided in this Contract. **CONTRACTOR** agrees that any services provided by **CONTRACTOR**, purchases made by **CONTRACTOR** or expenses incurred by **CONTRACTOR** in excess of the appropriation(s) shall be free and without charge to **LADWP** and **LADWP** shall have no obligation to pay for the services, purchases or expenses. **CONTRACTOR** shall have no obligation to provide any services, provide any equipment or incur any expenses in excess of the appropriated amount(s) until **LADWP** appropriates additional funds for this Contract.

**PSC-40.** Compliance with Identity Theft Laws and Payment Card Data Security Standards

**CONTRACTOR** shall comply with all identity theft laws including without limitation, laws related to: (1) payment devices; (2) credit and debit card fraud; and (3) the Fair and Accurate Credit Transactions Act ("FACTA"), including its requirement relating to the content of transaction receipts provided to Customers. **CONTRACTOR** also shall comply with all requirements related to maintaining compliance with Payment Card Industry Data Security Standards ("PCI DSS"). During the performance of any service to install, program or update payment devices equipped to conduct credit or debit card transactions, including PCI DSS services, **CONTRACTOR** shall verify proper truncation of receipts in compliance with FACTA.

**PSC-41.** Compliance with California Public Resources Code Section 5164

California Public Resources Code Section 5164 prohibits a public agency from hiring a person for employment or as a volunteer to perform services at any park, playground, or community center used for recreational purposes in a position that has supervisory or disciplinary authority over any minor, if the person has been convicted of certain crimes as referenced in the Penal Code, and articulated in California Public Resources Code Section 5164(a)(2).

If applicable, **CONTRACTOR** shall comply with California Public Resources Code Section 5164, and shall additionally adhere to all rules and regulations that have been adopted or that may be adopted by **CITY**. **CONTRACTOR** is required to have all employees, volunteers and Subcontractors (including all employees and volunteers of any Subcontractor) of **CONTRACTOR** working on premises to pass a fingerprint and background check through the California Department of Justice at **CONTRACTOR'S** sole expense, indicating that such individuals have never been convicted of certain crimes as referenced in the Penal Code and articulated in California Public Resources Code Section 5164(a)(2), if the individual will have supervisory or disciplinary authority over any minor.

**PSC-42.** Possessory Interests Tax

Rights granted to **CONTRACTOR** by **LADWP** may create a possessory interest. **CONTRACTOR** agrees that any possessory interest created may be subject to California Revenue and Taxation Code Section 107.6 and a property tax may be levied on that possessory interest. If applicable, **CONTRACTOR** shall pay the property tax. **CONTRACTOR** acknowledges that the notice required under California Revenue and Taxation Code Section 107.6 has been provided.

**PSC-43.** Confidentiality

All documents, information and materials provided to **CONTRACTOR** by **LADWP** or developed by **CONTRACTOR** pursuant to this Contract (collectively "Confidential Information") are confidential. **CONTRACTOR** shall not provide or disclose any Confidential Information or their contents or any information therein, either orally or in writing, to any person or entity, except as authorized by **LADWP** or as required by law. **CONTRACTOR** shall immediately notify **LADWP** of any attempt by a third party to obtain access to any Confidential Information. This provision will survive expiration or termination of this Contract.

**PSC-44.** COVID-19

Employees of Contractor and/or persons working on its behalf, including, but not limited to, subcontractors (collectively, "Contractor Personnel"), while performing services under this Agreement and prior to interacting in person with LADWP or City employees, contractors, volunteers, or members of the public (collectively, "In-Person Services") must be fully vaccinated against the novel coronavirus 2019 ("COVID-19"). "Fully vaccinated" means that 14 or more days have passed since Contractor Personnel have received the final dose of a two-dose COVID-19 vaccine series (Moderna or Pfizer-BioNTech) or a single dose of a one-dose COVID-19 vaccine (Johnson & Johnson/Janssen) and all booster doses recommended by the Centers for Disease Control and Prevention. Prior to assigning Contractor Personnel to perform In-Person Services, Contractor shall obtain proof that such Contractor Personnel have been fully vaccinated. Contractor shall retain such proof for the document retention period set forth in this Agreement. Contractor shall grant medical or religious exemptions ("Exemptions") to Contractor Personnel as required by law. If Contractor wishes to assign Contractor Personnel with Exemptions to perform In-Person Services, Contractor shall require such Contractor Personnel to undergo weekly COVID-19 testing, with the full cost of testing to be borne by Contractor. If Contractor Personnel test positive, they shall not be assigned to perform In-Person Services or, to the extent they have already been performing In-Person Services, shall be immediately removed from those assignments. Furthermore, Contractor shall immediately notify LADWP if Contractor Personnel performing In-Person Services (1) have tested positive for or have been diagnosed with COVID-19, (2) have been informed by a medical professional that they are likely to have COVID-19, or (3) meet the criteria for isolation under applicable government orders.

**EXHIBIT 1**

**INSURANCE CONTRACTUAL REQUIREMENTS**

**A.    General Statement**

Acceptable evidence of required insurance, from insurers acceptable to LADWP, is required to be submitted by the Contractor and must be maintained current by the Contractor throughout the term of this Agreement. Said evidence of insurance must be on file with the Risk Management Section in order to receive payment under any agreement for services rendered, and in order to commence work under this Agreement.

**B.    Applicable Terms and Conditions**

1.    Additional Insured Status Required

Contractor/Vendor shall procure at its own expense, and keep in effect at all times during the term of this Agreement, the types and amounts of insurance specified on the attached Contract Insurance Requirements page. The insurance shall also by specific endorsement(s) attached to such policies, include, the City of Los Angeles, its Department of Water and Power, its Board of Commissioners (hereinafter referred to as "Board"), and all of its officers, employees and agents, their successors and assigns, as Additional Insureds against the area of risk described herein as respects Contractor's negligent acts, errors, or omissions in its performance of the agreement, hereunder or other related functions performed by or on behalf of Contractor. Such insurance shall not limit or qualify the liabilities and obligations of the Contractor assumed under the contract.

2.    **Separation of Insured's Interest** and Cross Liability Required

Each specified insurance policy, as applicable, shall contain a Separation of Interest and Cross Liability clause and shall apply separately to each insured against whom a claim is made or suit is brought and a Contractual Liability Endorsement which shall also apply to liability assumed by the insured under this Agreement with the Department.

3.    Primary and Non-Contributory Insurance Required

All such insurance shall be Primary and Noncontributing with any other insurance held by LADWP where liability arises out of, or results from, the acts, errors, or omissions of Contractor, its agents, employees, officers, assigns, or any person or entity acting for or on behalf of Contractor. Any insurance carried by LADWP which may be applicable shall be deemed to be excess insurance and the Contractor's insurance is primary for all purposes despite any conflicting provision in the Contractor's policies to the contrary.

4.    Proof of Insurance for Renewal or Extension Required

Contractor shall provide evidence of the required insurance at least ten (10) days after the expiration date of any of the policies required on the attached Contract Requirement page showing that the insurance coverage has been renewed or extended and shall be filed with the Department.

Los Angeles Department of Water and Power – Paul Hastings LLP
Agreement No. 47725A
Outside Counsel
Exhibit 1 – Insurance Contractual Requirements          **16**

Case 2:21-ap-00171-PS    Doc 81-1    Filed 06/10/22    Entered 06/10/22 09:41:11    Desc
Exhibit 1    Page 47 of 92

5.     Submission of Acceptable Proof of Insurance and Notice of Cancellation

Contractor shall provide proof to the Department's Risk Manager of all specified insurance and related requirements using either an Acord certificate of insurance along with any required specific endorsements, or using the Department's own endorsement form(s) or using other written evidence of insurance acceptable to the Risk Manager, but always in a form acceptable to the Risk Manager. The documents evidencing all specified coverages shall be filed with the Department prior to Contractor beginning operations hereunder. Said proof shall contain at a minimum, the applicable policy number, the inclusive dates of policy coverages, the date the specified endorsement for the Department of Water and Power was attached to a specific policy, and the insurance carrier's name. It shall provide that such insurance shall not be subject to cancellation, material reduction in a required coverage or non-renewal (other than for non-payment) except after written notice by first class mail or electronic mail to the LADWP Risk Management Section (30) calendar days prior to the effective date thereof. The notification shall be sent by first class or electronic mail to:

> The Risk Management Section,
> Los Angeles Department of Water and Power,
> Post Office Box 51111, JFB Room 465,
> Los Angeles, California 90051-0100.
> Riskmanagement.Risky@ladwp.com

6.     Claims-Made Insurance Conditions

Should any portion of the required insurance be on a "Claims Made" policy, the Contractor, following completion of work and at the policy expiration date, shall provide evidence that the "Claims Made" policy has been renewed or replaced with a retroactive effective date to the policy in place at the inception of the contract and with the same limits, terms and conditions of the expiring policy.

7.     Failure to Maintain and Provide as Cause for Termination

After prior notices have been provided, any failure by the contractor to maintain and provide acceptable evidence of the required insurance for the required period of coverage shall constitute a breach of contract, upon which the Department may immediately terminate or suspend the agreement.

8.     Sub-Contractor Compliance

The Contractor shall be responsible for all sub-contractors. The vendor shall require all subcontractors performing any work to maintain insurance limits in accordance with Vendor's standard agreements with such subcontractors.

9.     Specific Insurance Requirements

Contractor/consultant shall provide evidence of insurance as required in **Exhibit 1**, **Contract Insurance Requirements-LADWP**.

Los Angeles Department of Water and Power – Paul Hastings LLP
Agreement No. 47725A
Outside Counsel
Exhibit 1 – Insurance Contractual Requirements        **17**

Case 2:21-ap-00171-PS    Doc 81-1    Filed 06/10/22    Entered 06/10/22 09:41:11    Desc
Exhibit 1    Page 48 of 92

# CONTRACT INSURANCE REQUIRMENTS -- DEPARTMENT OF WATER AND POWER
## For Contractors, Service Providers, Vendors, and Tenants

Agreement/Activity/Operation: _____

Reference/Agreement: _____

Term of Agreement: _____

Contract Administrator: _____

Buyer and Phone Number: _____

o  Contract-required types and amounts of insurance as indicated below by checkmark are the minimum which must be maintained.  All limits are Combined Single Limit (Bodily Injury/Property Damage) unless otherwise indicated.
o  Firm 30 day Notice of Cancellation required.
o  All required scheduled endorsements must be physically attached to all requested certificates of insurance and not substituted by referring to such coverage on the certificate of insurance.

**PER OCCURRENCE LIMITS**

( ) WORKERS' COMPENSATION(Stat. Limits)/Employer's Liability:                                    (                    )
    ( ) CA / All States Endorsement     ( ) US L&H (Longshore and Harbor Workers)
    ( ) Jones Act (Maritime Employment)     ( ) Outer Continental Shelf
    ( ) Waiver of Subrogation     ( ) Black Lung (Coal Mine Health and Safety)
    ( ) Other: _____     ( ) Other: _____

( ) AUTOMOBILE LIABLITY:                                               (               )
    ( ) Owned Autos     ( ) Any Auto
    ( ) Hired Autos     ( ) Non-Owned Auto
    ( ) Contractual Liability     ( ) Additional Insured
    ( ) MCS-90 (US DOT)     ( ) Trucker's Form
    ( ) Waiver of Subrogation     ( ) Other: _____

( ) GENERAL LIABILITY:    ( ) Limit Specific to Project    ( ) Per Project Aggregate    (                    )
    ( ) Property Damage     ( ) Contractual Liability     ( ) Personal Injury
    ( ) Premises and Operations     ( ) Products/Completed Ops.     ( ) Independent Contractors
    ( ) Fire Legal Liability     ( ) Garagekeepers Legal Liab.     ( ) Child Abuse/Molestation
    ( ) Corporal Punishment     ( ) Collapse/Underground     ( ) Explosion Hazard
    ( ) Watercraft Liability     ( ) Pollution     ( ) Additional Insured Status
    ( ) Waiver of Subrogation     ( ) Airport Premises     ( ) Hangarkeepers Legal Liab.
    ( ) Marine Contractors Liability     ( ) Other: _____     ( ) Other: _____

( ) PROFESSIONAL LIABILITY:                                       (                    )
    ( ) Contractual Liability     ( ) Waiver of Subrogation     ( ) 3 Year Discovery Tail
    ( ) Additional Insured     ( ) Vicarious Liability Endt.     ( ) Other: _____

( ) AIRCRAFT LIABILITY:                                         (                    )
    ( ) Passenger Per Seat Liability     ( ) Contractual Liability     ( ) Hull Waiver of Subrogation
    ( ) Pollution     ( ) Additional Insured     ( ) Other: _____

( ) PROPERTY DAMAGE:    ( ) Loss Payable Status (AOIMA)          (                    )
    ( ) Replacement Value     ( ) Actual Cash Value     ( ) Agreed Amount
    ( ) All Risk Form     ( ) Named Perils Form     ( ) Earthquake: _____
    ( ) Builder's Risk:$_____     ( ) Boiler and Machinery     ( ) Flood: _____
    ( ) Transportation Floater:$_____     ( ) Contractors Equipment$_ __ _  ( ) Loss of Rental Income: _____
    ( ) Scheduled Locations/Propt.     ( ) Other: _____     ( ) Other: _____

( ) WATERCRAFT:                                             (                    )
    ( ) Protection and Indemnity     ( ) Pollution     ( ) Additional Insured
    ( ) Waiver of Subrogation     ( ) Other: _____     ( ) Other: _____

( ) POLLUTION:                                             (                    )
    ( ) Incipient/Long Term     ( ) Sudden and Accidental     ( ) Additional Insured
    ( ) Waiver of Subrogation     ( ) Contractor's Pollution     ( ) Other: _____

( ) CRIME:     ( ) Joint Loss Payable Status     ( ) Additional Insured    (                    )
    ( ) Fidelity Bond     ( ) Financial Institution Bond     ( ) Loss of Monies/Securities
    ( ) Employee Dishonesty     ( ) In Transit Coverage     ( ) Wire Transfer Fraud
    ( ) Computer Fraud     ( ) Commercial Crime     ( ) Forgery/Alteration of Docs.
    ( ) Other: _____     ( ) Other: _____

( ) ASBESTOS LIABLITY:    ( ) Additional Insured                    (                    )

*Insurance Req (LC)*

**EXHIBIT B – FEE SCHEDULE**

**Hourly Rates for Outside Counsel**

| Name of Law Firm **Paul Hastings LLP** | | | |
|---|---|---|---|
| Home Office Address 515 South Flower Street, 25th Floor, Los Angeles, CA 90071 | | Agreement No. 47725A | |
| Services to be Performed Area 3 Scope of Work | | | |
| **Authorized Timekeeper** | **Title** | **Hourly Rate** | |
| Blended Rate | | $ 895 | |

AGREEMENT NO. 47725B FOR PROFESSIONAL LEGAL SERVICES

BETWEEN

THE LOS ANGELES DEPARTMENT OF WATER AND POWER

AND

ROPERS MAJESKI PC

## <u>AGREEMENT FOR PROFESSIONAL LEGAL SERVICES</u>

THIS AGREEMENT, Contract Number 47725B, is made and entered into by and between the City of Los Angeles acting by and through its Department of Water and Power, a municipal corporation, (hereinafter "LADWP") and Ropers Majeski, a Professional Corporation incorporated in the State of California, ("Outside Counsel"), with reference to the following:

## RECITALS

**WHEREAS,** the Board of Water and Power Commissioners (Board) has approved the use of Outside Counsel to advise the Board and represent the department with respect to existing litigation in the case of *Antwon Jones v. City of Los Angeles* and related ancillary cases. This will involve working with current class action defense counsel representing the Department. This scope of work will involve evaluating past actions as well as addressing ongoing activities, working with current class action defense counsel representing the Department, and will provide counsel and advice with respect to future best practices; and

**WHEREAS,** Outside Counsel indicates that it has the expertise and competence to perform the professional legal services sought by the LADWP; and

**WHEREAS,** LADWP has selected Outside Counsel to provide assistance in such matters. Outside Counsel is willing to provide such assistance and represents that it is able to do so without a conflict of interest; and

**WHEREAS,** the professional legal services to be performed by the Outside Counsel are of an expert and technical nature and are temporary and occasional in character.

**NOW, THEREFORE**, in consideration of the promises, covenants, terms and conditions contained herein, the parties hereby covenant, agree and represent as follows:

## I.    <u>SCOPE OF REPRESENTATION AND PARTNERING</u>

Outside Counsel is retained to assist LADWP in advising the Board and representing the department with respect to existing litigation in the case of Antwon Jones v. City of Los Angeles and related ancillary cases. This will involve working with current class action defense counsel representing the Department. This scope of work will involve evaluating past actions as well as addressing ongoing activities, working with current class action defense counsel representing the Department, and will provide counsel and advice with respect to future best practices.

Outside Counsel shall at all times work under the direction of LADWP.  The LADWP shall rely on the competence, expertise and experience of Outside Counsel.  At all times, Outside Counsel shall provide professional legal advice and services at the highest level expected of law firms providing legal services in the Los Angeles region. This is a non-exclusive agreement to provide legal services to LADWP.  LADWP may augment the services with another law firm or law firms or select to terminate Outside Counsel's services in a manner consistent with this Agreement.

## II. GENERAL CONDITIONS

### A. Period of Performance

1. The term of this Agreement shall commence upon execution of this Agreement by all Parties hereto and shall terminate two (2) years thereafter, subject to the termination provisions herein. Performance shall not begin until the Consultant has obtained LADWP approval of insurance required herein.

2. At LADWP's sole option, the term of this Agreement may be extended for an additional one (1) year, or any portion thereof.

### B. Termination or Suspension of Legal Services

1. Termination/Suspension for LADWP's Convenience

   a) Services performed under this Agreement may be terminated or suspended in whole or in part at any time by LADWP. LADWP shall terminate or suspend services by delivering to Outside Counsel a written notice specifying the extent to which services are terminated or suspended and the effective date of such termination or suspension.

   b) After receiving a notice of termination or suspension, unless otherwise directed by LADWP, Outside Counsel shall:

   1) Stop services on the date and to the extent specified in the notice; and

   2) Continue to perform services not terminated or suspended by the notice.

   c) After receiving a notice of termination, Outside Counsel shall:

   1) Submit final billing for services rendered through the time of termination no later than thirty (30) calendar days from the effective date of termination; and

   2) If Outside Counsel fails to submit a final billing within the time allowed, LADWP may determine the amount, if any, to be paid to Outside Counsel. Outside Counsel agrees that LADWP's determination shall be final.

2. Termination for Outside Counsel's Default

   a) Services performed under this Agreement may be terminated in whole or in part by LADWP upon a default by Outside Counsel. Under this Agreement, Outside Counsel will be deemed in default if Outside Counsel:

   1) Fails to perform the service(s) within the specified time period; or

2)     Fails to perform any of the provisions contained in this Agreement; or

3)     Fails to make adequate progress in the matter and endangers the performance of this Agreement's terms.

b)     If LADWP wholly or partially terminates services under this Agreement, LADWP may obtain alternative legal services with terms and in a manner LADWP deems appropriate.  In addition to any other remedies provided by this Agreement, law or equity, Outside Counsel shall be liable to LADWP for any excess costs associated with obtaining and utilizing alternative legal services.

3.     Closing Report Upon Termination

a)     If requested by LADWP, Outside Counsel shall deliver a Closing Report within two days of the termination of services.

b)     The Closing Report shall include, but is not limited to:

1)     A brief description of the facts of the case;

2)     A discussion of applicable law;

3)     A description of the status of the case; and

4)     A list and description of future scheduled court appearances.

c)     Outside Counsel shall give LADWP all evidence, files and attorney work product for every matter in which Outside Counsel is substituted out as attorney of record. This includes any computerized indices, programs and document retrieval systems created or used for the matter.  Outside Counsel shall file a Motion for Substitution of Counsel or other necessary pleadings with the court when instructed to do so by LADWP.

C.     Independent Contractor Status

This Agreement is between LADWP and Outside Counsel and is not intended, and shall not be construed, to create, as between LADWP and Outside Counsel, the relationship of agent, servant, employee, partnership, joint venture or association. Outside Counsel understands and agrees that all Outside Counsel personnel furnishing services to LADWP under this Agreement are employees solely of Outside Counsel and not LADWP.  Outside Counsel shall bear the sole responsibility and liability for furnishing workers' compensation benefits to any Outside Counsel personnel for injuries arising from services performed under this Agreement.

D.    Ownership of Documents

All information, documents, records, reports, data, or other materials furnished to Outside Counsel or other such information, documents, records, data or other materials to which Outside Counsel has access during their performance pursuant to this Agreement are deemed confidential and shall remain the property of LADWP. Outside Counsel shall not make use of such items for any purpose unrelated to the matter involved herein and shall not make oral or written disclosure thereof, other than as necessary for their performance hereunder, without the prior written approval of LADWP.

E.    Insurance

Outside Counsel shall comply with the insurance requirements described in the mandatory Standard Provisions for LADWP Contracts, attached hereto as Exhibit A, having the coverage and limits as specified in Exhibit A, provided, however, that professional liability insurance shall be subject to availability on the open market at reasonable rates. Non-availability must be documented by a letter from Outside Counsel's insurance broker or agent certifying a good faith effort to obtain the required insurance and listing the names of the carriers approached along with the quotations or declarations received. Such documentation shall be subject to acceptance by LADWP. If Outside Counsel does not obtain professional liability insurance or maintain the insurance throughout the duration of this Agreement, LADWP may terminate the Agreement.

F.    Governing Law

The parties agree that this Agreement shall be governed by and construed in accordance with the laws of the State of California and any action brought by either party on this Agreement shall be brought in the Los Angeles County Central District Superior Courts.

G.    Validity

The invalidity in whole or in part of any provision of this Agreement shall not void or affect the validity of any other provision.

H.    Waiver

No waiver of a breach of any provision of this Agreement by either party shall constitute a waiver of any future breach of the provision or any breach of any other provision of this Agreement. Failure of either party to enforce any provision of this Agreement at any time shall not be construed as a waiver of that provision.

I.    Remedies Reserved to LADWP

The remedies reserved to LADWP shall be cumulative and additional to any other remedies provided in law or equity.

J.    Authorization for Warranty

Outside Counsel represents and warrants that the signatory(ies) to this Agreement is fully authorized to obligate Outside Counsel and that all corporate acts necessary to the execution of this Agreement have been accomplished.

K.    Changes and Written Amendment of Terms

Material changes to this Agreement shall only be effective upon the execution of a mutually-approved written amendment.

## III.    OUTSIDE COUNSEL'S SERVICES AND RESPONSIBILITIES

A.    Restriction on Outside Counsel as Consultants

Outside Counsel understands and agrees that it shall not apply for, accept or enter into any contract with any LADWP department or office for any non-outside counsel legal services for the duration of this or any other outside counsel contract with LADWP, unless Outside Counsel first obtains the written approval of LADWP.

B.    Professional Ethics and Conflicts of Interest

LADWP recognizes that Outside Counsel may have clients that, from time to time, may have interests adverse to LADWP.  Any such representation shall be in accordance with the ethical duties of members of the State Bar of California including, without limitation, those established by the Bar's Rules of Professional Conduct.  Outside Counsel shall send written notice to LADWP of any actual or potential conflict of interest that exists during Outside Counsel's engagement under this Agreement.  The request for waiver shall describe in detail the nature of the proposed engagement by Outside Counsel, the nature of the conflict, and why Outside Counsel believes a waiver is appropriate.

C.    Key Outside Counsel Personnel

1.    Outside Counsel's Supervising Attorney for this Agreement shall be Gerald G. Knapton. Outside Counsel's Supervising Attorney shall not be changed without LADWP's written authorization.

2.    Outside Counsel's Supervising Attorney shall have full authority to act for Outside Counsel on all daily operational matters under this Agreement and shall serve as or designate Lead Counsel for all law and motion appearances, pretrial and trial proceeding(s), settlement conference(s) or meetings of counsel for the litigants, depositions, document productions, and all court and other proceedings in which substantive rights of the parties may be determined.  Designation of a Lead Counsel other than the Supervising Attorney shall be subject to LADWP's prior written approval.

D.    Legal Representation

1.    Outside Counsel shall provide LADWP with the necessary representation by qualified staff at the least costly billing category.  Partners and

associates shall be admitted to practice law before all of the courts of the State of California. The names of personnel authorized to provide services under this Agreement and the hourly rates for each staff member are listed in the document entitled, "Hourly Rates," attached hereto and incorporated herein as Exhibit B to this Contract.

Any use of personnel other than as enumerated shall be subject to the prior written approval of LADWP's authorized representative. Outside Counsel may hire consultants, but only with the prior written approval of LADWP authorized representative. Outside Counsel may retain other law firms or attorneys as subcontractors to provide the legal services covered by this Agreement, but only with the prior written approval of the LADWP authorized representative. Any such written approval of subcontractors must set forth the name of each approved attorney or other personnel and the agreed rate for such individual. Outside Counsel will require any such subcontractors or consultants to comply with the terms and conditions of this Agreement and will indemnify, defend and forever hold harmless the LADWP from and against any and all losses, damages, liabilities, costs and expenses (including reasonable attorneys' fees) arising out of any act or omission of any such subcontractors or consultants.

2.      Outside Counsel's legal representation shall include, but is not limited to:

a)      All settlement negotiations and pretrial proceedings;

b)      Appearances at all law and motion hearings, discovery proceedings, hearings regarding orders to show cause, writs, trials, and, when applicable, administrative hearings;

c)      All due diligence, legal research, preparation for hearings, and review of all documents and other evidentiary materials;

d)      Investigative, secretarial, and clerical support services necessary to perform the legal representation in a professional manner.

3.      Outside Counsel shall provide all required reports referenced in this Agreement.

4.      Outside Counsel shall meet with LADWP as LADWP requires.

5.      Outside Counsel shall obtain written approval from LADWP before retaining any consultant or expert witness to assist with any assigned case.

6.      Outside Counsel shall obtain prior approval from LADWP for travel outside the Counties of: Los Angeles, Orange, Riverside, Imperial, Kern, San Bernardino, Ventura or Santa Barbara. Unapproved travel will not be reimbursed.

7.      Outside Counsel shall consult with LADWP on trial and tactical decisions.

8.     Outside Counsel shall assist LADWP in settlement evaluations and negotiations, and shall obtain LADWP's authority before making any settlement proposal on LADWP's behalf to the Court or any party.

9.     Outside Counsel shall immediately notify LADWP, in writing, when a judgment, verdict or other award is rendered.

10.     Upon LADWP's request, Outside Counsel shall provide copies of all court rulings and all pleadings filed with the court or other administrative body, including those submitted by other parties.

11.     Outside Counsel shall maintain all backup documentation to support all entries included in its billings.

E.     <u>Reporting Requirements</u>

Depending on the nature of the matter and the benefit derived, LADWP may request that Outside Counsel provide LADWP with the following reports:

1.     <u>Case Evaluation and Plan</u>

a)     The Case Evaluation and Plan is a written independent evaluation of the case that can be used to develop LADWP's legal position and strategy.  It will also serve to assist in controlling litigation costs. Outside Counsel shall base the Case Evaluation and Plan on a review of the pleadings, discovery, reports and other documents, physical evidence, conversations with LADWP and any other information Outside Counsel deems appropriate based on Outside Counsel's expertise and experience.

b)     The Case Evaluation and Plan shall include, but is not limited to:

1)     Statement of known facts and identified legal issues, including identities of opposing attorney(s), if known;

2)     Statement of precedent-setting or sensitive issues, if applicable;

3)     Statement of alleged and probable injuries and damages;

4)     Statement of liability exposure;

5)     Statement of recommendation(s) on case strategy, including discovery, motions, extent of legal research, consultants and percipient witnesses, experts to be retained, and the extent of expert services to be performed;

6) Statement of Outside Counsel's projected costs that can be reasonably anticipated. Costs shall be budgeted on a total, annualized basis and shall include, but are not limited to:

(a) Attorney fees - an identification of the staffing levels, hourly rates and estimated number of hours for each partner, associate, and/or paralegal;

(b) Consultant and expert witness rates, and estimated number of hours each will be needed;

(c) Deposition, transcript and other expenses;

(d) Fees and expenses for handling the case through each of the following applicable stages:

(1) Pleadings

(2) Discovery

(3) Pretrial conference(s)

(4) Mediation or Arbitration

(5) Trial, and

(6) Any other identified stages.

2. <u>Proposed Settlement Recommendations</u>

a) If requested by LADWP, Outside Counsel shall submit to LADWP written settlement recommendations that clearly state the reasons supporting a proposed settlement.

3. <u>Appellate Action</u>

a) If requested by LADWP, Outside Counsel shall submit to LADWP recommendations as to whether to appeal or petition for other review, or defend in the appellate courts. Outside Counsel shall state clearly the reason(s) supporting the recommended action.

b) Outside Counsel shall list LADWP as co-counsel with Outside Counsel on all briefs and papers submitted to the appellate courts or other reviewing body.

## IV.   LADWP'S DUTIES AND RESPONSIBILITIES

A.   Key LADWP Personnel

1.    The Board hereby appoints the LADWP General Manager (GM) and Chief Engineer, or his or her designee, to represent LADWP on all matters related to this Agreement; however, any written amendment to this Agreement requiring additional funds shall be conditioned upon the approval of the Board. LADWP's authorized representative shall be Faye Strong.

2.    The LADWP authorized representative shall have full authority to act for LADWP on all daily operational matters under this Agreement and shall review and approve Outside Counsel's reports, whether written or verbal, and any change in Outside Counsel's designated Lead Counsel.

3.    Approval of proposed settlement recommendations is subject to LADWP's settlement approval procedures.

## V.   COMPENSATION

A.   Appropriation of Funds.

The Los Angeles Department of Water and Power has appropriated Seven Hundred Fifty Thousand dollars ($750,000) for this Agreement.  Outside Counsel's work pursuant to this Agreement shall not exceed that amount without the prior approval by the Board. LADWP is not obligated to pay Outside Counsel for any work done and/or costs incurred in excess of the appropriated amount unless additional appropriations are made and a written amendment to this Agreement is executed by the parties.

B.   Outside Counsel's Obligation for Continued Performance.

In the event that Outside Counsel's fees, costs and expenses, in the aggregate, exceed the amount appropriated by LADWP as provided herein, Outside Counsel shall not be obligated to provide services or incur any further costs or expenses on the work required hereunder, and LADWP shall not be liable for fees or costs in excess of the amount appropriated, unless the appropriated amount is increased as provided herein. Outside Counsel shall be responsible for notifying LADWP that the aforesaid appropriated amount will be expended before completion of the work required hereunder and that Outside Counsel will need additional funds if LADWP desires further work.  Outside Counsel shall give written notice to LADWP when Outside Counsel's expenditures under this Agreement are equal to sixty percent (60%) and eighty percent (80%) of the total dollar value appropriated for this Agreement so that LADWP has sufficient time to consider whether it desires to seek an additional appropriation and written amendment to the Agreement.

C.    <u>Fees</u>

        1.    LADWP shall pay Outside Counsel for the services performed by Outside Counsel which are reasonably necessary. The fees for such services shall be based upon the time expended to render the required services, with fractions thereof being stated to the tenth of an hour, and shall be computed at a rate not to exceed the rates specified in Exhibit B.

D.    <u>LADWP's Reservation of Rights to Obtain Reimbursement</u>

        LADWP shall pay Outside Counsel based on Outside Counsel's submission of monthly invoices consistent with the provisions of this Agreement. Even though LADWP makes payment pursuant to invoices, LADWP shall have the right to demand reimbursement any time LADWP determines that previously paid costs and expenses where not properly billed by Outside Counsel. Outside Counsel shall promptly reimburse LADWP for such costs and expenses previously paid by LADWP.

E.    <u>Expenses</u>

        Absent the express prior written approval of LADWP, LADWP will not pay for any extraordinary expenses incurred in any legal matter. The LADWP's authorized representative must approve in writing any item of expense that exceeds $1,000. Such expenses include, but are not limited to, expert witnesses, consultant services, investigative services, computer litigation support services, videotaping of depositions, temporary office help, travel expenses, meals as well as other expenses. The LADWP will not pay for business class or first class airfare or luxury hotels. LADWP shall reimburse Outside Counsel for the actual out-of-pocket expenses, enumerated below, but without any additional costs for having advanced the funds. Outside Counsel shall note that LADWP is exempt from all filing fee charges.

        1.    Reimbursable ordinary expenses shall include, but are not limited to:

        a)    Deposition fees – LADWP expects Outside Counsel to keep the costs of deposition transcripts to a minimum. When depositions are taken and Outside Counsel receives the original, LADWP shall not pay the court reporter's fee for providing Outside Counsel with an extra photocopy of the deposition transcript. LADWP expects Outside Counsel to make a photocopy of the original at Outside Counsel's office. Likewise, when attending depositions of third parties or third-party witnesses, LADWP requests that, if Outside Counsel believes an additional copy of the deposition transcript is necessary, Outside Counsel agree with opposing counsel or co-counsel to share the costs. Prior written approval from LADWP must be obtained before ordering any expedited original or expedited copy of a deposition transcript.

b) Deposition summaries, if necessary, should be brief and should be completed by the deposing attorney. LADWP shall not pay for a paralegal or other lawyer to summarize the deposition transcript unless trial is imminent. LADWP shall not pay for summaries that are, in effect, a complete regurgitation of the underlying deposition.

c) Transcript fees;

d) Messenger service - where appropriate, documents should be transmitted via email or facsimile/telecopier;

e) Facsimile/Telecopier (FAX) transmission – Outside Counsel shall not bill the LADWP for any expense related to facsimile charges beyond Outside Counsel's actual net costs for long distance telephone charges actually and reasonably incurred by Outside Counsel for the sending of facsimiles. Outside Counsel shall indicate in its billing statements the number of pages transmitted via facsimile together with the related cost of each charge. Outside Counsel shall attach the appropriate receipts, invoices or proof of any expenditure for your charges for facsimiles.

f) Process service;

g) In-house document reproduction. Outside Counsel may charge up to $0.10 cents per page for photocopies. The billing statement shall contain the total number of copies made.

2. Reimbursable extraordinary expenses shall include charges of which Outside Counsel has obtained LADWP's prior written approval. Such expenses shall include, but are not limited to:

a) Consultants;

b) Expert witnesses;

c) Investigative services;

d) Computer Assisted Legal Research ("CALR") - LADWP decision to retain a particular firm is based in part on the firm's expertise and knowledge. The LADWP therefore assumes familiarity with the basic substantive law at issue in the matter for which the firm was retained; any except to this general expectation should be discussed fully at the time of retention. In conducting legal research the law firm is expected to utilize all appropriate sources reasonably available, including previously prepared briefs and memoranda. Should Outside Counsel determine that it is necessary to incur CALR charges in order to satisfy the terms of this Agreement, Outside Counsel shall obtain LADWP's prior written approval to charge for such expenses. No charges for CALR shall be paid by the LADWP without its prior written approval of such a charge.

e) Outside Counsel shall describe in detail in its billings any travel

expenses incurred by Outside Counsel. LADWP retains the right to audit these expenses. Only coach fare will be reimbursed for travel. All travel expenses outside the Counties of Los Angeles, San Bernardino, Orange, Riverside, Imperial, Kern, Ventura and Santa Barbara shall be subject to LADWP's prior written approval.

      f)     Lodging - If a receipt is submitted, a single occupancy hotel accommodation will be reimbursed up to a maximum of $165.50 plus taxes. For trial attendance by out-of-town experts or consultants, this rate may be increased, depending on the availability of lodging and prior LADWP written approval.

      3.     Non-reimbursable expenses shall include, but are not limited to:

      a)     Staff time or overtime for performing secretarial, clerical, or word processing functions;

      b)     Charges for time spent complying with LADWP audits or billing inquiries;

      c)     Charges for work performed which LADWP had not authorized. Such work shall be a gratuitous effort by Outside Counsel; and

      d)     Expenses that are considered to be part of general law firm overhead, including but not limited to, administrative time, secretarial time, calendaring, setting up files, indexing, word processing, air conditioning, equipment rental, office supplies, meals, snacks, beverages, seminars, books or association dues, etc.

      e)     Travel time to attend client meetings or appear at other venues where LADWP would not similarly incur such travel time.

F.     <u>Most Favored Nations</u>

      Outside Counsel represents that, as of the date hereof, the rates set forth in Exhibit B, above, and the other economic terms and conditions provided in this Agreement, taken individually, are at least as favorable to LADWP as those provided to any other client of Outside Counsel (other than pro bono clients).

      If during the term of this Agreement (including any extension or renewal) Outside Counsel has in effect or places into effect with any client (other than a pro bono client) a lower rate or other more favorable economic term or condition than provided under this Agreement (a "More Favorable Provision"), Outside Counsel will promptly offer such More Favorable Provision, unconditionally, to LADWP by providing written notice thereof to LADWP (an "MFN Notice") and, at LADWP's election, this Agreement will be deemed to have been modified to provide LADWP with such More Favorable Provision from the date such provision is effective for Outside Counsel's other client. Notwithstanding anything herein to the contrary, Outside Counsel's failure to provide LADWP with an MFN Notice will not limit or otherwise impact LADWP's right to enjoy the benefits of the applicable More Favorable Provision(s).

## VI.  BILLINGS AND PAYMENTS

A.  Billings

1.  Outside Counsel shall submit its billing statement monthly in arrears, no later than the tenth of the month following the month service was rendered.

2.  Outside Counsel and LADWP recognize that legal services performed under this Agreement are being paid for by the ratepayers of the LADWP, therefore, a heightened duty of care exists in both Outside Counsel and LADWP to ensure that Outside Counsel scrupulously adheres to principles of moderation, frugality and cost consciousness in carrying out the goals of this Agreement. Outside Counsel pledges to observe a duty of reasonableness and cost-effective representation in all aspects of this Agreement. Accordingly, each billing statement shall contain a certification by Outside Counsel's Supervising Attorney that the services performed and the expenses incurred were both reasonable and necessary.

3.  The LADWP will not pay for more than one attorney doing any particular task unless LADWP has given its prior written approval. The LADWP will not pay for two or more attorneys attending the same deposition or court appearance. The LADWP will pay for the time recorded by more than one attorney for in-office conferences, but only if the conference is an occasional and necessary strategy meeting relating to some significant legal event or proceeding.

The LADWP shall not pay for duplicative time charges by two or more attorneys, e.g., for legal research, reviewing documents, drafting documents, except as approved in writing by LADWP. The LADWP shall not pay for "training" or "apprenticeship" time. The LADWP shall not pay for the involvement of attorneys who work on the case irregularly or sporadically, unless a particular attorney has a special expertise that substantially advances the prosecution/defense of the case.

4.  Use of paralegals is encouraged providing they meet the requirements set forth herein. Assignment of work to paralegals should not result in duplicative activity between attorneys and paralegals, or the reworking or rewriting of paralegals' work product by attorneys. The LADWP will not pay for paralegal time spent performing clerical/secretarial work (e.g., filing, indexing, sorting, organizing, photocopying and bates stamping documents) unless the LADWP has given its prior written approval. LADWP expects paralegals to perform true paralegal work, e.g., research, document productions, preparing discovery or responses, interviewing witnesses, etc.

5.  Hourly fee billings under this Agreement shall not be made in more than one-tenth of an hour (six minute) increments, and shall represent the devotion of a full six minutes before such an increment is billed. Under no circumstances shall Outside Counsel use "block billing" procedures, wherein a list of series of activities is done each day with only an aggregate amount of time specified. Instead, Outside Counsel shall provide a detailed specific entry for each separate task and sub-task reflecting the time for such task or subtask. All tasks set forth in Outside Counsel's billing documentation shall be highly specific and highly detailed. Overly generalized listings of task descriptions such as "review contract" or "prepare for negotiations" will not be acceptable. Outside

Counsel shall provide a detailed description of each action as described below.

6.      Each billing statement shall be identified by a unique number and itemized to include:

a)      Case name, and case number;

b)      Staffing level(s), hourly rates and specific activities for each attorney and/or paralegal;

1)      Each activity shall be billed in a reporting format acceptable to LADWP.

2)      A detailed description of specific activities for each attorney and/or paralegal shall include, but is not limited to:

(a)      In-person conferences.

(b)      Telephone call(s).

(c)      Correspondence.

(d)      Depositions.

(e)      Case reports.

(f)      Pleading, brief or opinion drafting.

(g)      Hearings.

(h)      Research, including computerized legal research databases.

(i)      Case reviews.

(j)      Trials.

(k)      Travel.

c)      Total current monthly fees billed for each staffing level;

d)      Total cumulative fees billed for each staffing level;

e)      Total current monthly expenses billed in the following categories:

1)      Consultant and expert witness expenses;

2)      Deposition and transcript expenses;

3)      Other miscellaneous expenses.

f)  Total cumulative expenses to date billed in (e) above.

B.  Payments

    1.  LADWP shall make payment(s) for services rendered under this Agreement based on the monthly, itemized billing statement(s) Outside Counsel submits to LADWP.

    2.  LADWP's legal and accounting staff shall review all billing statements in accordance with LADWP's review procedures.

    3.  LADWP shall make its best effort to process payments promptly after receiving Outside Counsel's monthly billing statement.  LADWP shall not pay interest or finance charges on any outstanding balance(s).

C.  Audit

For at least three years after completion of services under this Agreement or termination of this Agreement, Outside Counsel and any third party retained by Outside Counsel to assist in the performance of this Agreement, shall maintain backup documentation to support all entries included in the monthly billing statement.  Such backup documentation shall be maintained in an auditable format and in accordance with generally accepted accounting principles. LADWP, at its sole discretion, may, at any time up to three years beyond the completion of services or termination of this Agreement, audit Outside Counsel and any third party retained by Outside Counsel to assist in the performance of this Agreement.  Outside Counsel and any such third parties shall promptly and fully cooperate with the audit, including affording LADWP and/or its auditors access to records and files maintained by Outside Counsel and the third party.


**VII.  NOTICES**

All invoices, notices and required reports shall be written and hand-delivered or mailed by first class, postage prepaid, addressed to LADWP or Outside Counsel at the addresses below, or at any other address LADWP or Outside Counsel shall provide in writing to each other:

A.  If invoice to LADWP:

    Attn: Faye Strong
    Contract Administrator
    Department of Water and Power
    City of Los Angeles
    PO Box 51111, Room 1229
    Los Angeles, CA 90051-5700

An electronic copy of the invoice must be concurrently submitted and emailed to faye.strong@ladwp.com, and invoices shall be submitted to:

> Accounts Payable Business Unit
> Los Angeles Department of Water and Power
> PO Box 51211, Room 424
> Los Angeles, CA  90051-5511

If notice or a report to LADWP:

Department of Water and Power
City of Los Angeles
PO Box 51111, Room 1229
Los Angeles, CA 90051-5700
Attention:  Faye Strong

If notice concerning conflict of interest to LADWP:

Department of Water and Power
City of Los Angeles
PO Box 51111, Room 1229
Los Angeles, CA 90051-5700
Attention:  Faye Strong

B.     If notice to Outside Counsel:

Ropers Majeski
445 South Figueroa Street, 30th Floor
Los Angeles, CA 90071
Attn: Gerald G. Knapton


**VIII.   ASSIGNMENT**

A.     No part of this Agreement or any right or obligation arising from it is assignable without LADWP's prior written consent.

B.     Any attempt by Outside Counsel to assign or subcontract services relating to this Agreement without LADWP's prior written consent shall constitute a material breach of this Agreement.


**IX.    STANDARD TERMS AND CONDITIONS**

Standard terms and conditions for LADWP outside legal services contracts are attached as Exhibit A.

## X.    MERGER

This Agreement supersedes all prior communications and all previous written and oral agreements, and shall constitute the complete and exclusive statement of understanding between LADWP and Outside Counsel relating to the subject matter of this Agreement.


## XI.    ORDER OF PRECEDENCE

The terms and conditions contained in the body of this Agreement and in Exhibit B shall supersede, control and prevail over any conflicting term or condition contained in any other document, including Exhibit A.


## XII.    COMPLIANCE WITH LOS ANGELES CITY CHARTER SECTION 470(c)(12)

Outside Counsel, Subcontractors, and their Principals are obligated to fully comply with City of Los Angeles Charter Section 470(c)(12) and related ordinances, regarding limitations on campaign contributions and fundraising for certain elected City officials or candidates for elected City office if the contract is valued at $100,000 or more and requires approval of a City elected official.  Additionally, Outside Counsel is required to provide and update certain information to the City as specified by law.  Any Contractor subject to Charter Section 470(c)(12), shall include the following notice in any contract with a subcontractor expected to receive at least $100,000 for performance under this contract:

"Notice Regarding Los Angeles Campaign Contribution and Fundraising Restrictions

As provided in Charter Section 470(c)(12) and related ordinances, you are subcontractor on a City of Los Angeles contract.  Pursuant to City Charter Section 470(c)(12), subcontractor and its principals are prohibited from making campaign contributions and fundraising for certain elected City officials or candidates for elected City office for 12 months after the City contract is signed.  Subcontractor is required to provide to contractor names and addresses of the subcontractor's principals and contact information and shall update that information if it changes during the 12 month time period.  Subcontractor's information included must be provided to contractor within 10 business days.   Failure to comply may result in termination of contract or any other available legal remedies including fines.  Information about the restrictions may be found at the City Ethics Commission's website at http://ethics.lacity.org/ or by calling 213/978-1960."

# SIGNATURE PAGE

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

DEPARTMENT OF WATER AND POWER
OF THE CITY OF LOS ANGELES BY
BOARD OF WATER AND POWER COMMISSIONERS

ROPERS MAJESKI PC
*(Must be signed by two authorized*
*representatives of the firm)*

By: _____
            MARTIN L. ADAMS
    General Manager and Chief Engineer

By: _____
          GERALD KNAPTON
              Partner

Date: _____

Date: _____5-17-2022_____

And: _____
          CHANTE MITCHELL
            Secretary

By: _____
       GEOFFREY HEINEMAN
           Chairman

APPROVED AS TO FORM AND LEGALITY
MICHAEL N. FEUER, CITY ATTORNEY

MAY 17 2022

BY_____
          DIRK BROERSMA
        DEPUTY CITY ATTORNEY

Date: _____5-17-2022_____

**Vendor Code:** 0000049989-0001-3

**City Business Tax Registration Certificate Number:** 069925003

**EXHIBIT A**

Standard Terms and Conditions

(Rev. 10/21) [v.4]

## STANDARD PROVISIONS FOR CITY CONTRACTS

## TABLE OF CONTENTS

PSC-1    Construction of Provisions and Titles Herein .................................................. 1

PSC-2    Applicable Law, Interpretation and Enforcement ........................................... 1

PSC-3    Time of Effectiveness ................................................................................... 1

PSC-4    Integrated Contract ...................................................................................... 2

PSC-5    Amendment .................................................................................................. 2

PSC-6    Excusable Delays ........................................................................................ 2

PSC-7    Waiver .......................................................................................................... 2

PSC-8    Suspension .................................................................................................. 3

PSC-9    Termination .................................................................................................. 3

PSC-10   Independent Contractor ............................................................................... 5

PSC-11    Contractor's Personnel ............................................................................... 5

PSC-12   Assignment and Delegation .......................................................................... 6

PSC-13   Permits ......................................................................................................... 6

PSC-14   Claims for Labor and Materials .................................................................... 6

PSC-15   Current Los Angeles City Business Tax Registration Certificate Required ..... 6

PSC-16   Retention of Records, Audit and Reports ..................................................... 6

PSC-17   Bonds .......................................................................................................... 7

PSC-18   Indemnification ............................................................................................ 7

PSC-19   Intellectual Property Indemnification ............................................................ 7

PSC-20   Intellectual Property Warranty ...................................................................... 8

PSC-21   Ownership and License ................................................................................ 8

PSC-22   Data Protection ............................................................................................ 9

# TABLE OF CONTENTS (Continued)

**PSC-23**    Insurance ........................................................................................... **9**

**PSC-24**    Best Terms ........................................................................................ **9**

**PSC-25**    Warranty and Responsibility of Contractor ...................................... **10**

**PSC-26**    Mandatory Provisions Pertaining to Non-Discrimination in Employment ....... **10**

**PSC-27**    Child Support Assignment Orders .................................................... **10**

**PSC-28**    Living Wage Ordinance ..................................................................... **11**

**PSC-29**    Service Contractor Worker Retention Ordinance .............................. **11**

**PSC-30**    Access and Accommodations ........................................................... **11**

**PSC-31**    Contractor Responsibility Ordinance ................................................ **12**

**PSC-32**    Business Inclusion Program .............................................................. **12**

**PSC-33**    Slavery Disclosure Ordinance .......................................................... **12**

**PSC-34**    First Source Hiring Ordinance .......................................................... **12**

**PSC-35**    Local Business Preference Ordinance .............................................. **12**

**PSC-36**    Iran Contracting Act .......................................................................... **12**

**PSC-37**    Restrictions on Campaign Contributions in City Elections ............... **12**

**PSC-38**    Contractors' Use of Criminal History for Consideration of Employment Applications ...................................................................... **13**

**PSC-39**    Limitation of City's Obligation to Make Payment to Contractor ........ **13**

**PSC-40**    Compliance with Identity Theft Laws and Payment Card Data Security Standards ............................................................................ **14**

**PSC-41**    Compliance with California Public Resources Code Section 5164 ............... **14**

**PSC-42**    Possessory Interests Tax .................................................................. **14**

**PSC-43**    Confidentiality ................................................................................... **15**

**PSC-44**    COVID-19 .......................................................................................... **15**

**Exhibit 1**  Insurance Contractual Requirements ............................................... **16**

**STANDARD PROVISIONS**
**FOR CITY CONTRACTS (Rev. 10/21) [v.4]**    ii
Case 2:21-ap-00171-PS   Doc 81-1   Filed 06/10/22   Entered 06/10/22 09:41:11   Desc
Exhibit 1   Page 73 of 92

# STANDARD PROVISIONS FOR CITY CONTRACTS

**PSC-1.** Construction of Provisions and Titles Herein

All titles, subtitles, or headings in this Contract have been inserted for convenience, and shall not be deemed to affect the meaning or construction of any of the terms or provisions of this Contract. The language of this Contract shall be construed according to its fair meaning and not strictly for or against **LADWP** or **CONTRACTOR**. The word "**CONTRACTOR**" includes the party or parties identified in this Contract. The singular shall include the plural and if there is more than one **CONTRACTOR**, unless expressly stated otherwise, their obligations and liabilities shall be joint and several. Use of the feminine, masculine, or neuter genders shall be deemed to include the genders not used.

**PSC-2.** Applicable Law, Interpretation and Enforcement

Each party's performance shall comply with all applicable laws of the United States of America, the State of California, and **CITY**, including but not limited to, laws regarding health and safety, labor and employment, wage and hours and licensing. This Contract shall be enforced and interpreted under the laws of the State of California without regard to conflict of law principles. **CONTRACTOR** shall comply with new, amended, or revised laws, regulations, or procedures that apply to the performance of this Contract with no additional compensation paid to **CONTRACTOR**.

In any action arising out of this Contract, **CONTRACTOR** consents to personal jurisdiction, and agrees to bring all such actions, exclusively in state or federal courts located in Los Angeles County, California.

If any part, term or provision of this Contract is held void, illegal, unenforceable, or in conflict with any federal, state or local law or regulation, the validity of the remaining parts, terms or provisions of this Contract shall not be affected.

**PSC-3.** Time of Effectiveness

Unless otherwise provided, this Contract shall take effect when all of the following events have occurred:

A.     This Contract has been signed on behalf of **CONTRACTOR** by the person or persons authorized to bind **CONTRACTOR**;

B.     This Contract has been approved by the City Council or by the board, officer or employee authorized to give such approval;

C.     The Office of the City Attorney has indicated in writing its approval of this Contract as to form; and

D.     This Contract has been signed on behalf of **LADWP** by the person designated by the City Council, or by the board, officer or employee authorized to enter into this Contract.

**PSC-4.** <u>Integrated Contract</u>

This Contract sets forth all of the rights and duties of the parties with respect to the subject matter of this Contract, and replaces any and all previous Contracts or understandings, whether written or oral, relating thereto. This Contract may be amended only as provided for in the provisions of PSC-5 hereof.

**PSC-5.** <u>Amendment</u>

All amendments to this Contract shall be in writing and signed and approved pursuant to the provisions of PSC-3.

**PSC-6.** <u>Excusable Delays</u>

Neither party shall be liable for its delay or failure to perform any obligation under and in accordance with this Contract, if the delay or failure arises out of fires, floods, earthquakes, epidemics, quarantine restrictions, other natural occurrences, strikes, lockouts (other than a lockout by the party or any of the party's Subcontractors), freight embargoes, terrorist acts, insurrections or other civil disturbances, or other similar events to those described above, but in each case the delay or failure to perform must be beyond the control and without any fault or negligence of the party delayed or failing to perform (these events are referred to in this provision as "Force Majeure Events").

Notwithstanding the foregoing, a delay or failure to perform by a Subcontractor of **CONTRACTOR** shall not constitute a Force Majeure Event, unless the delay or failure arises out of causes beyond the control of both **CONTRACTOR** and Subcontractor, and without any fault or negligence of either of them. In such case, **CONTRACTOR** shall not be liable for the delay or failure to perform, unless the goods or services to be furnished by the Subcontractor were obtainable from other sources in sufficient time to permit **CONTRACTOR** to perform timely. As used in this Contract, the term "Subcontractor" means a subcontractor at any tier.

In the event **CONTRACTOR'S** delay or failure to perform arises out of a Force Majeure Event, **CONTRACTOR** agrees to use commercially reasonable best efforts to obtain the goods or services from other sources, and to otherwise mitigate the damages and reduce the delay caused by the Force Majeure Event.

**PSC-7.** <u>Waiver</u>

A waiver of a default of any part, term or provision of this Contract shall not be construed as a waiver of any succeeding default or as a waiver of the part, term or provision itself. A party's performance after the other party's default shall not be construed as a waiver of that default.

**PSC-8.** Suspension

At **LADWP'S** sole discretion, **LADWP** may suspend any or all services provided under this Contract by providing **CONTRACTOR** with written notice of suspension. Upon receipt of the notice of suspension, **CONTRACTOR** shall immediately cease the services suspended and shall not incur any additional obligations, costs or expenses to **LADWP** until **LADWP** gives written notice to recommence the services.

**PSC-9.** Termination

      A.     Termination for Convenience

**LADWP** may terminate this Contract for **LADWP'S** convenience at any time by providing **CONTRACTOR** thirty days written notice. Upon receipt of the notice of termination, **CONTRACTOR** shall immediately take action not to incur any additional obligations, costs or expenses, except as may be necessary to terminate its activities. **LADWP** shall pay **CONTRACTOR** its reasonable and allowable costs through the effective date of termination and those reasonable and necessary costs incurred by **CONTRACTOR** to effect the termination. Thereafter, **CONTRACTOR** shall have no further claims against **LADWP** under this Contract. All finished and unfinished documents and materials procured for or produced under this Contract, including all intellectual property rights **LADWP** is entitled to, shall become **LADWP** property upon the date of the termination. **CONTRACTOR** agrees to execute any documents necessary for **LADWP** to perfect, memorialize, or record **LADWP'S** ownership of rights provided herein.

      B.     Termination for Breach of Contract

           1.     Except as provided in PSC-6, if **CONTRACTOR** fails to perform any of the provisions of this Contract or so fails to make progress as to endanger timely performance of this Contract, **LADWP** may give **CONTRACTOR** written notice of the default. **LADWP'S** default notice will indicate whether the default may be cured and the time period to cure the default to the sole satisfaction of **LADWP**. Additionally, **LADWP'S** default notice may offer **CONTRACTOR** an opportunity to provide **LADWP** with a plan to cure the default, which shall be submitted to **LADWP** within the time period allowed by **LADWP**. At **LADWP'S** sole discretion, **LADWP** may accept or reject **CONTRACTOR'S** plan. If the default cannot be cured or if **CONTRACTOR** fails to cure within the period allowed by **LADWP**, then **LADWP** may terminate this Contract due to **CONTRACTOR'S** breach of this Contract.

           2.     If the default under this Contract is due to **CONTRACTOR'S** failure to maintain the insurance required under this Contract, **CONTRACTOR** shall immediately: (1) suspend performance of any services under this Contract for which insurance was required; and (2) notify its employees and Subcontractors of the loss of insurance coverage and Contractor's obligation to suspend performance of

services. **CONTRACTOR** shall not recommence performance until **CONTRACTOR** is fully insured and in compliance with **LADWP'S** requirements.

3.    If a federal or state proceeding for relief of debtors is undertaken by or against **CONTRACTOR**, or if **CONTRACTOR** makes an assignment for the benefit of creditors, then **LADWP** may immediately terminate this Contract.

4.    If **CONTRACTOR** engages in any dishonest conduct related to the performance or administration of this Contract or violates **LADWP'S** laws, regulations or policies relating to lobbying, then **LADWP** may immediately terminate this Contract.

5.    Acts of Moral Turpitude

   a.    **CONTRACTOR** shall immediately notify **LADWP** if **CONTRACTOR** or any Key Person, as defined below, is charged with, indicted for, convicted of, pleads nolo contendere to, or forfeits bail or fails to appear in court for a hearing related to, any act which constitutes an offense involving moral turpitude under federal, state, or local laws ("Act of Moral Turpitude").

   b.    If **CONTRACTOR** or a Key Person is convicted of, pleads nolo contendere to, or forfeits bail or fails to appear in court for a hearing related to, an Act of Moral Turpitude, **LADWP** may immediately terminate this Contract.

   c.    If **CONTRACTOR** or a Key Person is charged with or indicted for an Act of Moral Turpitude, **LADWP** may terminate this Contract after providing **CONTRACTOR** an opportunity to present evidence of **CONTRACTOR'S** ability to perform under the terms of this Contract.

   d.    Acts of Moral Turpitude include, but are not limited to: violent felonies as defined by Penal Code Section 667.5, crimes involving weapons, crimes resulting in serious bodily injury or death, serious felonies as defined by Penal Code Section 1192.7, and those crimes referenced in the Penal Code and articulated in California Public Resources Code Section 5164(a)(2); in addition to and including acts of murder, rape, sexual assault, robbery, kidnapping, human trafficking, pimping, voluntary manslaughter, aggravated assault, assault on a peace officer, mayhem, fraud, domestic abuse, elderly abuse, and child abuse, regardless of whether such acts are punishable by felony or misdemeanor conviction.

e. For the purposes of this provision, a Key Person is a principal, officer, or employee assigned to this Contract, or owner (directly or indirectly, through one or more intermediaries) of ten percent or more of the voting power or equity interests of **CONTRACTOR**.

6. In the event **LADWP** terminates this Contract as provided in this section, **LADWP** may procure, upon such terms and in the manner as **LADWP** may deem appropriate, services similar in scope and level of effort to those so terminated, and **CONTRACTOR** shall be liable to **LADWP** for all of its costs and damages, including, but not limited to, any excess costs for such services.

7. If, after notice of termination of this Contract under the provisions of this section, it is determined for any reason that **CONTRACTOR** was not in default under the provisions of this section, or that the default was excusable under the terms of this Contract, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to PSC-9(A) Termination for Convenience.

8. The rights and remedies of **LADWP** provided in this section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract.

C. In the event that this Contract is terminated, **CONTRACTOR** shall immediately notify all employees and Subcontractors, and shall notify in writing all other parties contracted with under the terms of this Contract within five working days of the termination.

## PSC-10. Independent Contractor

**CONTRACTOR** is an independent contractor and not an agent or employee of **LADWP or the CITY**. **CONTRACTOR** shall not represent or otherwise hold out itself or any of its directors, officers, partners, employees, or agents to be an agent or employee of **LADWP or the CITY**.

## PSC-11. Contractor's Personnel

Unless otherwise approved by **LADWP**, **CONTRACTOR** shall use its own employees to perform the services described in this Contract. **LADWP** has the right to review and approve any personnel who are assigned to work under this Contract. **CONTRACTOR** shall remove personnel from performing work under this Contract if requested to do so by **LADWP**.

**CONTRACTOR** shall not use Subcontractors to assist in performance of this Contract without the prior written approval of **LADWP**. If **LADWP** permits the use of Subcontractors, **CONTRACTOR** shall remain responsible for performing all aspects of this Contract and paying all Subcontractors. **LADWP** has the right to approve

**CONTRACTOR'S** Subcontractors, and **LADWP** reserves the right to request replacement of any Subcontractor. **LADWP** does not have any obligation to pay **CONTRACTOR'S** Subcontractors, and nothing herein creates any privity of contract between **LADWP** and any Subcontractor.

**PSC-12.** Assignment and Delegation

**CONTRACTOR** may not, unless it has first obtained the written permission of **LADWP**:

    A.    Assign or otherwise alienate any of its rights under this Contract, including the right to payment; or

    B.    Delegate, subcontract, or otherwise transfer any of its duties under this Contract.

**PSC-13.** Permits

**CONTRACTOR** and its directors, officers, partners, agents, employees, and Subcontractors, shall obtain and maintain all licenses, permits, certifications and other documents necessary for **CONTRACTOR'S** performance of this Contract. **CONTRACTOR** shall immediately notify **LADWP** of any suspension, termination, lapses, non-renewals, or restrictions of licenses, permits, certificates, or other documents that relate to **CONTRACTOR'S** performance of this Contract.

**PSC-14.** Claims for Labor and Materials

**CONTRACTOR** shall promptly pay when due all amounts owed for labor and materials furnished in the performance of this Contract so as to prevent any lien or other claim under any provision of law from arising against any **LADWP or CITY** property (including reports, documents, and other tangible or intangible matter produced by **CONTRACTOR** hereunder), and shall pay all amounts due under the Unemployment Insurance Act or any other applicable law with respect to labor used to perform under this Contract.

**PSC-15.** Current Los Angeles City Business Tax Registration Certificate Required

For the duration of this Contract, **CONTRACTOR** shall maintain valid Business Tax Registration Certificate(s) as required by the **CITY** Business Tax Ordinance, Section 21.00 *et seq.* of the Los Angeles Municipal Code ("LAMC"), and shall not allow the Certificate to lapse or be revoked or suspended.

**PSC-16.** Retention of Records, Audit and Reports

**CONTRACTOR** shall maintain all records, including records of financial transactions, pertaining to the performance of this Contract, in their original form or as otherwise approved by **LADWP**. These records shall be retained for a period of no less than three years from the later of the following: (1) final payment made by **LADWP**, (2) the expiration of this Contract or (3) termination of this Contract. The records will be subject to examination and audit by authorized **LADWP** personnel or **LADWP'S** representatives at any time. **CONTRACTOR** shall provide any reports requested by **LADWP** regarding

performance of this Contract. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

In lieu of retaining the records for the term as prescribed in this provision, **CONTRACTOR** may, upon **LADWP'S** written approval, submit the required information to **LADWP** in an electronic format, e.g. USB flash drive, at the expiration or termination of this Contract.

**PSC-17.** Bonds

All bonds required by **LADWP** shall be filed with the LADWP Risk Manager for its review and acceptance in accordance with Los Angeles Administrative Code ("LAAC") Sections 11.47 *et seq.*, as amended from to time.

**PSC-18.** Indemnification

Except for the active negligence or willful misconduct of **LADWP**, or any of its boards, officers, agents, employees, assigns and successors in interest, **CONTRACTOR** shall defend, indemnify and hold harmless **LADWP** and any of its boards, officers, agents, employees, assigns, and successors in interest from and against all lawsuits and causes of action, claims, losses, demands and expenses, including, but not limited to, attorney's fees (both in house and outside counsel) and cost of litigation (including all actual litigation costs incurred by **LADWP**, including but not limited to, costs of experts and consultants), damages or liability of any nature whatsoever, for death or injury to any person, including **CONTRACTOR'S** employees and agents, or damage or destruction of any property of either party hereto or of third parties, arising in any manner by reason of an act, error, or omission by **CONTRACTOR,** Subcontractors, or their boards, officers, agents, employees, assigns, and successors in interest. The rights and remedies of **LADWP** provided in this section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract. This provision will survive expiration or termination of this Contract.

**PSC-19.** Intellectual Property Indemnification

**CONTRACTOR**, at its own expense, shall defend, indemnify, and hold harmless the **LADWP**, and any of its boards, officers, agents, employees, assigns, and successors in interest from and against all lawsuits and causes of action, claims, losses, demands and expenses, including, but not limited to, attorney's fees (both in house and outside counsel) and cost of litigation (including all actual litigation costs incurred by **LADWP**, including but not limited to, costs of experts and consultants), damages or liability of any nature arising out of the infringement, actual or alleged, direct or contributory, of any intellectual property rights, including, without limitation, patent, copyright, trademark, trade secret, right of publicity, and proprietary information: (1) on or in any design, medium, matter, article, process, method, application, equipment, device, instrumentation, software, hardware, or firmware used by **CONTRACTOR**, or its Subcontractors, in performing the work under this Contract; or (2) as a result of **LADWP'S** actual or intended use of any Work Product (as defined in PSC-21) furnished by **CONTRACTOR**, or its Subcontractors, under this Contract. The rights and remedies of **LADWP** provided in this section shall not be exclusive

and are in addition to any other rights and remedies provided by law or under this Contract. This provision will survive expiration or termination of this Contract.

**PSC-20.** <u>Intellectual Property Warranty</u>

**CONTRACTOR** represents and warrants that its performance of all obligations under this Contract does not infringe in any way, directly or contributorily, upon any third party's intellectual property rights, including, without limitation, patent, copyright, trademark, trade secret, right of publicity and proprietary information.

**PSC-21.** <u>Ownership and License</u>

Unless otherwise provided for herein, all finished and unfinished works, tangible or not, created under this Contract including, without limitation, documents, materials, data, reports, manuals, specifications, artwork, drawings, sketches, blueprints, studies, memoranda, computation sheets, computer programs and databases, schematics, photographs, video and audiovisual recordings, sound recordings, marks, logos, graphic designs, notes, websites, domain names, inventions, processes, formulas, matters and combinations thereof, and all forms of intellectual property originated and prepared by **CONTRACTOR** or its Subcontractors under this Contract (each a "Work Product"; collectively "Work Products") shall be and remain the exclusive property of **LADWP** for its use in any manner **LADWP** deems appropriate. **CONTRACTOR** hereby assigns to **LADWP** all goodwill, copyright, trademark, patent, trade secret and all other intellectual property rights worldwide in any Work Products originated and prepared under this Contract. **CONTRACTOR** further agrees to execute any documents necessary for **LADWP** to perfect, memorialize, or record **LADWP'S** ownership of rights provided herein.

**CONTRACTOR** agrees that a monetary remedy for breach of this Contract may be inadequate, impracticable, or difficult to prove and that a breach may cause **LADWP** irreparable harm. **LADWP** may therefore enforce this requirement by seeking injunctive relief and specific performance, without any necessity of showing actual damage or irreparable harm. Seeking injunctive relief or specific performance does not preclude **LADWP** from seeking or obtaining any other relief to which **LADWP** may be entitled.

For all Work Products delivered to **LADWP** that are not originated or prepared by **CONTRACTOR** or its Subcontractors under this Contract, **CONTRACTOR** shall secure a grant, at no cost to **LADWP**, for a non-exclusive perpetual license to use such Work Products for any **LADWP** purposes.

**CONTRACTOR** shall not provide or disclose any Work Product to any third party without prior written consent of **LADWP**.

Any subcontract entered into by **CONTRACTOR** relating to this Contract shall include this provision to contractually bind its Subcontractors performing work under this Contract such that **LADWP'S** ownership and license rights of all Work Products are preserved and protected as intended herein.

**PSC-22.**   <u>Data Protection</u>

    A.    **CONTRACTOR** shall protect, using the most secure means and technology that is commercially available, **LADWP**-provided data or consumer-provided data acquired in the course and scope of this Contract, including but not limited to customer lists and customer credit card or consumer data, (collectively, the "LADWP Data"). **CONTRACTOR** shall notify **LADWP** in writing as soon as reasonably feasible, and in any event within twenty-four hours, of **CONTRACTOR'S** discovery or reasonable belief of any unauthorized access of LADWP Data (a "Data Breach"), or of any incident affecting, or potentially affecting LADWP Data related to cyber security (a "Security Incident"), including, but not limited to, denial of service attack, and system outage, instability or degradation due to computer malware or virus. **CONTRACTOR** shall begin remediation immediately. **CONTRACTOR** shall provide daily updates, or more frequently if required by **LADWP**, regarding findings and actions performed by **CONTRACTOR** until the Data Breach or Security Incident has been effectively resolved to **LADWP'S** satisfaction. **CONTRACTOR** shall conduct an investigation of the Data Breach or Security Incident and shall share the report of the investigation with **LADWP**. At **LADWP'S** sole discretion, **LADWP** and its authorized agents shall have the right to lead or participate in the investigation. **CONTRACTOR** shall cooperate fully with **LADWP**, its agents and law enforcement.

    B.    If **LADWP** is subject to liability for any Data Breach or Security Incident, then **CONTRACTOR** shall fully indemnify and hold harmless **LADWP** and defend against any resulting actions.

**PSC-23.**   <u>Insurance</u>



During the term of this Contract and without limiting CONTRACTOR'S obligation to indemnify, hold harmless and defend LADWP, CONTRACTOR shall provide and maintain at its own expense a program of insurance having the coverages and limits not less than the required amounts and types as determined by the LADWP's Risk Manager (in Exhibit 1 hereto). The insurance must: (1) conform to LADWP's requirements; (2) comply with the Insurance Contractual Requirements (Exhibit 1 hereto); and (3) otherwise be in a form acceptable to the LADWP. Exhibit 1 is hereby incorporated by reference and made a part

of this Contract.

**PSC-24.** Best Terms

Throughout the term of this Contract, **CONTRACTOR**, shall offer **LADWP** the best terms, prices, and discounts that are offered to any of **CONTRACTOR'S** customers for similar goods and services provided under this Contract.

**PSC-25.** Warranty and Responsibility of Contractor

**CONTRACTOR** warrants that the work performed hereunder shall be completed in a manner consistent with professional standards practiced among those firms within **CONTRACTOR'S** profession, doing the same or similar work under the same or similar circumstances.

**PSC-26.** Mandatory Provisions Pertaining to Non-Discrimination in Employment

Unless otherwise exempt, this Contract is subject to the applicable non-discrimination, equal benefits, equal employment practices, and affirmative action program provisions in LAAC Section 10.8 et seq., as amended from time to time.

    A.    **CONTRACTOR** shall comply with the applicable non-discrimination and affirmative action provisions of the laws of the United States of America, the State of California, and **CITY**. In performing this Contract, **CONTRACTOR** shall not discriminate in any of its hiring or employment practices against any employee or applicant for employment because of such person's race, color, religion, national origin, ancestry, sex, sexual orientation, gender, gender identity, age, disability, domestic partner status, marital status or medical condition.

    B.    The requirements of Section 10.8.2.1 of the LAAC, the Equal Benefits Ordinance, and the provisions of Section 10.8.2.1(f) are incorporated and made a part of this Contract by reference.

    C.    The provisions of Section 10.8.3 of the LAAC are incorporated and made a part of this Contract by reference and will be known as the "Equal Employment Practices" provisions of this Contract.

    D.    The provisions of Section 10.8.4 of the LAAC are incorporated and made a part of this Contract by reference and will be known as the "Affirmative Action Program" provisions of this Contract.

Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-27.**    Child Support Assignment Orders

**CONTRACTOR** shall comply with the Child Support Assignment Orders Ordinance, Section 10.10 of the LAAC, as amended from time to time. Pursuant to Section 10.10(b) of the LAAC, **CONTRACTOR** shall fully comply with all applicable State and Federal

employment reporting requirements. Failure of **CONTRACTOR** to comply with all applicable reporting requirements or to implement lawfully served Wage and Earnings Assignment or Notices of Assignment, or the failure of any principal owner(s) of **CONTRACTOR** to comply with any Wage and Earnings Assignment or Notices of Assignment applicable to them personally, shall constitute a default by the **CONTRACTOR** under this Contract. Failure of **CONTRACTOR** or principal owner to cure the default within 90 days of the notice of default will subject this Contract to termination for breach. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-28.** Living Wage Ordinance

**CONTRACTOR** shall comply with the Living Wage Ordinance, LAAC Section 10.37 *et seq.*, as amended from time to time. **CONTRACTOR** further agrees that it shall comply with federal law proscribing retaliation for union organizing. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-29.** Service Contractor Worker Retention Ordinance

**CONTRACTOR** shall comply with the Service Contractor Worker Retention Ordinance, LAAC Section 10.36 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-30.** Access and Accommodations

**CONTRACTOR** represents and certifies that:

A.   **CONTRACTOR** shall comply with the Americans with Disabilities Act, as amended, 42 U.S.C. Section 12101 et seq., the Rehabilitation Act of 1973, as amended, 29 U.S.C. Section 701 et seq., the Fair Housing Act, and its implementing regulations and any subsequent amendments, and California Government Code Section 11135;

B.   **CONTRACTOR** shall not discriminate on the basis of disability or on the basis of a person's relationship to, or association with, a person who has a disability;

C.   **CONTRACTOR** shall provide reasonable accommodation upon request to ensure equal access to **CITY**-funded programs, services and activities;

D.   Construction will be performed in accordance with the Uniform Federal Accessibility Standards (UFAS), 24 C.F.R. Part 40; and

E.   The buildings and facilities used to provide services under this Contract are in compliance with the federal and state standards for accessibility as set forth in the 2010 ADA Standards, California Title 24, Chapter 11, or other applicable federal and state law.

**CONTRACTOR** understands that **LADWP** is relying upon these certifications and representations as a condition to funding this Contract. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-31.** Contractor Responsibility Ordinance

**CONTRACTOR** shall comply with the Contractor Responsibility Ordinance, LAAC Section 10.40 *et seq.*, as amended from time to time.

**PSC-32.** Business Inclusion Program

Unless otherwise exempted prior to bid submission, **CONTRACTOR** shall comply with all aspects of the Business Inclusion Program as described in the Request for Proposal/Qualification process, throughout the duration of this Contract. **CONTRACTOR** shall utilize the Regional Alliance Marketplace for Procurement ("RAMP") at https://www.rampla.org/, to perform and document outreach to Minority, Women, and Other Business Enterprises. **CONTRACTOR** shall perform subcontractor outreach activities through RAMP. **CONTRACTOR** shall not change any of its designated Subcontractors or pledged specific items of work to be performed by these Subcontractors, nor shall **CONTRACTOR** reduce their level of effort, without prior written approval of **LADWP**.

**PSC-33.** Slavery Disclosure Ordinance

**CONTRACTOR** shall comply with the Slavery Disclosure Ordinance, LAAC Section 10.41 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-34.** First Source Hiring Ordinance

**CONTRACTOR** shall comply with the First Source Hiring Ordinance, LAAC Section 10.44 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-35.** Local Business Preference Ordinance

**CONTRACTOR** shall comply with the Local Business Preference Ordinance, LAAC Section 10.47 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-36.** Iran Contracting Act

In accordance with California Public Contract Code Sections 2200-2208, all contractors entering into, or renewing contracts with **LADWP** for goods and services estimated at $1,000,000 or more are required to complete, sign, and submit the "Iran Contracting Act of 2010 Compliance Affidavit."

**PSC-37.** <u>Restrictions on Campaign Contributions and Fundraising in City Elections</u>

Unless otherwise exempt, if this Contract is valued at $100,000 or more and requires approval by an elected **CITY** office, **CONTRACTOR**, **CONTRACTOR'S** principals, and **CONTRACTOR'S** Subcontractors expected to receive at least $100,000 for performance under the Contract, and the principals of those Subcontractors (the "Restricted Persons") shall comply with Charter Section 470(c)(12) and LAMC Section 49.7.35. Failure to comply entitles **CITY** to terminate this Contract and to pursue all available legal remedies. Charter Section 470(c)(12) and LAMC Section 49.7.35 limit the ability of the Restricted Persons to make campaign contributions to and engage in fundraising for certain elected **CITY** officials or candidates for elected **CITY** office for twelve months after this Contract is signed. Additionally, a **CONTRACTOR** subject to Charter Section 470(c)(12) is required to comply with disclosure requirements by submitting a completed and signed Ethics Commission Form 55 and to amend the information in that form as specified by law. Any **CONTRACTOR** subject to Charter Section 470(c)(12) shall include the following notice in any contract with any Subcontractor expected to receive at least $100,000 for performance under this Contract:

> "Notice Regarding Restrictions on Campaign Contributions and Fundraising in City Elections
>
> You are a subcontractor on L A D W P #_____. Pursuant to the City of Los Angeles Charter Section 470(c)(12) and related ordinances, you and your principals are prohibited from making campaign contributions to and fundraising for certain elected City of Los Angeles ("**CITY**") officials and candidates for elected **CITY** office for twelve months after the **CITY** contract is signed. You are required to provide the names and contact information of your principals to the **CONTRACTOR** and to amend that information within ten business days if it changes during the twelve month time period. Failure to comply may result in termination of this Contract and any other available legal remedies. Information about the restrictions may be found online at ethics.lacity.org or by calling the Los Angeles City Ethics Commission at (213) 978-1960."

**PSC-38.** <u>Contractors' Use of Criminal History for Consideration of Employment Applications</u>

**CONTRACTOR** shall comply with the City Contractors' Use of Criminal History for Consideration of Employment Applications Ordinance, LAAC Section 10.48 *et seq.*, as amended from time to time. Any subcontract entered into by **CONTRACTOR** for work to be performed under this Contract must include an identical provision.

**PSC-39.** <u>Limitation of City's Obligation to Make Payment to Contractor</u>

Notwithstanding any other provision of this Contract, including any exhibits or attachments incorporated therein, and in order for **LADWP** to comply with its governing legal requirements, **LADWP** shall have no obligation to make any payments to **CONTRACTOR** unless **LADWP** shall have first made an appropriation of funds equal to or in excess of its

obligation to make any payments as provided in this Contract. **CONTRACTOR** agrees that any services provided by **CONTRACTOR**, purchases made by **CONTRACTOR** or expenses incurred by **CONTRACTOR** in excess of the appropriation(s) shall be free and without charge to **LADWP** and **LADWP** shall have no obligation to pay for the services, purchases or expenses. **CONTRACTOR** shall have no obligation to provide any services, provide any equipment or incur any expenses in excess of the appropriated amount(s) until **LADWP** appropriates additional funds for this Contract.

**PSC-40.** Compliance with Identity Theft Laws and Payment Card Data Security Standards

**CONTRACTOR** shall comply with all identity theft laws including without limitation, laws related to: (1) payment devices; (2) credit and debit card fraud; and (3) the Fair and Accurate Credit Transactions Act ("FACTA"), including its requirement relating to the content of transaction receipts provided to Customers. **CONTRACTOR** also shall comply with all requirements related to maintaining compliance with Payment Card Industry Data Security Standards ("PCI DSS"). During the performance of any service to install, program or update payment devices equipped to conduct credit or debit card transactions, including PCI DSS services, **CONTRACTOR** shall verify proper truncation of receipts in compliance with FACTA.

**PSC-41.** Compliance with California Public Resources Code Section 5164

California Public Resources Code Section 5164 prohibits a public agency from hiring a person for employment or as a volunteer to perform services at any park, playground, or community center used for recreational purposes in a position that has supervisory or disciplinary authority over any minor, if the person has been convicted of certain crimes as referenced in the Penal Code, and articulated in California Public Resources Code Section 5164(a)(2).

If applicable, **CONTRACTOR** shall comply with California Public Resources Code Section 5164, and shall additionally adhere to all rules and regulations that have been adopted or that may be adopted by **CITY**. **CONTRACTOR** is required to have all employees, volunteers and Subcontractors (including all employees and volunteers of any Subcontractor) of **CONTRACTOR** working on premises to pass a fingerprint and background check through the California Department of Justice at **CONTRACTOR'S** sole expense, indicating that such individuals have never been convicted of certain crimes as referenced in the Penal Code and articulated in California Public Resources Code Section 5164(a)(2), if the individual will have supervisory or disciplinary authority over any minor.

**PSC-42.** Possessory Interests Tax

Rights granted to **CONTRACTOR** by **LADWP** may create a possessory interest. **CONTRACTOR** agrees that any possessory interest created may be subject to California Revenue and Taxation Code Section 107.6 and a property tax may be levied on that possessory interest. If applicable, **CONTRACTOR** shall pay the property tax. **CONTRACTOR** acknowledges that the notice required under California Revenue and Taxation Code Section 107.6 has been provided.

**PSC-43.** <u>Confidentiality</u>

All documents, information and materials provided to **CONTRACTOR** by **LADWP** or developed by **CONTRACTOR** pursuant to this Contract (collectively "Confidential Information") are confidential. **CONTRACTOR** shall not provide or disclose any Confidential Information or their contents or any information therein, either orally or in writing, to any person or entity, except as authorized by **LADWP** or as required by law. **CONTRACTOR** shall immediately notify **LADWP** of any attempt by a third party to obtain access to any Confidential Information. This provision will survive expiration or termination of this Contract.

**PSC-44.** <u>COVID-19</u>

Employees of Contractor and/or persons working on its behalf, including, but not limited to, subcontractors (collectively, "Contractor Personnel"), while performing services under this Agreement and prior to interacting in person with LADWP or City employees, contractors, volunteers, or members of the public (collectively, "In-Person Services") must be fully vaccinated against the novel coronavirus 2019 ("COVID-19"). "Fully vaccinated" means that 14 or more days have passed since Contractor Personnel have received the final dose of a two-dose COVID-19 vaccine series (Moderna or Pfizer-BioNTech) or a single dose of a one-dose COVID-19 vaccine (Johnson & Johnson/Janssen) and all booster doses recommended by the Centers for Disease Control and Prevention. Prior to assigning Contractor Personnel to perform In-Person Services, Contractor shall obtain proof that such Contractor Personnel have been fully vaccinated. Contractor shall retain such proof for the document retention period set forth in this Agreement. Contractor shall grant medical or religious exemptions ("Exemptions") to Contractor Personnel as required by law. If Contractor wishes to assign Contractor Personnel with Exemptions to perform In-Person Services, Contractor shall require such Contractor Personnel to undergo weekly COVID-19 testing, with the full cost of testing to be borne by Contractor. If Contractor Personnel test positive, they shall not be assigned to perform In-Person Services or, to the extent they have already been performing In-Person Services, shall be immediately removed from those assignments. Furthermore, Contractor shall immediately notify LADWP if Contractor Personnel performing In-Person Services (1) have tested positive for or have been diagnosed with COVID-19, (2) have been informed by a medical professional that they are likely to have COVID-19, or (3) meet the criteria for isolation under applicable government orders.

<u>**EXHIBIT 1**</u>

**INSURANCE CONTRACTUAL REQUIREMENTS**

**A.    General Statement**

Acceptable evidence of required insurance, from insurers acceptable to LADWP, is required to be submitted by the Contractor and must be maintained current by the Contractor throughout the term of this Agreement. Said evidence of insurance must be on file with the Risk Management Section in order to receive payment under any agreement for services rendered, and in order to commence work under this Agreement.

**B.    Applicable Terms and Conditions**

1.    Additional Insured Status Required

Contractor/Vendor shall procure at its own expense, and keep in effect at all times during the term of this Agreement, the types and amounts of insurance specified on the attached Contract Insurance Requirements page. The insurance shall also by specific endorsement(s) attached to such policies, include, the City of Los Angeles, its Department of Water and Power, its Board of Commissioners (hereinafter referred to as "Board"), and all of its officers, employees and agents, their successors and assigns, as Additional Insureds against the area of risk described herein as respects Contractor's negligent acts, errors, or omissions in its performance of the agreement, hereunder or other related functions performed by or on behalf of Contractor. Such insurance shall not limit or qualify the liabilities and obligations of the Contractor assumed under the contract.

2.    **Separation of Insured's Interest** and Cross Liability Required

Each specified insurance policy, as applicable, shall contain a Separation of Interest and Cross Liability clause and shall apply separately to each insured against whom a claim is made or suit is brought and a Contractual Liability Endorsement which shall also apply to liability assumed by the insured under this Agreement with the Department.

3.    Primary and Non-Contributory Insurance Required

All such insurance shall be Primary and Noncontributing with any other insurance held by LADWP where liability arises out of, or results from, the acts, errors, or omissions of Contractor, its agents, employees, officers, assigns, or any person or entity acting for or on behalf of Contractor. Any insurance carried by LADWP which may be applicable shall be deemed to be excess insurance and the Contractor's insurance is primary for all purposes despite any conflicting provision in the Contractor's policies to the contrary.

4.    Proof of Insurance for Renewal or Extension Required

Contractor shall provide evidence of the required insurance at least ten (10) days after the expiration date of any of the policies required on the attached Contract Requirement page showing that the insurance coverage has been renewed or extended and shall be filed with the Department.

Los Angeles Department of Water and Power – Ropers Majeski PC
Agreement No. 47725B
Outside Counsel
Exhibit 1 – Insurance Contractual Requirements                    **16**

Case 2:21-ap-00171-PS    Doc 81-1    Filed 06/10/22    Entered 06/10/22 09:41:11    Desc
Exhibit 1    Page 89 of 92

5.      Submission of Acceptable Proof of Insurance and Notice of Cancellation

Contractor shall provide proof to the Department's Risk Manager of all specified insurance and related requirements using either an Acord certificate of insurance along with any required specific endorsements, or using the Department's own endorsement form(s) or using other written evidence of insurance acceptable to the Risk Manager, but always in a form acceptable to the Risk Manager. The documents evidencing all specified coverages shall be filed with the Department prior to Contractor beginning operations hereunder. Said proof shall contain at a minimum, the applicable policy number, the inclusive dates of policy coverages, the date the specified endorsement for the Department of Water and Power was attached to a specific policy, and the insurance carrier's name.  It shall provide that such insurance shall not be subject to cancellation, material reduction in a required coverage or non-renewal (other than for non-payment) except after written notice by first class mail or electronic mail to the LADWP Risk Management Section (30) calendar days prior to the effective date thereof.  The notification shall be sent by first class or electronic mail to:

> The Risk Management Section,
> Los Angeles Department of Water and Power,
> Post Office Box 51111, JFB Room 465,
> Los Angeles, California 90051-0100.
> Riskmanagement.Risky@ladwp.com

6.      Claims-Made Insurance Conditions

Should any portion of the required insurance be on a "Claims Made" policy, the Contractor, following completion of work and at the policy expiration date, shall provide evidence that the "Claims Made" policy has been renewed or replaced with a retroactive effective date to the policy in place at the inception of the contract and with the same limits, terms and conditions of the expiring policy.

7.      Failure to Maintain and Provide as Cause for Termination

After prior notices have been provided, any failure by the contractor to maintain and provide acceptable evidence of the required insurance for the required period of coverage shall constitute a breach of contract, upon which the Department may immediately terminate or suspend the agreement.

8.      Sub-Contractor Compliance

The Contractor shall be responsible for all sub-contractors. The vendor shall require all subcontractors performing any work to maintain insurance limits in accordance with Vendor's standard agreements with such subcontractors.

9.      Specific Insurance Requirements

Contractor/consultant shall provide evidence of insurance as required in **Exhibit 1**, **Contract Insurance Requirements-LADWP**.

Los Angeles Department of Water and Power – Ropers Majeski PC
Agreement No. 47725B
Outside Counsel
Exhibit 1 – Insurance Contractual Requirements                17

Case 2:21-ap-00171-PS    Doc 81-1    Filed 06/10/22    Entered 06/10/22 09:41:11    Desc
Exhibit 1    Page 90 of 92

## CONTRACT INSURANCE REQUIRMENTS -- DEPARTMENT OF WATER AND POWER
### For Contractors, Service Providers, Vendors, and Tenants

Agreement/Activity/Operation: _____

Reference/Agreement: _____

Term of Agreement: _____

Contract Administrator: _____

Buyer and Phone Number: _____

o  Contract-required types and amounts of insurance as indicated below by checkmark are the minimum which must be maintained.  All limits are Combined Single Limit (Bodily Injury/Property Damage) unless otherwise indicated.

o  Firm 30 day Notice of Cancellation required.

o  All required scheduled endorsements must be physically attached to all requested certificates of insurance and not substituted by referring to such coverage on the certificate of insurance.

**PER OCCURRENCE LIMITS**

( ) WORKERS' COMPENSATION(Stat. Limits)/Employer's Liability:                                      (                    )
    ( ) CA / All States Endorsement        ( ) US L&H (Longshore and Harbor Workers)
    ( ) Jones Act (Maritime Employment)    ( ) Outer Continental Shelf
    ( ) Waiver of Subrogation           ( ) Black Lung (Coal Mine Health and Safety)
    ( ) Other: _____    ( ) Other: _____

( ) AUTOMOBILE LIABLITY:                                                                                      (                    )
    ( ) Owned Autos              ( ) Any Auto
    ( ) Hired Autos              ( ) Non-Owned Auto
    ( ) Contractual Liability       ( ) Additional Insured
    ( ) MCS-90 (US DOT)        ( ) Trucker's Form
    ( ) Waiver of Subrogation     ( ) Other: _____

( ) GENERAL LIABILITY:     ( ) Limit Specific to Project     ( ) Per Project Aggregate     (                    )
    ( ) Property Damage        ( ) Contractual Liability     ( ) Personal Injury
    ( ) Premises and Operations   ( ) Products/Completed Ops.  ( ) Independent Contractors
    ( ) Fire Legal Liability        ( ) Garagekeepers Legal Liab.  ( ) Child Abuse/Molestation
    ( ) Corporal Punishment     ( ) Collapse/Underground    ( ) Explosion Hazard
    ( ) Watercraft Liability       ( ) Pollution             ( ) Additional Insured Status
    ( ) Waiver of Subrogation     ( ) Airport Premises       ( ) Hangarkeepers Legal Liab.
    ( ) Marine Contractors Liability  ( ) Other: _____    ( ) Other: _____

( )  PROFESSIONAL LIABILITY:                                                                                 (                    )
    ( ) Contractual Liability       ( ) Waiver of Subrogation   ( ) 3 Year Discovery Tail
    ( ) Additional Insured        ( ) Vicarious Liability Endt.   ( ) Other: _____

( ) AIRCRAFT LIABILITY:                                                                                        (                    )
    ( ) Passenger Per Seat Liability  ( ) Contractual Liability     ( ) Hull Waiver of Subrogation
    ( ) Pollution               ( ) Additional Insured      ( ) Other: _____

( ) PROPERTY DAMAGE:     ( ) Loss Payable Status (AOIMA)                                       (                    )
    ( ) Replacement Value      ( ) Actual Cash Value      ( ) Agreed Amount
    ( ) All Risk Form           ( ) Named Perils Form     ( ) Earthquake: _____
    ( ) Builder's Risk:$_____  ( ) Boiler and Machinery   ( ) Flood: _____
    ( ) Transportation Floater:$_____ ( ) Contractors Equipment$_ _ _ ( ) Loss of Rental Income: _____
    ( ) Scheduled Locations/Propt.  ( ) Other: _____   ( ) Other: _____

( ) WATERCRAFT:                                                                                                 (                    )
    ( ) Protection and Indemnity    ( ) Pollution            ( ) Additional Insured
    ( ) Waiver of Subrogation     ( ) Other: _____   ( ) Other: _____

( ) POLLUTION:                                                                                                    (                    )
    ( ) Incipient/Long Term       ( ) Sudden and Accidental    ( ) Additional Insured
    ( ) Waiver of Subrogation     ( ) Contractor's Pollution     ( ) Other: _____

( ) CRIME:     ( ) Joint Loss Payable Status           ( ) Additional Insured     (                    )
    ( ) Fidelity Bond           ( ) Financial Institution Bond  ( ) Loss of Monies/Securities
    ( ) Employee Dishonesty     ( ) In Transit Coverage     ( ) Wire Transfer Fraud
    ( ) Computer Fraud        ( ) Commercial Crime      ( ) Forgery/Alteration of Docs.
    ( ) Other: _____     ( ) Other: _____

( ) ASBESTOS LIABLITY:     ( ) Additional Insured                                                     (                    )

*Insurance Req (LC)*



Exhibit B – Fee Schedule
Confidential and Privileged
Hourly Rates for Outside Counsel

| Name of Law Firm Ropers Majeski PC | | |
| --- | --- | --- |
| Los Angeles Office Address 445 So. Figueroa Street, 30th floor | | Agreement No. 47725B |
| Services to be Performed Area 2 Scope of Work | | |
| Base Rates for Years 1 and 2 | Timekeepers' names or categories | |
| | Gerald Knapton | $900 |
| | Lawrence Borys | $800 |
| | Todd Roberts | $800 |
| | Partners w/ 21+ years | $725 |
| | Partners w/ less than 21 years | $675 |
| | Associates w/ 7+ years | $565 |
| | Associates w/ 3 to 7 years | $533 |
| | Associates w/ fewer than 3 years | $494 |
| | Paralegals w/ 7+ years | $256 |
| | Paralegals w/less than 7 years | $194 |
| Discounts | | |
| | Contract Year Fees Adjustments for Volume | |
| | $101,000 to $250,000 | 4% discount on those fees |
| | $250,001 to $500,000 | 6% discount on those fees |
| | $500,001 and over | 10% discount on those fees |
| No discount for the costs/disbursements. | | |
| Year 3 Base Rates | Above rates plus 8% | |
| | Same discounts for volume. | |