# Exhibit 2



Direct Line: 602-340-7246

May 25, 2022

Paul O. Paradis
7441 E. Century Drive
Scottsdale, Arizona 85250

Re: File No: 22-1085
Respondent: Michael N. Feuer

Dear Mr. Paradis:

I reviewed your submission regarding Mr. Feuer.

You are currently involved in ongoing litigation. The court is the most familiar with the facts, rules, statutes, and caselaw for your case. It is inappropriate for the State Bar to get involved in active cases, except under certain circumstances not applicable here. Therefore, concerns such as yours should be raised with the assigned judge.

If the court concludes that Mr. Feuer acted inappropriately, please provide us with a copy of that written finding for further consideration.

Until then we consider this matter dismissed and will take no further action. Pursuant to Arizona Supreme Court Rule 71, the State Bar file may be expunged in three years.

Sincerely,

/s/ Reid P. Potter

Reid P. Potter
Bar Counsel - Intake

RPP/tab