# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PAUL OLIVA PARADIS |
| **Case Number:** | 2:20-BK-06724-PS  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JANUARY 12, 2023 01:00 PM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |

### Matter:

ADV: 2-21-00171

**CITY OF LOS ANGELES vs PAUL OLIVA PARADIS**

CONTINUED MOTION TO STRIKE CERTAIN RESPONSES IN ANSWER TO AMENDED COMPLAINT, AND ALLEGED AFFIRMATIVE DEFENSES

**R / M #:**   102 / 0

### Appearances:

ALAN A. MEDA, ATTORNEY FOR PAUL OLIVA PARADIS
MICHAEL A. JONES, ATTORNEY FOR CITY OF LOS ANGELES
GUY NICHOLSON, ATTORNEY FOR CITY OF LOS ANGELES
RYAN DEUTSCH, LAW STUDENT AT ALLEN BARNES & JONES, PLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:20-BK-06724-PS            THURSDAY, JANUARY 12, 2023 01:00 PM

## *Proceedings:*

The Court notes that Mr. Paradis has filed a motion to join petition for certification of the Westfall Act and motion to substitute the United States as a party with respect to certain claims.

Mr. Jones argues his position regarding the motion to join filed by the Debtor.

The Court states that the City need not respond to the motion to join filed by the Debtor until there is a further order from the Court setting a date and time for a response.

Mr. Jones argues his position regarding the motion to strike. Mr. Jones answers questions raised by the Court.

Mr. Meda answers questions raised by the Court regarding the Jones settlement. Mr. Meda argues that it was the need and urgency created by the Jones settlement that the IT contracts were initiated. Mr. Meda believes that it is premature to strike the responses. Discussion ensues regarding each of the affirmative defense claims.

COURT: IT IS ORDERED THE DEBTOR SHALL SERVE THE MOTION TO JOIN ON THE GOVERNMENT NO LATER THAN A WEEK FROM TOMORROW(JANUARY 20, 2023), IF NOT SERVED BY THAT TIME IT WILL BE STRIKED AS NON-PROSECUTION. IF AN EXTENSION IS NEEDED, THE PARTIES WILL FILE A STIPULATION TO EXTEND THE TIME.

Mr. Jones makes his final arguments.

COURT: IT IS ORDERED THIS MATTER IS UNDER ADVISEMENT.

cc:
Faye Holthaus
Leslie Hendrix