GARY M. RESTAINO
United States Attorney
District of Arizona
EMORY T. HURLEY
Assistant U.S. Attorney
Arizona State Bar No. 014812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emory.hurley@usdoj.gov
*Attorneys for Respondent*
*United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Los Angeles, | Chapter 7 |
| Plaintiff, | Bankruptcy Case No. 2:20-bk-6724-PS |
| vs. | Adv. No. 2:21-ap-00171-PS |
| Paul Oliva Paradis, | **MOTION TO EXTEND TIME TO RESPOND** |
| Defendant. | **(First Request)** |

Respondent, United States of America, by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 9006(b)(1), respectfully moves this Court for a 60-day extension of time to respond to Defendant Paradis' petition for Westfall Act certification (Doc. 128), from February 6, 2023 to April 7, 2023. Counsel for the City of Los Angeles advises that Plaintiff does not oppose this request. Counsel for Defendant has not yet provided his client's position as to this request. This motion is more fully supported by the following memorandum of points and authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

On January 6, Defendant filed Debtor's Petition for Certification Pursuant to 28 U.S.C. § 2679(d)(3) of the Westfall Act and Motion to Substitute the United States as a

Party with Respect to Certain Claims (Doc. 128).  Defendant alleges that he cooperated with federal law enforcement in the investigation of criminal fraud in or around the Central District of California. Defendant further alleges that he was acting at the direction of federal agents investigating fraud at the time of the events alleged in Paragraphs 51 – 78 of the amended adversary complaint.

Defendant seeks a court order finding that he was a federal employee during the events alleged in Paragraphs 51 – 78 of the amended adversary complaint and substituting the United States as the defendant in this action as to those allegations.  (Doc. 128, p.2, l. 6-11.)

It appears the relevant record of Defendant's interaction with federal law enforcement will have to be sought from the Criminal Division of the U.S. Attorney's Office for the Central District of California.  It is anticipated that the information request will implicate issues of law enforcement sensitive material, the Privacy Act, and Fed. R. Crim. P. 6(e).

Due to the anticipated complexity of the record review and the novelty of Debtor's petition, pursuant to Fed. R. Bankr. P. 9006(b)(1), undersigned counsel respectfully requests a 60-day extension of time to respond, until and including March 7, 2023.  As noted above, Plaintiff does not oppose this motion.  Undersigned counsel contacted Defendant's counsel last Thursday, January 26, 2023.  Defendant's counsel advised on Monday, January 30, 2023 that he was waiting to hear back from Defendant's criminal counsel.  As of today's date, Defendant has not responded with a position as to this request.   This request is made in good faith, not for the purposes of delay, and no party is prejudiced by this request.  A proposed form of order is attached and separately lodged with the Court.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Emory T. Hurley*
EMORY T. HURLEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Michael A. Jones
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004

Alan A. Meda
1850 N. Central Ave, Suite 700
Phoenix AZ 85004

_s/Mary Finlon_
U.S. Attorney's Office