GARY M. RESTAINO
United States Attorney
District of Arizona
EMORY T. HURLEY
Assistant U.S. Attorney
Arizona State Bar No. 014812
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emory.hurley@usdoj.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Los Angeles,<br><br>    Plaintiff,<br><br>vs.<br><br>Paul Oliva Paradis,<br><br>    Defendant. | Chapter 7<br><br>Bankruptcy Case No. 2:20-bk-6724-PS<br><br>Adv. No. 2:21-ap-00171-PS<br><br>**ORDER** |

Respondent United States of America having filed a motion for extension of time to respond to Debtor's Petition for Certification Pursuant to 28 U.S.C. § 2679(d)(3) of the Westfall Act and Motion to Substitute the United States as a Party with Respect to Certain Claims (Doc. 128), Plaintiff not opposing the motion, and good cause appearing,

IT IS ORDERED granting the motion. The United States shall respond to Defendant's petition on or before April 7, 2023.