# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>PAUL OLIVA PARADIS,<br>    Debtor. | Chapter 7<br>Case No. 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br>    Plaintiff,<br>v.<br>PAUL OLIVA PARADIS,<br>    Defendant/Debtor. | **Adv No. 2:21-ap-00171-PS**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

Having reviewed and considered the *Joint Motion to Extend Deadlines* ("**Motion**") filed by Plaintiff, the City of Los Angeles, ("**Plaintiff**"), and Defendant Paul Paradis ("**Defendant**" together with Plaintiff, the "**Parties**"), and good cause appearing,

**IT IS HEREBY ORDERED** approving the Motion.

**IT IS FURTHER ORDERED** extending the deadline through **June 8, 2023** for Defendant to file a response to Plaintiff's *Motion for Partial Summary Judgment* [ECF No. 149] ("**MSJ**").

**IT IS FURTHER ORDERED** that the Defendant's request to compel Plaintiff to mediate is deemed withdrawn with prejudice [ECF No. 163].

**IT IS FURTHER ORDERED** vacating the hearing currently set for June 13, 2023 at 1:30 p.m. regarding the MSJ and related filings, and rescheduling it to **July 18, 2023 at 1:30 p.m.** at the United States Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Paul Sala.

**DATED AND SIGNED ABOVE**