| | |
|---|---|
| Hydee Feldstein Soto (State Bar #106866)<br>City Attorney<br>hydee.feldsteinsoto@lacity.org<br>Kathleen A. Kenealy (State Bar #212289)<br>Chief Deputy City Attorney<br>kathleen.kenealy@lacity.org<br>**LOS ANGELES CITY ATTORNEY'S OFFICE**<br>221 N. Figueroa Street, Suite 1000<br>Los Angeles, California 90012<br>*Attorneys for Plaintiff City of Los Angeles* | Guy C. Nicholson (State Bar No. 106133)<br>gnicholson@egcfirm.com<br>**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697<br>*Attorneys for Plaintiff City of Los Angeles* |

Michael A. Jones, State Bar #27311
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Telephone: (602) 256-6000
Facsimile: (602) 252-4712
mjones@bkfirmaz.com
*Attorneys for Plaintiff City of Los Angeles*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PAUL OLIVA PARADIS,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>PAUL OLIVA PARADIS,<br><br>Defendant/Debtor. | **Adv No. 2:21-ap-00171-PS**<br><br>**CITY OF LOS ANGELES' POSITION STATEMENT REGARDING THE DEBTOR'S PETITION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 2679 (d)(3) OF THE WESTFALL ACT AND MOTION TO SUBSTITUTE THE UNITED STATES AS A PARTY WITH RESPECT TO CERTAIN CLAIMS**<br><br>**Hearing Date:   June 29, 2023**<br>**Hearing Time:   10:00 a.m.** |

1    Plaintiff, the City of Los Angeles ("**City**"), hereby files this Position Statement
2 regarding Defendant Paul Olivia Paradis' ("**Paradis**") Petition for Certification under the
3 Westfall Act [ECF No. 128] ("**Westfall Petition**") and related filings [ECF Nos. 170,
4 179]. In the Westfall Petition, Paradis requests that the United States substitute into this
5 adversary proceeding based on Paradis having worked as an informant. *See* ECF No. 128.
6 Paradis asserts that he began cooperating as an informant with the United States on April
7 5, 2019, and the United States should substitute into this adversary proceeding *only* as to
8 the claims that the City is pursuing against Paradis related to how he obtained the Ardent
9 Contract – not the Aventador Contract. *See id.* at pp. 1-2.

10    There is no dispute that the Court can rule on the City's Motion for Partial
11 Summary Judgment [ECF No. 149] ("**MSJ**") without adjudication of the Westfall Petition
12 because the MSJ only relates to Paradis' fraudulent actions to obtain the Aventador
13 Contract. As set forth in detail in the MSJ, Ardent Cyber Solutions, LLC f.k.a. Aventador
14 Utility Solutions LLC ("**Aventador**" or "**Ardent**"), Paradis' wholly owned entity,
15 received at least the total amount of $24,479,100 in public funds under the Aventador
16 Contract before the LADWP Board of Water and Power Commissioners voted to
17 terminate it in March 2019. Accordingly, the factual issues in the MSJ – which entirely
18 relate to the Aventador Contract – concluded prior to April 5, 2019 when Paradis asserts
19 that he began cooperating as an informant.

20    The Westfall Petition is merely the latest of Paradis' litigation tactics to delay this
21 case that has now spanned over two years. Rather than entertain his attempted sideshow,
22 the Court need not adjudicate Paradis' Westfall Petition until after the MSJ is resolved.
23 This is the same type of procedure that the Court followed in the related Ardent bankruptcy
24 case that allowed for a streamlined litigation process. *See* 2:20-bk-06722-PS ("**Ardent**
25 **Case**"), ECF No. 255 (determining that the Court need not adjudicate Paradis' FBI
26 informant issues until after ruling on the City's Motion for Summary Judgment regarding

the Aventador Contract). Upon the Court entering judgment against Paradis for $24,479,100 related to the Aventador Contract, the City may reassess its claims regarding the Ardent Contract issues in the amount of $1,777,775. Should that occur as it did in the Ardent Case where the City prevailed against Trustee Haley related to the Aventador Contract, it would render the entirety of the Westfall Petition moot.

DATED: June 23, 2023.

**ALLEN, JONES & GILES, PLC**

<u>/s/ MAJ #27311</u>
Michael A. Jones
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Attorneys for Plaintiff

**LOS ANGELES CITY ATTORNEY'S OFFICE**

<u>/s/ *Kathleen A. Kenealy (with permission*</u>
Hydee Feldstein Soto
Kathleen A. Kenealy
221 N. Figueroa Street, Suite 1000
Los Angeles, CA 90012
Attorneys for Plaintiff

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

<u>/s/ *Guy C. Nicholson (with permission)*</u>
Guy C. Nicholson
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Attorneys for Plaintiff

**E-FILED** on June 23, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

/ / /

/ / /

| | |
|---|---|
| 1 | **COPY** e-mailed the same date to: |

| | | |
|---|---|---|
| 2 | Edward K. Bernatavicius | Alan A. Meda |
| | United States Trustee | Burch & Cracchiolo PA |
| 3 | 230 N 1st Ave, Suite 204 | 1850 N. Central Ave., Suite 1700 |
| | Phoenix, AZ 85003 | Phoenix, AZ 85004 |
| 4 | edward.k.bernatavicius@usdoj.gov | ameda@bcattorneys.com |
| | *U.S. Trustee* | *Attorneys for Defendant Paul Paradis* |

Stuart B. Rodgers
Helen K. Santilli
LANE & NACH, P.C.
2001 E. Campbell Ave., #103
Phoenix, AZ 85016
stuart.rodgers@lane-nach.com
helen.santilli@lane-nach.com
*Attorney for Eric M. Haley, Chapter 7 Trustee, In re Ardent Cyber Solutions, LLC fka Aventador Utility Solutions, LLC*

/s/ Misty Vasquez