# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PAUL OLIVA PARADIS |
| **Case Number:** | 2:20-BK-06724-PS    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 29, 2023 10:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |

### Matter:

ADV: 2-21-00171

**CITY OF LOS ANGELES vs PAUL OLIVA PARADIS**

MOTION TO STRIKE UNITED STATES MOTION TO DISMISS PETITION FOR CERTIFICATION UNDER THE WESTFALL ACT [DOC. 128]

R / M #:   170 / 0

### Appearances:

ALAN A. MEDA, ATTORNEY FOR PAUL OLIVA PARADIS
JEFFREY L. STEINFELD, ATTORNEY FOR PAUL OLIVA PARADIS
MICHAEL A. JONES, ATTORNEY FOR CITY OF LOS ANGELES
GUY NICHOLSON, ATTORNEY FOR CITY OF LOS ANGELES
ZACHARY PHILLIPS, LAW CLERK WITH ALLEN, JONES & GILES
EMORY THOMAS HURLEY, ATTORNEY FOR UNITED STATES

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...     2:20-BK-06724-PS          THURSDAY, JUNE 29, 2023 10:00 AM

## *Proceedings:*

Mr. Hurley argues his position and answers questions raised by the Court. Mr. Hurley states who should be served and argues that the bankruptcy court does not have jurisdiction to rule on a Westfall Act matter.

The Court provides a preliminary view of the matter.

Mr. Steinfeld argues his position regarding service and jurisdiction of the Westfall Act matter. Mr. Steinfeld answers questions raised by the Court.

Mr. Jones states that they want the adversary case to move forward and argues his position.

Mr. Hurley makes his final arguments.

COURT: FOR THE REASONS STATED ON THE RECORD, IT IS ORDERED THE DEFENDANT SHALL SERVE THE ORIGINAL COMPLAINT, THE AMENDED COMPLAINT AND THE SUMMONS ON ALL PARTIES IDENTIFIED IN 28 U.S.C. § 2679(d)(3) TO INCLUDE THE NAMES OF THE PEOPLE WHO WERE MR. PARADIS' ALLEGED HANDLERS.

IT IS FURTHER ORDERED, THE DEFENDANT SHALL FILE A SUPPLEMENTAL BRIEF REGARDING THE COURT'S JURISDICTION TO RENDER A DECISION, NO LATER THAN THREE WEEKS FROM TODAY'S HEARING, WITH ANY REPLY FROM THE UNITED STATES DUE TWO WEEKS AFTER THE FILING OF THE SUPPLEMENTAL BRIEF.

IT IS FURTHER ORDERED SETTING A TELEPHONIC STATUS HEARING REGARDING THE MOTION TO DISMISS PETITION FOR CERTIFICATION UNDER THE WESTFALL ACT FOR AUGUST 15, 2023 AT 10:00 A.M.

The Court notes that the motion for summary judgment will move forward to the extent it relates to the Aventador contract.

06/29/2023 2:30:47PM