# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | PAUL OLIVA PARADIS |
| Case Number: | 2:20-BK-06724-PS    Chapter: 7 |
| Date / Time / Room: | TUESDAY, AUGUST 15, 2023 10:00 AM   TELEPHONIC HRGS |
| Bankruptcy Judge: | PAUL SALA |
| Courtroom Clerk: | MARGARET KELLY |
| Reporter / ECR: | RUTH CARMONA |

### Matter:

ADV: 2-21-00171
**CITY OF LOS ANGELES vs PAUL OLIVA PARADIS**
STATUS HEARING
R / M #:   170 / 0

### Appearances:

ALAN A. MEDA, ATTORNEY FOR PAUL OLIVA PARADIS
JEFFREY L. STEINFELD, ATTORNEY FOR PAUL OLIVA PARADIS
MICHAEL A. JONES, ATTORNEY FOR CITY OF LOS ANGELES
EMORY THOMAS HURLEY, ATTORNEY FOR UNITED STATES

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:20-BK-06724-PS        TUESDAY, AUGUST 15, 2023 10:00 AM

## *Proceedings:*

The Court reviews the pleadings and notes the hearing set for oral aRgument.

Mr. Meda states that the government's motion to withdraw reference has been filed and he is not sure if the entire adversary case is withdrawn or just the Westfall matter. Mr. Meda provides the background to the motion for the Westfall Act certification and the government's objection. Mr. Meda notes that a discussion took place at the last hearing regarding the notice to the government of the Westfall Act certification request and those requirements were completed by the Debtor.

Mr. Steinfeld adds that the Westfall Act certification would substitute in the government in place of Mr. Paradis. Mr. Steinfeld notes the District Court's acceptance of the motion to withdraw reference.

The Court reviews the Westfall Act certification motion, Ardent and Aventador contracts, and the motion to withdraw reference.

Mr. Steinfeld agrees that the Ardent contract is the subject of the Westfall motion, but states that the City's complaint lumps the Adventador and Ardent contracts together.

Mr. Hurley states that the motion to withdraw reference relates only to the Westfall Act issue.

Mr. Jones states that the Westfall matter will be heard in District Court and the litigation in the Adversary case will go forward in the bankruptcy court. Mr. Jones provides the progress of the motion for summary judgment. Mr. Jones states that the District Court only moved over the Westfall motion to their docket and agrees it relates to the Ardent contract.

Mr. Meda states that the September 12th court date would be useful to address the Rule 56 motion.

COURT: IT IS ORDERED SETTING THE DEBTOR'S MOTION FOR RELIEF PURSUANT TO RULE 56(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR SEPTEMBER 12, 2023 AT 2:30 P.M.

COURT: IT IS FURTHER ORDERED THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT SET ON SEPTEMBER 12, 2023 AT 1:30 P.M. IS VACATED.

Mr. Steinfeld states that there is still jurisdictional issues with the government that may be resolved with the Westfall Act ruling. Mr. Steinfeld notes that he has provided to the government requested documents.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry